**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Florida Organic Aquaculture, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **27-5555911** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **930 W. Indiantown Road 204 Jupiter, FL 33458**  Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach** County | **Location of principal assets, if different from principal place of business**  **15369 County Road 512** Fellsmere, FL 32948-7821  Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.flaquaculture.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Florida Organic Aquaculture, LLC**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
| District | When | Case number, if known | |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 2

Debtor **Florida Organic Aquaculture, LLC**            Case number (*if known*) _____
        Name

**11. Why is the case filed in** *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?        **None- see below**

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**        **15369 County Road 512**
                                 **Fellsmere, FL, 32948-7821**

                                 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☑ Yes.    Insurance agency        **AmWINS Access Insurance Services, LLC**

          Contact name    _____

          Phone           **5616560487**

**Statistical and administrative information**

**13. Debtor's estimation of available funds**        .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Florida Organic Aquaculture, LLC**                                    Case number (*if known*)  _____
                Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 24, 2017**
                      MM / DD / YYYY

X **/s/ Clifford Morris**                                    **Clifford Morris**
Signature of authorized representative of debtor            Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ Malinda L. Hayes**                          Date   **April 24, 2017**
Signature of attorney for debtor                           MM / DD / YYYY

**Malinda L. Hayes**
Printed name

**Markarian Frank & Hayes**
Firm name

**2925 Pga Blvd Ste 204**
**Palm Beach Gardens, FL 33410-2909**
Number, Street, City, State & ZIP Code

Contact phone   **(561) 626-4700**    Email address   **malinda@businessmindedlawfirm.com**

**0073503**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Florida Organic Aquaculture, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fellsmere Joint Venture LLC 1900 N Old Dixie Hwy Fort Pierce, FL 34946-1423** | | **Rent** | | | | **$105,980.77** |
| **Royal Bank 550 Township Line Rd Ste 425 Blue Bell, PA 19422-2734** | | **Financing** | | **$102,418.00** | **unknown** | **$102,418.00** |
| **Helen Ming 103 Carnegie Ctr Ste 300 Princeton, NJ 08540-6235** | | **Loan** | | | | **$100,000.00** |
| **State of Florida Division of Workers Com Bureau of Compliance, 400 N Congress Ave Ste 105 West Palm Beach, FL 33401-2913** | | **Government Penalty** | **Unliquidated Disputed** | | | **$55,245.64** |
| **Bank of America PO Box 982238 El Paso, TX 79998-2238** | | **Business credit card** | | | | **$54,991.52** |
| **Florida City Gas PO Box 5410 Carol Stream, IL 60197-5410** | | **Trade debt** | **Unliquidated Disputed** | | | **$51,709.34** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **Florida Organic Aquaculture, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Star Capital Group 650 Park Ave Ste 210 King of Prussia, PA 19406-1434** | | **Financing** | | | | **$45,490.00** |
| **Direct Capital 155 Commerce Way Portsmouth, NH 03801-3243** | | **Financing** | | **$43,455.03** | **unknown** | **$43,455.03** |
| **US Bank Emmanuel & Zwiebel, PLLC 7900 Peters Rd Bldg B Plantation, FL 33324-4045** | | **Financing** | | **$42,686.42** | **unknown** | **$42,686.42** |
| **AkvaGroup North America 1495 Baikie Rd Campbell River, BC V9W-0C2** | | **Services** | | | | **$41,796.20** |
| **M2 Lease Fund 175 N Patrick Blvd # 140 Brookfield, WI 53045-5811** | | **Financing** | | **$39,290.00** | **unknown** | **$39,290.00** |
| **Smart Building Florida 4800 Hampden Ln Ste 200 Bethesda, MD 20814-2934** | | **Services** | | | | **$38,901.36** |
| **Cargill Animal Nutrition 8 Southwoods Blvd Ste 4 Albany, NY 12211-2554** | | **Trade debt** | | | | **$34,015.23** |
| **Gregor Jonsson, Inc. 13822 W Laurel Dr Lake Forest, IL 60045-4529** | | **Equipment Lease** | **Unliquidated Disputed** | | | **$33,711.24** |
| **Herc Rental Inc PO Box 650280 Dallas, TX 75265-0280** | | **Equipment Lease** | **Unliquidated Disputed** | | | **$32,809.73** |
| **United Rentals PO Box 100711 Atlanta, GA 30384-0711** | | **Equipment Lease** | **Unliquidated Disputed** | | | **$28,910.03** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **Florida Organic Aquaculture, LLC**                                    Case number *(if known)*
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Green Energy Solutions of FL, LLC**<br>**3940 E Knights Griffin Rd**<br>**Plant City, FL 33565-2208** | | **Trade debt** | | | | **$28,224.93** |
| **Business First**<br>**PO Box 32034**<br>**Lakeland, FL 33802-2034** | | **Insurance** | **Unliquidated Disputed** | | | **$28,223.36** |
| **Business GPS, LLC**<br>**183 Keith St Ste 3**<br>**Warrenton, VA 20186-3231** | | **Professional Services** | **Unliquidated Disputed** | | | **$26,808.33** |
| **Zeigler Bros., Inc**<br>**400 Gardners Station Rd**<br>**Gardners, PA 17324-9686** | | **Trade debt** | | | | **$25,483.99** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Florida Organic Aquaculture, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 24, 2017**    X **/s/ Clifford Morris**
                                      Signature of individual signing on behalf of debtor

                                      **Clifford Morris**
                                      Printed name

                                      **Managing Member**
                                      Position or relationship to debtor