UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

FLORIDA ORGANIC AQUACULTURE, LLC
EIN#27-5555911,
_____Debtor._____/

Case No. 17-_____
Chapter 11

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO BANKRUPTCY RULE 1007(a)(1)

COMES NOW, DEBTOR, FLORIDA ORGANIC AQUACULTURE, LLC, by and through its undersigned representative and counsel, hereby files this disclosure of Corporate Ownership pursuant to Bankruptcy Rule 1007(a)(1), and for grounds therefore would state:

Florida Organic Aquaculture, LLC has a 49% interest in Sustainable Aquaculture Initiative LLC. As a LLC it is controlled by its members. The two members of Florida Organic Aquaculture, LLC are as follows: Mirzam Venture Capital, LLC with a 51% interest and Mirzam Green Card Partners I, LP with a 49% interest.

Verified this __24th__ day of __April__, 2017.

FLORIDA ORGANIC AQUACULTURE, LLC

By: _____
Clifford Morris, Managing Member

I hereby certify that I am admitted to the Bar of the United States District Court For the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

MARKARIAN FRANK & HAYES
Attorney for the Debtor
2925 PGA Blvd., Suite 204
Palm Beach Gardens, FL 33410
Telephone: (561) 626-4700
Fax: (561) 627-9479

By: _____
MALINDA L. HAYES, ESQUIRE
Florida Bar No. 0073503

1