**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                                              Case No. 17-15012-EPK
FLORIDA ORGANIC AQUACULTURE LLC                          Chapter 11
EIN#27-5555911,
         Debtor.                                        /

## CHAPTER 11 CASE MANAGEMENT SUMMARY

    In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, FLORIDA ORGANIC AQUACULTURE, LLC, files this Chapter 11 Case Management Summary and states:

    The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):  **4/24/17**

2. Names, case numbers and dates of filing of related debtors:  **None**

3. Description of debtor's business:  **Organic Shrimp Farm**

4. Locations of debtor's operations and whether the business premises are leased or owned:  **15369 County Road 512, Fellsmere, FL 32948 (Leased)**

5. Reasons for filing chapter 11:  **Financial distress**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

    **Clifford Morris, Manager**
    **$8,500 per month; $68,000.00 from January to August 2016**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

    **2015-$378,876.61**
    **2016-$217,452.04**
    **2017 YTD – $29,563.07**

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

     **None**

b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

> **Direct Capital $43,455.03 – Lien on Valley, Excavator and Arctic Temp refrigerator - estimated value $74,888.00**
> **US Bank $42,686.42 – Lien on Ice Machine – estimated value $62,700.00**
> **Star Capital $45,490.00 – Lien on Loader – estimated value $80,000.00**
> **Royal Bank $102,418.00 – Lien on Generator – estimated value $140,000.00**
> **M2 Lease Fund $39,290.00 – Lien on Generator Housing – estimated value $35,000.00**

   c. Amount of unsecured claims:   **$1,517,153**

9. General description and approximate value of the debtor's assets:

   **Leasehold interest in real property located at 15369 County Road 512, Fellsmere, FL 32948, all improvements, fixtures, and equipment located thereon. Approximate value $15,000,000.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

   **PROPERTY INSURANCE**
   **Property address: 15369 County Road 512, Fellsmere, FL 32948**
   Name of insurer:   Lloyd's of London
   Policy number:   WPB105132
   Policy period:   08/08/16 – 08/08/17
   Certificate Holder:   None

   | Property covered: | Limit |
   |---|---|
   | Building (#1) | $433,493 |
   | Building (#1) personal property | $768,000 |
   | Building (#2) | $165,828 |
   | Building (#3) | $1,295,000 |
   | Building (#4) | $46,440 |

   <u>$5,000</u> deductible each; wind/hail excluded

Current; next payment due: $1,855.21 Due May 8th, 2017

**COMMERCIAL GENERAL LIABILITY INSURANCE**
**Property address: 15369 County Road 512, Fellsmere, FL 32948**
Name of insurer: Evanston Insurance Company
Policy number: 3EF8955
Policy period: 08/26/16 – 08/26/17
Certificate Holder: None
Property covered: <u>Limit</u>
    General aggregate limit $<u>2,000,000.00</u>
    Products $<u>2,000,000.00</u>
    Each occurrence limit $<u>1,000,000.00</u>
    Personal & advertising injury limit $<u>1,000,000.00</u>
    Medical expense limit, any one person $<u>5,000.00      </u>
    Fire damage limit, any one fire $<u>            </u>

Current; next payment due: $1,719.20 Due August 20th, 2017

**FLOOD INSURANCE**

**Property address: 15369 County Road 512, Fellsmere, FL 32948 (Hatchery)**
Name of insurer: Wright National Flood Insurance Company
Policy number: 09-1151432774
Policy period: 12/21/16 – 12/21/17
Certificate Holder: None
Property covered: <u>Limit</u>
    Building $433,500
    Contents $219,000

Current; next payment due: $3,420.00 Due December 15th 2017

**Property address: 15369 County Road 512, Fellsmere, FL 32948 (Nursery)**
Name of insurer: Wright National Flood Insurance Company
Policy number: 09-1151432788
Policy period: 12/21/16 – 12/21/17
Certificate Holder: None
Property covered: <u>Limit</u>
    Building $500,000
    Contents $500,000

Current; next payment due: $3,724.00 Due December 15th 2017

**Property address: 15369 County Road 512, Fellsmere, FL 32948 (Live Feed)**
Name of insurer: Wright National Flood Insurance Company
Policy number: 09-1151432779
Policy period: 12/21/16 – 12/21/17

   Certificate Holder: None
   Property covered:         <u>Limit</u>
    Building          $165,900
    Contents          $10,000

   Current; next payment due: $2,081.00 Due December 15th 2017

11. Number of employees and amounts of wages owed as of petition date:

  **\_\_\_7\_\_\_employees; $0 wages owed**

12. Status of debtor's payroll and sales tax obligations, if applicable.  This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

  **Debtor believes it owes one month of sales tax in amount of $6.89 for April sales**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

  **Emergency Motion to Approve Post-Petition Financing.**

## CERTIFICATE OF SERVICE

  **I CERTIFY** that the foregoing **Chapter 11 Case Management Summary** has been forwarded this  26th  day of  April, 2017, by electronic mail and/or U.S. Mail, to all the parties listed below.

 I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local rule 2090-1(A).

             MARKARIAN FRANK & HAYES
             Attorneys for Debtor
             2925 PGA Blvd., Suite 204
             Palm Beach Gardens, FL  33410
             (561) 626-4700
             (561) 627-9479-fax

          BY: */s/Malinda L. Hayes*
             MALINDA L. HAYES, ESQ.
             Florida Bar No.   0073503

## SERVICE LIST

**Notice provided by Electronic Mail to:**

Malinda L Hayes, Esq. on behalf of Debtor Florida Organic Aquaculture, LLC
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Notice provided by US mail to:**
Florida Organic Aquaculture, LLC
c/o Clifford Morris, Manager
930 W. Indiantown Road, Suite 204
Jupiter, FL 33458

All creditors and interested parties on this Court's List of Creditors as attached hereto.
X:\WPDOCS\Client Matters\Florida Organic Aquaculture (Cliff Morris)\Chapter 11\Pleadings\Case Management Summary.docx