# Florida Organic Aquaculture LLC, OPERATING BUDGET - EXHIBIT A

| | May-17 | Jun-17 | Jul-17 | Aug-17 | 17-Sep | 17-Nov |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Retail Store | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $3,600 |
| (Less ) Cost of Goods Sold | -$200 | -$200 | -$200 | -$200 | -$200 | -$200 |
| Processing Facility Projected Sales | $16,012 | $14,012 | $18,012 | $12,012 | $18,012 | $22,012 |
| **Total Income** | **$18,612** | **$16,612** | **$20,612** | **$14,612** | **$20,612** | **$25,412** |
| **Monthly Expenses** | | | | | | |
| Management Fee | | | | | | |
| Mirzam Venture Capital, LLC | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 |
| Sustainable Aquaculture Intiative, LLC | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 |
| Consultant policies, procedures and operational manuals | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 |
| Management system controls and production analysis | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| Office Supplies | $350 | $350 | $350 | $350 | $350 | $350 |
| Processing Cost | | | | | | |
| Ez Com Software | $35 | $35 | $35 | $35 | $35 | $35 |
| Labels | $400 | $400 | $400 | $400 | $400 | $400 |
| Packaging Material | $520 | $520 | $520 | $520 | $520 | $520 |
| Protective Clothing | $450 | $450 | $450 | $450 | $450 | $450 |
| Production Cost | | | | | | |
| Feed (Cargill) | $9,319 | $0 | $0 | $0 | $0 | $0 |
| Chemicals | $730 | $0 | $0 | $0 | $0 | $0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Seeding and Production of 4 Raceways | $0 | $24,000 | $24,000 | $24,000 | $24,000 | $24,000 |
| | Water Testing | $400 | $400 | $400 | $400 | $400 | $400 |
| Property Insurance | | | | | | | |
| | First Fund Insurance | $1,856 | $1,856 | $1,856 | $1,856 | $1,856 | $1,856 |
| Rent | | | | | | | |
| | Fellsmere Joint Venture (Farm) | $11,024 | $11,024 | $11,024 | $11,024 | $11,024 | $11,024 |
| | Terramar Development (Retail Store) | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| Repair and Maintanance | | | | | | | |
| | Equipment Fuel | $360 | $360 | $360 | $360 | $360 | $360 |
| | Maintenance | $410 | $410 | $410 | $410 | $410 | $410 |
| | Production Facility ( 2 Buildings) | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 |
| | Processing Facility | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 |
| | Retail Store | $400 | $400 | $400 | $400 | $400 | $400 |
| | Office | $100 | $100 | $100 | $100 | $100 | $100 |
| Salaries | | | | | | | |
| | Officer Wages | $8,500 | $8,500 | $8,500 | $17,000 | $8,500 | $8,500 |
| | Employee Wages | $17,000 | $17,000 | $17,000 | $22,500 | $17,000 | $17,000 |
| Utilities | | | | | | | |
| | ATT | $380 | $380 | $380 | $380 | $380 | $380 |
| | City of Fellsmere Utilities | $97 | $97 | $97 | $97 | $97 | $97 |
| | Comcast | $349 | $349 | $349 | $349 | $349 | $349 |
| | Florida High Speed Internet | $351 | $351 | $351 | $351 | $351 | $351 |
| | FPL | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 | $9,100 |
| | Revel POS System | $109 | $109 | $109 | $109 | $109 | $109 |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Waste Management | $174 | $174 | $174 | $174 | $174 | $174 |
| **Total Expenses** | **$114,614** | **$128,565** | **$128,565** | **$142,565** | **$128,565** | **$128,565** |
| | -$96,002 | -$111,953 | -$107,953 | -$127,953 | -$107,953 | -$103,153 |
| DIP Financing | | | | | | |
| Mirzam Venture Capital, LLC | $96,002 | $111,953 | $107,953 | $127,953 | $107,953 | $103,153 |