UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FLORIDA ORGANIC AQUACULTURE, LLC.,

CHAPTER 11

CASE NO. 9:17-15012-EPK

    Debtor.
_____/

## NOTICE OF APPEARANCE

COMES NOW the law firm of **BUCHANAN INGERSOLL & ROONEY PC**, and files this Notice of Appearance as counsel for Creditor, **FIRST HOME BANK,** and hereby requests that copies of all future pleadings and notices that **FIRST HOME BANK** are entitled to receive be sent to the undersigned:

**JOHN D. EMMANUEL, ESQ.**
**Buchanan Ingersoll & Rooney PC**
**SunTrust Financial Centre**
**401 E. Jackson St., Suite 2400**
**Tampa, Florida 33602**
**Tel: (813) 222-1162**
**Fax: (813) 222-8189**
john.emmanuel@bipc.com

Respectfully submitted,

/s/ John D. Emmanuel
Darren D. Farfante, Esq.
Florida Bar No: 0097802
John D. Emmanuel, Esq.
Florida Bar No: 0475572
BUCHANAN INGERSOLL & ROONEY PC
SunTrust Financial Centre
401 E. Jackson St., Suite 2400
Tampa, FL  33602
Tel: (813) 222-8180
Fax: (813) 222-8189
darren.farfante@bipc.com
john.emmanuel@bipc.com
Attorneys for Creditor First Home Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished to those parties registered to receive service via CM/ECF and by U.S. Mail to the following, on April 28, 2017:

*Debtor*
Florida Organic Aquaculture, LLC
930 W. Indiantown Road
204
Jupiter, FL 33458

*Debtor's Attorney*
Malinda L Hayes, Esq.
Markarian Frank White-Boyd & Hayes
2925 PGA Blvd., Suite #204
Palm Beach Gardens, FL 33410
Email: malinda@businessmindedlawfirm.com

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/ John D. Emmanuel
John D. Emmanuel, Esq.
Florida Bar No: 0475572

4823-2075-5527, v. 1