UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FLORIDA ORGANIC AQUACULTURE, LLC.,

CHAPTER 11

CASE NO. 9:17-15012-EPK

Debtor.
_____/

**LIMITED OBJECTION TO DEBTOR'S EMERGENCY MOTION
FOR ORDER AUTHORIZING POST-PETITION FINANCING
AND APPROVING FINANCING PER 11 U.S.C. § 364(b)**

First Home Bank ("Secured Lender" or the "Bank") files this limited objection to the Debtor's Emergency Motion for Order Authorizing Post-Petition Financing and Approving Financing Per 11 U.S.C. Section 364(b) (the "Unsecured Credit Motion") (Doc. No. 15) and respectfully states as follows:

**BACKGROUND**

1. The Debtor filed for Chapter 11 bankruptcy relief on April 24, 2017, on the eve of the evidentiary hearing on Secured Lender's motion to appoint a receiver in the Secured Lender's state court foreclosure action against Debtor and Guarantors MIRZAM VENTURE CAPITAL, LLC ("Mirzam") and CLIFFORD R. MORRIS ("Morris") (collectively the "Guarantors") pending in the Circuit Court of the Nineteenth Judicial Circuit in and for Indian River County, Florida, Case No. 2017-CA-000226 (the "State Court Action").

2. As brief background, Secured Lender loaned the Debtor the original principal amount of $5,000,000.00 as evidenced by a Loan Agreement and Note dated March 31, 2015 between Debtor, Guarantors and Secured Lender. Guarantors executed and delivered an

Unconditional Guarantee in favor of Secured Lender.[1] In accordance with the Loan Documents, Secured Lender perfected its interest as to Debtor's leasehold interest and certain personal property utilized in Debtor's Organic Shrimp Farm located at 15369 County Road 512, Fellsmere, Florida 32948.[2]

## LIMITED OBJECTION

3. While Secured Lender does not object to the Debtor's request to obtain unsecured credit pursuant to Section 364(b) of the Bankruptcy Code to pay certain categories of expenses such as the "rent"[3] and "insurance" specified in Debtor's Motion." (Doc. No 15 at para. 10), Secured Lender takes issues with certain line item expenses specified in Debtor's Budget (Doc. No. 15-1.)

4. Debtor's proposed Budget includes monthly "Management Fees" payable to Guarantor Mirzam Venture Capital, LLC of $25,000 and Sustainable Aquaculture Initiative, LLC of $20,000. (Doc. No. 15-1 at p. 1.) In addition, the Budget includes monthly "Employee Wages" of $17,000 and "Officer Wages" of $8,500 (Doc. No. 15-1 at p. 2) which matches the salary paid to Debtor's principal Clifford Morris pre-petition (Doc. No. 8 at p. 1.)

5. The very entity Debtor seeks this financing from, Mirzam, allegedly "advanced" approximately $4.5 million to the Debtor prior to the Petition Date (Doc. 15 at para. 7.) Mirzam is a majority owner of the Debtor. (Doc. No 15 at para. 7.) In short, Debtor seeks authority to

---

[1] The State Court Action has been stayed as to Debtor, but remains active as against Guarantors.

[2] The Loan is also secured by an additional security interest in the leasehold interest of property adjacent to the Real Property. This grant of a security interest was memorialized by a Second Leasehold Mortgage and Security Agreement dated March 31, 2015 (the "Second Mortgage") from Sustainable Aquaculture Initiative, LLC and recorded in Official Records Book 2835, Page 1155 of the Public Records of Indian River County, Florida. However, due to a standstill provision in the Second Mortgage, Secured Lender has agreed to not commence any action on the Second Mortgage until certain terms therein are satisfied or have lapsed. Accordingly, Secured Lender's State Court Action did not seek to foreclose on the Second Mortgage.

[3] Debtor is not servicing its Debt to Secured Lender and has not made rent or tax payments to its landlord Fellsmere Joint Venture LLC ("Landlord") for several months. In fact, Debtor's Petition reflects a balance of $105,980.77 due the Landlord. (Doc. No. at p. 5.) As a result of Debtor's refusal to pay its ongoing monthly expenses, Secured Lender has been forced to cure defaults due the Landlord.

obtain proposed financing from Guarantor Mirzam which the Debtor would immediately return to Mirzam in the form of a monthly "Management Fee" elevated to an administrative expense of the bankruptcy estate.

6. In addition, the "Management Fees" and salaries appear excessive in relation to the Debtor's description of the current state of its operations and even taking into account what appears to be unrealistic projections of future monthly income in Debtor's Budget (Doc. No. 15-1.)  The Budget projects monthly sales of $18,612 for May, despite the fact that Debtor's Case Management Summary reflects year to date gross income of only $29,563.07 for nearly four months combined (Doc. No. 8 at p. 1.)  The projected income on the Budget does not support Debtor's contention that "the harvest from each bed produces enough revenue to find the production costs for a replacement bed with approximately $10,000 to $18,000 in profits." (Doc. No 15 at para. 6)  Furthermore, Debtor concedes that it currently only has "four seeded beds" (Doc. No 15 at para. 6) and only seven employees (Doc. No. 8 at p. 4.)

7. In summary, Secured Lender objects to the circular nature of Debtor's request for authority to pay significant Management Fees to insiders allegedly owed significant sums by the Debtor to the extent Debtor is seeking to recast prepetition insider claims as administrative expenses and also objects to the payment of what appears to be excessive line-item expenses for Management Fees and salaries in light of the Debtor's limited operations and capacity.

8. Secured Lender reserves its rights to (a) amend this Limited Objection, (b) make any other argument at the hearing on the Motion and (c) request such other relief as necessary.

**CONCLUSION**

WHEREFORE, Secured Lender respectfully requests that any order approving the Unsecured Credit Motion take into account Secured Lender's Limited Objection.

    Respectfully submitted,

/s/ Darren D. Farfante
Darren D. Farfante, Esq.
Florida Bar No: 0097802
John D. Emmanuel, Esq.
Florida Bar No: 0475572
BUCHANAN INGERSOLL & ROONEY PC
SunTrust Financial Centre
401 E. Jackson St., Suite 2400
Tampa, FL  33602
Tel: (813) 222-8180
Fax: (813) 222-8189
darren.farfante@bipc.com
john.emmanuel@bipc.com
Attorneys for Creditor First Home Bank

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished to those parties registered to receive service via CM/ECF and by U.S. Mail to the parties listed on the attached mailing Matrix, on May 2, 2017:

/s/ Darren D. Farfante
Darren D. Farfante, Esq.
Florida Bar No: 0097802

4816-4312-5063, v. 1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 17-15012-EPK<br>Southern District of Florida<br>West Palm Beach<br>Tue May  2 11:06:59 EDT 2017 | Florida Organic Aquaculture, LLC<br>930 W. Indiantown Road<br>204<br>Jupiter, FL 33458-6841 | AST-USA Translation Services, Inc.<br>PO Box 240<br>Henrietta, TX  76365-0240 |
| Affordable Water & Coffee Service<br>PO Box 780065<br>Sebastian, FL  32978-0065 | AkvaGroup North America<br>1495 Baikie Rd<br>Campbell River, BC  V9W-0C2 | All-Rite Water Purification<br>6605 US Highway 1<br>Vero Beach, FL  32967-5929 |
| Arnold Surveying Inc.<br>4888 N Kings Hwy # 425<br>Fort Pierce, FL  34951-2244 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Business First<br>PO Box 32034<br>Lakeland, FL  33802-2034 |
| Business GPS, LLC<br>183 Keith St Ste 3<br>Warrenton, VA  20186-3231 | Cargill Animal Nutrition<br>8 Southwoods Blvd Ste 4<br>Albany, NY  12211-2554 | Cemex Construction Materials<br>8 Southwoods Blvd Ste 4<br>Albany, NY  12211-2554 |
| Chemical Contaniers<br>PO Box 1307<br>Lake Wales, FL  33859-1307 | City of Fellsmere<br>22 S Orange St<br>Fellsmere, FL  32948-6700 | Clifford Morris<br>1228 Merlot Dr<br>Palm Beach Gardens, FL  33410-1528 |
| Darren D. Farfante, Esq.<br>Buchanan Ingersoll & Rooney PC<br>401 E Jackson St Ste 2400<br>Tampa, FL  33602-5236 | Direct Capital<br>155 Commerce Way<br>Portsmouth, NH  03801-3243 | EcoMicrobials LLC<br>7003 N Waterway Dr Ste 214<br>Miami, FL  33155-2896 |
| Ecotech Consultants, Inc.<br>PO Box 690265<br>Vero Beach, FL  32969-0265 | FedEx<br>PO Box 660481<br>Dallas, TX  75266-0481 | Fellsmere Joint Venture LLC<br>1900 N Old Dixie Hwy<br>Fort Pierce, FL  34946-1423 |
| Fellsmere Water Control District<br>PO Box 438<br>Fellsmere, FL  32948-0438 | First Home Bank<br>9190 Seminole Blvd<br>Seminole, FL  33772-3148 | First Insurance Funding Corp.<br>PO Box 7000<br>Carol Stream, IL  60197-7000 |
| Florida City Gas<br>PO Box 5410<br>Carol Stream, IL  60197-5410 | Florida City Gas - B2<br>PO Box 5410<br>Carol Stream, IL  60197-5410 | Florida City Gas - PH<br>PO Box 5410<br>Carol Stream, IL  60197-5410 |
| Glover Oil Co. Inc<br>PO Box 790<br>Melbourne, FL  32902-0790 | Green Energy Solutions of FL, LLC<br>3940 E Knights Griffin Rd<br>Plant City, FL  33565-2208 | Gregor Jonsson, Inc.<br>13822 W Laurel Dr<br>Lake Forest, IL  60045-4529 |

| | | |
|---|---|---|
| Guarantee Insurance Company<br>PO Box 406012<br>Atlanta, GA  30384-6012 | Harrington Industrial Plastics LLC<br>PO Box 638250<br>Cincinnati, OH  45263-8250 | Helen Ming<br>103 Carnegie Ctr Ste 300<br>Princeton, NJ  08540-6235 |
| Herc Rental Inc<br>PO Box 650280<br>Dallas, TX  75265-0280 | ImageNet<br>913 N Broadway Ave<br>Oklahoma City, OK  73102-5810 | Indian River Oxygen<br>920 18th Ave SW<br>Vero Beach, FL  32962-5359 |
| Intelligent Global Pooling Systems<br>225 E Robinson St Ste 200<br>Orlando, FL  32801-4321 | Jeff Moneyhan Electrical, LLC<br>PO Box 993<br>Fellsmere, FL  32948-0993 | John Deere Financial<br>6400 NW 86th St<br>Johnston, IA  50131-2945 |
| Kim Riley Commerical Services, Inc.<br>217 SW 9th Ct<br>Pompano Beach, FL  33060-8797 | Lone Peak Labeling Systems<br>PO Box 26656<br>Salt Lake City, UT  84126-0656 | M2 Lease Fund<br>175 N Patrick Blvd # 140<br>Brookfield, WI  53045-5811 |
| Mac Papers<br>7970 Central Industrial Dr<br>Riviera Beach, FL  33404-3436 | Mid-State Mechanical of Vero Beach<br>3825 71st St<br>Vero Beach, FL  32967-5446 | Mirzam Venture Capital, LLC<br>930 W Indiantown Rd Ste 204<br>Jupiter, FL  33458-6841 |
| North South Supply Inc<br>686 3rd Pl<br>Vero Beach, FL 32962-3634 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ozone International<br>12685 Miller Rd NE Ste 1300<br>Bainbridge Island, WA  98110-4206 |
| Royal Bank<br>550 Township Line Rd Ste 425<br>Blue Bell, PA  19422-2734 | Smart Building Florida<br>4800 Hampden Ln Ste 200<br>Bethesda, MD  20814-2934 | Star Capital Group<br>650 Park Ave Ste 210<br>King of Prussia, PA  19406-1434 |
| State of Florida Division of Workers Com<br>Bureau of Compliance,<br>400 N Congress Ave Ste 105<br>West Palm Beach, FL  33401-2913 | Sunwell<br>4499 Highway 7<br>Woodbridge, ON  L4L-9A9 | US Bank<br>Emmanuel & Zwiebel, PLLC<br>7900 Peters Rd Bldg B<br>Plantation, FL  33324-4045 |
| Uline<br>PO Box 88741<br>Chicago, IL  60680-1741 | United Rentals<br>PO Box 100711<br>Atlanta, GA  30384-0711 | Vero Chem Distributors<br>755 20th Pl<br>Vero Beach, FL 32960-5498 |
| Zeigler Bros., Inc<br>400 Gardners Station Rd<br>Gardners, PA  17324-9686 | Malinda L Hayes Esq.<br>Markarian Frank White-Boyd & Hayes<br>2925 PGA Blvd., Suite #204<br>Palm Beach Gardens, FL 33410-2909 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982238
El Paso, TX  79998-2238


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)First Home Bank                    (u)West Palm Beach                    End of Label Matrix
                                                                            Mailable recipients    58
                                                                            Bypassed recipients     2
                                                                            Total                  60