

**ORDERED in the Southern District of Florida on May 8, 2017.**



Erik P. Kimball, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

In re:

FLORIDA ORGANIC AQUACULTURE, LLC.
EIN# 27-5555911,

Case No. 17-15012-EPK
Chapter 11

         Debtor.         /

**INTERIM ORDER ON DEBTOR'S EMERGENCY MOTION
FOR ORDER AUTHORIZING POST-PETITION FINANCING
AND APPROVING FINANCING PER 11 U.S.C. § 364(b)**

THIS CAUSE having come before the Court on the Debtor's Emergency Motion for Order Authorizing Post-Petition Financing and Approving Financing Per 11 U.S.C. § 364(b) [ECF#15] (the "Motion") on May 3, 2017 at 1:30 p.m., the Court having heard the arguments of counsel and reviewed the pleadings and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1.    Debtor's Motion for Order Authorizing Post-Petition Financing and Approving Financing [ECF#15] is hereby GRANTED on an interim basis.

Page 1 of 3

2.     The Debtor is hereby authorized to borrow funds to be used for the sole purpose of funding the Debtor's ongoing operations, with interest accruing at 3.5% per anum, on a revolving credit basis from Mirzam Venture Capital, LLC, (the "Lender"), under the terms set forth in the Motion.

3.     Repayment to the Lender shall occur upon confirmation of the Debtor's Plan, after approval of an administrative expense claim, except to the extent of any U.S. Trustee fees and bankruptcy-related court costs that become due post-petition.

4.     The Debtor's use of borrowed funds is granted on an interim basis through May 24, 2017, strictly in accordance with the operating budget attached as Exhibit "A" to this Order.

5.     The Debtor shall account for the borrowing and repayment of all funds subject to this Order and shall document and disclose such transaction in conjunction with the Debtor's regularly filed monthly operating reports.

6.     Entry of this Order is without prejudice to the rights of any interested party at the final hearing on this Motion.

7.     A final hearing is scheduled to be held on May 24, 2017, at 2:00 p.m. at the U.S. Bankruptcy Court, Flagler Waterview Building, 1515 N. Flagler Drive, Room 801 Courtroom B, West Palm Beach, FL 33401.

8.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

**Submitted by:**
MALINDA L. HAYES ESQ.
Markarian Frank & Hayes
2925 PGA Blvd., Suite #204
Palm Beach Gardens, FL 33410

(561) 626-4700
(561) 627-9479 - fax


Malinda L. Hayes, Esq. is hereby directed to forward a copy of this Order immediately upon receipt of same to all creditors and any parties of interest and file a certificate of service.

X:\WPDOCS\Client Matters\Florida Organic Aquaculture (Cliff Morris)\Chapter 11\Pleadings\Order.Post Petition Financing.Interim.docx

# Florida Organic Aquaculture LLC, OPERATING BUDGET - EXHIBIT A

| Income | 5/3/17 - 5/24/17 |
|---|---:|
| Retail Store | $2,800 |
| (Less ) Cost of Goods Sold | -$200 |
| Processing Facility Projected Sales | $16,012 |
| **Total Income** | **$18,612** |
| **Monthly Expenses** | |
| New Market Tax Credit | $3,300 |
| Office Supplies | $350 |
| Processing Cost | |
|     Ez Com Software | $35 |
|     Labels | $400 |
|     Packaging Material | $520 |
|     Protective Clothing | $450 |
| Production Cost | |
|     Feed (Cargill) | $9,319 |
|     Chemicals | $730 |
|     Seeding and Production of 4 Raceways | $0 |
|     Water Testing | $400 |
| Property Insurance | |
|     First Fund Insurance | $1,856 |
| Rent | |
|     Fellsmere Joint Venture (Farm) | $11,024 |
|     Terramar Development (Retail Store) | $1,000 |
|     Packinghouse Rent | $8,000 |
| Repair and Maintanance | |
|     Equipment Fuel | $360 |
|     Maintenance | $410 |
|     Production Facility ( 2 Buildings) | $1,200 |
|     Processing Facility | $1,800 |
|     Retail Store | $400 |
|     Office | $100 |
| Salaries | |
|     Officer Wages | $8,500 |
|     Employee Wages | $17,000 |
|     Controller/Accountant | $5,000 |
|     SAI employee Wages | $8,700 |

Utilities

| | |
|---|---:|
| ATT | $380 |
| City of Fellsmere Utilities | $97 |
| Comcast | $349 |
| Florida High Speed Internet | $351 |
| FPL | $9,100 |
| Revel POS System | $109 |
| Waste Management | $174 |
| **Total Expenses** | **$91,414** |
| DIP Financing | -$72,802 |