**Fill in this information to identify the case:**

Debtor name   **Florida Organic Aquaculture, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

Case number (if known)   **9:17-bk-15012**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................... $ **12,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ $ **1,357,365.37**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $ **13,357,365.37**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ **10,201,754.45**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................... $ **17,421.77**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **1,536,982.65**

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b                                                                        $ **11,756,158.87**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Florida Organic Aquaculture, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

Case number (if known)    **9:17-bk-15012**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$136.61** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Business checking** | **3555** | **$1,454.80** |
| 3.2. | **SunTrust Bank** | **Business Checking** | **0949** | **$1,847.53** |
| 3.3. | **Oculina Bank** | **Business Checking (Farm)** | **6422** | **$73.15** |
| 3.4. | **Oculina Bank** | **Business Checking (Retail Store)** | **2556** | **$140.50** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$3,652.59** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **Florida Organic Aquaculture, LLC**            Case number *(If known)* **9:17-bk-15012**
          Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.    **Funds in Escrow @ Urban, Thier & Federer**                                    $48,045.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          $48,045.00

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11b. Over 90 days old:        11,622.00     -        0.00    =....          $11,622.00
                                     face amount           doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                        $11,622.00

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
       Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                             % of ownership

       15.1.    **Sustainable Agriculture Initiative, LLC**     49.00   %                        unknown

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                        $0.00

       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

Debtor    **Florida Organic Aquaculture, LLC**                    Case number *(If known)* **9:17-bk-15012**
          Name

☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops–either planted or harvested** | | | |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* **Shrimp inventory** | **$41,493.38** | | **$41,493.38** |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* **Caterpillar Generator Housing** | **$35,000.00** | **machinerytrader.** | **$35,000.00** |
| | **Caterpillar 1500 KW Generator** | **$140,000.00** | **machinerytrader.** | **$140,000.00** |
| | **2010 John Deere 544K loader** | **$80,000.00** | **used.unitedrenta** | **$80,000.00** |
| | **Valley Fish Pump System** | **$49,388.00** | **Depreciation 10%** | **$45,388.00** |
| | **Excavator/3-4 metric ton/crawler/DSL Serial #13519348 Takeuchi/2007** | **$14,150.00** | **machinetrader.co** | **$22,000.00** |
| | **Artic-Temp Model 750 SM-L** | **$16,850.00** | **machinerytrader.** | **$7,000.00** |
| | **Generator/110-119KW/DSL Model: DCA 125US  Serial# 8500927** | **$28,380.00** | **machinerytrader.** | **$22,500.00** |
| | **Carrier Transicold 40" HC Refr $32,269.40** | **$34,300.00** | **machinerytrader.** | **$28,000.00** |
| | **Deep Chill Ice Machine - Sunwell** | **$62,700.00** | **Depreciation 10%** | **$56,500.00** |
| | **Electric Fish Pump System #2 220/440V, 3PH, 50/60 HZ** | **$55,916.00** | **Depreciation 10%** | **$50,324.00** |
| | **See attached Lists A & B** | **$528,756.05** | **Auction Value** | **$528,756.05** |
| | **Ozone system with monitor** | **$25,000.00** | **resale** | **$25,000.00** |
| | **Utility Tractor (model 5065); Loader (model 553); Rotary Cutter (model Q172); Pallet Fork (model#AP13) and Box Blade (model#2172)** | **$19,550.00** | **Auction** | **$19,550.00** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **Florida Organic Aquaculture, LLC**                    Case number *(If known)*  **9:17-bk-15012**
_____
Name

| 31. | **Farm and fishing supplies, chemicals, and feed**<br>**Feed Inventory** | $8,645.29 | retail value | $8,645.29 |

32.     **Other farming and fishing-related property not already listed in Part 6**

| 33. | **Total of Part 6.** | |
| Add lines 28 through 32.  Copy the total to line 85. | **$1,110,156.72** |

34.     **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35.     **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.     **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
■ Yes

37.     **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>**Office Furniture**<br>**See attached list** | $2,000.00 | | $2,000.00 |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and**
        **communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books,
        pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections;
        other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | |
| Add lines 39 through 42.  Copy the total to line 86. | **$2,000.00** |

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor  **Florida Organic Aquaculture, LLC**                          Case number *(If known)*  **9:17-bk-15012**
Name

**Part 8:**      **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2007 Toyota RAV4**<br>**VIN#JTMZD33V276040835** | **$5,000.00** | | **$5,000.00** |
| 47.2.  **1949 International** | **$12,000.00** | | **$12,000.00** |
| 47.3.  **1986 Chevy  Bread Truck** | **$800.00** | | **$800.00** |

| | | | |
|---|---|---|---|
| **48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**  **Aircraft and accessories** | | | |
| **50.**  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**5 mobile classrooms (2 in use $25K each and 3 vacant $10K each)** | **$80,000.00** | | **$80,000.00** |

**51.**  **Total of Part 8.**                                                                                      **$97,800.00**
Add lines 47 through 50.  Copy the total to line 87.

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**      **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor  **Florida Organic Aquaculture, LLC**                    Case number *(If known)* **9:17-bk-15012**
        Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **15369 County Road 512, Fellsmere, FL 32948-7821 Leasehold Interest, inprovements, and equipment** | Leased | $12,000,000.00 | Estimated based | $12,000,000.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | $12,000,000.00 |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Architectural copyrights** | unknown | | unknown |
| **Trade Secrets** | unknown | | unknown |
| 61. **Internet domain names and websites** **www.flaquaculture.com** | unknown | | unknown |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | $0.00 |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | **Florida Organic Aquaculture, LLC** | Case number *(If known)* **9:17-bk-15012** |
|---|---|---|
| | Name | |

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 11:   All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | | | **Current value of debtor's interest** |
|---|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)

| **Sustainable Aquaculture Initiative, LLC** | 5,072,837.73 | − | 5,072,837.73 | = | **$0.00** |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

| **Leslie Knoesen** | 68,577.34 | − | 0.00 | = | **$68,577.34** |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

| **Leandro F. Castro** | 15,511.72 | − | 0.00 | = | **$15,511.72** |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   **Facilities Use Agreement dated 1/16/2014**                    **unknown**

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | **$84,089.06** |
    |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **Florida Organic Aquaculture, LLC**    Case number *(If known)* **9:17-bk-15012**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,652.59 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $48,045.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,622.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $1,110,156.72 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $97,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .........................................................> | | $12,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $84,089.06 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,357,365.37 | + 91b. $12,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $13,357,365.37 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

# FOA Un-encumbered Assets (List A)

| Assets Description | Cost Basis | Auction Value |
|---|---|---|
| Sandbagger | $ 23,471 | $ 4,694.20 |
| Nucamera System | $ 8,355 | $ 1,671.00 |
| Scanner / Camera | $ 2,183 | $ 436.60 |
| Gererac Generator | $ 1,700 | $ 340.00 |
| Geomembrane Air Lance Welder | $ 9,097 | $ 1,819.40 |
| GMAX 11 3900 Paint Sprayer | $ 3,299 | $ 659.80 |
| Ingersoll Rand Compressor 185 CFM | $ 8,160 | $ 1,632.00 |
| Mid- Duty Gator 4 seat | $ 7,000 | $ 1,400.00 |
| Multiquil Generator 20-24 W | $ 7,450 | $ 1,490.00 |
| New Star Industries GP Bucket | $ 1,750 | $ 350.00 |
| New Star Industries Safety work platform | $ 1,939 | $ 387.80 |
| Olympic Generator | $ 1,080 | $ 216.00 |
| Power system air compressor | $ 1,835 | $ 367.00 |
| Power Washer | $ 1,419 | $ 283.80 |
| 2 PS-10 Protein Skimmer | $ 2,230 | $ 446.00 |
| Skyjack platform lift 26' | $ 6,375 | $ 1,275.00 |
| Sandbagger 20,000 sandbags | $ 5,998 | $ 1,199.60 |
| Sandbagger conveyor system | $ 5,203 | $ 1,040.60 |
| Sandbagger stitcher machine | $ 1,960 | $ 392.00 |
| Trash pump - waste corp | $ 13,302 | $ 2,660.40 |
| Wacker plate compactor | $ 2,160 | $ 432.00 |
| Walkie Talkies | $ 3,026 | $ 605.20 |

| | | | |
|---|---|---|---|
| Water Jet | $ | 516 | $ | 103.20 |
| 2 Welding gun geomembrane | $ | 1,336 | $ | 267.20 |
| Wedge welder 220V | $ | 3,900 | $ | 780.00 |
| 3 Ton trailer | $ | 2,160 | $ | 432.00 |
| JBC organic tractor | $ | 24,486 | $ | 4,897.20 |
| John Deere 533 Loader bucket | $ | 6,000 | $ | 1,200.00 |
| John Deere box blade | $ | 1,200 | $ | 240.00 |
| John Deere floating pallet fork | $ | 1,200 | $ | 240.00 |
| John Deere rotary cutter | $ | 2,100 | $ | 420.00 |
| 1988 Trim trailer 53' | $ | 1,430 | $ | 286.00 |
| ez Dump Hertz trailer | $ | 3,056 | $ | 611.20 |
| 2005 Springdale 29' caravan | $ | 7,600 | $ | 1,520.00 |
| 20000 zen nob ym2000 small tractor | $ | 3,500 | $ | 700.00 |
| Wylie Water Trailer 500 gallon | $ | 3,840 | $ | 768.00 |
| Whisperwatt Diesel Generator | $ | 28,300 | $ | 5,660.00 |
| Skill drill | $ | 1,280 | $ | 256.00 |
| Microscope | $ | 2,163 | $ | 432.60 |
| Aquaculture system tech beaded filter | $ | 22,507 | $ | 4,501.40 |
| All rite jet pumps 2hp | $ | 15,305 | $ | 3,061.00 |
| Astro hot wedge welding | $ | 7,930 | $ | 1,586.00 |
| Praxair- millermatic welder | $ | 6,328 | $ | 1,265.60 |
| Protein skimmer solar compressor | $ | 1,235 | $ | 247.00 |
| Chemical containers | $ | 1,510 | $ | 302.00 |
| Thero Processing system stock America | $ | 6,000 | $ | 1,200.00 |
| 2 Prawnto Processing machine | $ | 21,476 | $ | 4,295.20 |
| Carrier transicold 40' HC Refrig | $ | 16,850 | $ | 3,370.00 |

| | | | |
|---|---:|---|---:|
| 40 innovative heat concept heaters | $ 11,488 | $ | 2,297.60 |
| Multiple processing facility equipment | $ 39,117 | $ | 7,823.40 |
| Aquatic Organism counter in live feed building | $ 6,180 | $ | 1,236.00 |
| Refrigerator green energy | $ 7,000 | $ | 1,400.00 |
| 2 Refrigerator - 5 star | $ 5,753 | $ | 1,150.60 |
| 2 Scale Ohaus 7000x | $ 3,165 | $ | 633.00 |
| Compressor 06DR | $ 2,758 | $ | 551.60 |
| 2 Extrusion Welder | $ 10,500 | $ | 2,100.00 |
| Freeze RT store | $ 800 | $ | 160.00 |
| Shed | $ 4,015 | $ | 803.00 |
| Multiple equipment in nursery | $ 13,695 | $ | 2,739.00 |
| Water testing equipment | $ 8,263 | $ | 1,652.60 |
| Barn equipment monitoring | $ 65,799 | $ | 13,159.80 |
| 80 Hi E Boilers, TI Hex, Pumps | $ 416,905 | $ | 83,381.00 |
| Chiller & Primary Air Unit, HW Coil | $ 116,979 | $ | 23,395.80 |
| VFD, Exhaust fan, motorized Dampers | $ 132,836 | $ | 26,567.20 |
| VFD, CO2 sensor, pressure sensor, controllers | $ 40,092 | $ | 8,018.40 |
| 80 MDM Motors and Pumps | $ 261,664 | $ | 52,332.80 |
| **Total unencumbered assets** | **$ 1,459,209** | **$** | **291,841.80** |

## USDA - Equipment (List B)

| Vendor Name | Assets Description | Cost Basis | Auction Value @ 25c /$1 |
|---|---|---|---|
| Ryan Herco Flow Solution | | | |
| | Instrumentation / Valves / Flow meters | $ 35,521.37 | $ 8,880.34 |
| MDM Incorporated | | | |
| | 96 x 7.5 HP Pump | $ 346,603.15 | $ 86,650.79 |
| YSI Inc | | | |
| | Monitoring Equipment D.O./Temp/Ph/Kw | $ 74,062.06 | $ 18,515.52 |
| Sort-Rite International, Inc | | | |
| | Sorting and Grading Equipment (processing) | $ 82,570.00 | $ 20,642.50 |
| Iceberg Air Conditioning and Heating | | | |
| | Blast Freezer + A.C. Equipment for processing | $ 104,254.02 | $ 26,063.51 |
| Delta Hydronics LLC | | | |
| | Supply + Instal Air Handling Equipment | $ 100,000.00 | $ 25,000.00 |
| xPertSea | | | |
| | Aquatic Organisam Counter | $ 5,680.00 | $ 1,420.00 |
| Ben Ashe | | | |
| | One 7.5 HP Pump with Yaskawa VFD | $ 5,000.00 | $ 1,250.00 |
| Akva Group | | | |
| | Feed System for Barn 2 | $ 146,302.40 | $ 36,575.60 |
| Chemical Containers | | | |
| | Settling Tank | $ 47,664.00 | $ 11,916.00 |
| | | $ 947,657.00 | $ 236,914.25 |

## Part 7 Office Furniture

4 Computers
4 Office Desks
4 Office Desk Chairs
Stationary Closet
Stationary Office Supplies
Boardroom Meeting Table
4 Desktop Phones
1 Desk top scanner

---

**Fill in this information to identify the case:**

Debtor name  **Florida Organic Aquaculture, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

Case number (if known)  **9:17-bk-15012**

☐ Check if this is an amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Direct Capital**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Valley Fish Pump System** | **$43,455.03** | **$12,803,962.72** |

**155 Commerce Way**
**Portsmouth, NH**
**03801-3243**
Creditor's mailing address

Describe the lien
**Blanket Lien and PMSI per UCC-1 filed 02/18/14**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9002**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Direct Capital**
**2. First Home Bank**
**3. Mirzam Venture Capital, LLC**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** **First Home Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**15369 County Road 512, Fellsmere, FL 32948-7821**<br>**Leasehold Interest, inprovements, and equipment** | **$5,000,000.00** | **$12,660,894.72** |
|---|---|---|---|

**9190 Seminole Blvd**
**Seminole, FL 33772-3148**
Creditor's mailing address

Describe the lien
**Blanket Lien per UCC-1 filed 04/06/15**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **Florida Organic Aquaculture, LLC**
Name

Case number (*if know*) **9:17-bk-15012**

---

**2015**
**Last 4 digits of account number**
**3924**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Direct Capital**
**2. First Home Bank**
**3. Mirzam Venture Capital, LLC**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.3 | **John Deere Financial** | | **$18,415.00** | **$19,550.00** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Utility Tractor (model 5065); Loader (model 553); Rotary Cutter (model Q172); Pallet Fork (model#AP13) and Box Blade (model#2172)**

**6400 NW 86th St**
**Johnston, IA 50131-2945**
Creditor's mailing address

**Describe the lien**
**PMSI per UCC-1 filed 06/25/13**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0390**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.4 | **M2 Lease Fund** | | **$39,290.00** | **$35,000.00** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Caterpillar Generator Housing**

**175 N Patrick Blvd # 140**
**Brookfield, WI 53045-5811**
Creditor's mailing address

**Describe the lien**
**PMSI per UCC-1 filed 3/9/16**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.5 | **Mirzam Venture Capital, LLC** | **Describe debtor's property that is subject to a lien** | **$4,800,000.00** | **$12,660,894.72** |

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 2 of 5

Debtor   **Florida Organic Aquaculture, LLC**
_____
Name

Case number (if know)   **9:17-bk-15012**

---

Creditor's Name

**930 W Indiantown Rd Ste 204**
**Jupiter, FL 33458-6841**
Creditor's mailing address

**15369 County Road 512, Fellsmere, FL 32948-7821**
**Leasehold Interest, inprovements, and equipment**

**Describe the lien**
**Blanket Lien per UCC-1 filed 04/22/17**
Is the creditor an insider or related party?
☐ No
■ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Direct Capital**
**2. First Home Bank**
**3. Mirzam Venture Capital, LLC**

---

| 2.6 | **Ozone International** | Describe debtor's property that is subject to a lien | $48,000.00 | $25,000.00 |
|-----|------------------------|-----------|---|---|

Creditor's Name
**Ozone system with monitor**

**12685 Miller Rd NE Ste 1300**
**Bainbridge Island, WA 98110-4206**
Creditor's mailing address

**Describe the lien**
**PMSI per UCC-1 filed 09/19/14**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Royal Bank** | Describe debtor's property that is subject to a lien | $102,418.00 | $140,000.00 |
|-----|----------------|-----------|---|---|

Creditor's Name
**Caterpillar 1500 KW Generator**

**550 Township Line Rd Ste 425**
**Blue Bell, PA 19422-2734**
Creditor's mailing address

**Describe the lien**
**PMSI per UCC-1 filed 3/21/16**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 5

Debtor **Florida Organic Aquaculture, LLC**
Name

Case number (if known) **9:17-bk-15012**

---

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Star Capital Group** |
| | Creditor's Name |

Describe debtor's property that is subject to a lien
**2010 John Deere 544K loader**

$45,490.00 | $80,000.00

**650 Park Ave Ste 210
King of Prussia, PA
19406-1434**
Creditor's mailing address

Describe the lien
**PMSI per UCC-1 filed 10/28/15**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**4000**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Terramar Development, LLC** |
| | Creditor's Name |

Describe debtor's property that is subject to a lien
**Lien per UCC-1 filed 04/22/17**

$62,000.00 | $5,000.00

**930 W Indiantown Rd Ste 204
Jupiter, FL 33458-6841**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/19/17**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| Debtor | Florida Organic Aquaculture, LLC | Case number (if know) | 9:17-bk-15012 |
|---|---|---|---|

Name

**2.10**

| **US Bank** | Describe debtor's property that is subject to a lien | $42,686.42 | $118,616.00 |
|---|---|---|---|

Creditor's Name

**Emmanuel & Zwiebel, PLLC**
**7900 Peters Rd Bldg B**
**Plantation, FL 33324-4045**

**PMSI per UCC-1 filed 02/02/15 for a Deepchill Production Storage System and UCC-1 filed 02/27/15 for an Aqua Life Biostream Model BP40S Fish Pump System**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$10,201,754.45**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company,**<br>**PO Box 2576**<br>**Springfield, IL 62708-2576** | Line _2.1_ | **9002** |
| **Darren D. Farfante, Esq.**<br>**Buchanan Ingersoll & Rooney PC**<br>**401 E Jackson St Ste 2400**<br>**Tampa, FL 33602-5236** | Line _2.2_ | **3924** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Florida Organic Aquaculture, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

Case number (if known) **9:17-bk-15012**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Indian River County Tax Collector**<br><br>**PO Box 1509**<br>**Vero Beach, FL 32961-1509** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,421.77 | $0.00 |
| Date or dates debt was incurred<br>**2016**<br><br>Last 4 digits of account number **0000**<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Basis for the claim:<br>**2016 Tangible Personal Property Taxes**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Affordable Water & Coffee Service**<br><br>**PO Box 780065**<br>**Sebastian, FL 32978-0065**<br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **5532** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Office Supplier**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $1,747.17 |
| **3.2** Nonpriority creditor's name and mailing address<br>**AkvaGroup North America**<br><br>**1495 Baikie Rd**<br>**Campbell River, BC V9W-0C2**<br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number **4173** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Auto Feeder**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $41,796.20 |

| Debtor | **Florida Organic Aquaculture, LLC** | Case number (if known) | **9:17-bk-15012** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,286.00** |
|---|---|---|---|

**All-Rite Water Purification**

6605 US Highway 1
Vero Beach, FL 32967-5929

Date(s) debt was incurred **2016**

Last 4 digits of account number **5622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,550.00** |
|---|---|---|---|

**Arnold Surveying Inc.**

4888 N Kings Hwy # 425
Fort Pierce, FL 34951-2244

Date(s) debt was incurred **2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,101.95** |
|---|---|---|---|

**Bank of America**

PO Box 982238
El Paso, TX 79998-2238

Date(s) debt was incurred **2014-2016**

Last 4 digits of account number **2840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Revolving Credit Card Charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,991.52** |
|---|---|---|---|

**Bank of America**

PO Box 982238
El Paso, TX 79998-2238

Date(s) debt was incurred **2014-2016**

Last 4 digits of account number **8483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Revolving Credit Card Charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,223.36** |
|---|---|---|---|

**Business First**

PO Box 32034
Lakeland, FL 33802-2034

Date(s) debt was incurred **2016**

Last 4 digits of account number **9954**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Workers Compensation Ins; see SOFA #7.1**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,808.33** |
|---|---|---|---|

**Business GPS, LLC**

183 Keith St Ste 3
Warrenton, VA 20186-3231

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,015.23** |
|---|---|---|---|

**Cargill Animal Nutrition**

8 Southwoods Blvd Ste 4
Albany, NY 12211-2554

Date(s) debt was incurred **2015**

Last 4 digits of account number **5583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Feed Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | **Florida Organic Aquaculture, LLC** | | Case number (if known) | **9:17-bk-15012** |
|---|---|---|---|---|
| | Name | | | |

---

**3.10** | Nonpriority creditor's name and mailing address

**Cemex Construction Materials**

8 Southwoods Blvd Ste 4
Albany, NY 12211-2554

Date(s) debt was incurred **2016**

Last 4 digits of account number **8823**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cement Supplier**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,434.54**

---

**3.11** | Nonpriority creditor's name and mailing address

**Chemical Contaniers**

PO Box 1307
Lake Wales, FL 33859-1307

Date(s) debt was incurred **2015**

Last 4 digits of account number **2604**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment**

Is the claim subject to offset? ☐ No ☐ Yes

**$4,720.00**

---

**3.12** | Nonpriority creditor's name and mailing address

**City of Fellsmere**

22 S Orange St
Fellsmere, FL 32948-6700

Date(s) debt was incurred **2013-2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Audit of City Roads**

Is the claim subject to offset? ☐ No ☐ Yes

**$27,332.85**

---

**3.13** | Nonpriority creditor's name and mailing address

**Clifford Morris**

1228 Merlot Dr
Palm Beach Gardens, FL 33410-1528

Date(s) debt was incurred **2010-2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deferred Compensation**

Is the claim subject to offset? ☐ No ☐ Yes

**$675,085.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**EcoMicrobials LLC**

7003 N Waterway Dr Ste 214
Miami, FL 33155-2896

Date(s) debt was incurred **2016**

Last 4 digits of account number **721**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Probiotic/Grow Out Supply**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,840.00**

---

**3.15** | Nonpriority creditor's name and mailing address

**Ecotech Consultants, Inc.**

PO Box 690265
Vero Beach, FL 32969-0265

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$7,500.00**

---

**3.16** | Nonpriority creditor's name and mailing address

**FedEx**

PO Box 660481
Dallas, TX 75266-0481

Date(s) debt was incurred **2015-2016**

Last 4 digits of account number **8385**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,117.89**

---

| Debtor | **Florida Organic Aquaculture, LLC** | Case number (if known) | **9:17-bk-15012** |
|---|---|---|---|
| | Name | | |

---

**3.17** Nonpriority creditor's name and mailing address

**Fellsmere Joint Venture LLC**

**1900 N Old Dixie Hwy**
**Fort Pierce, FL 34946-1423**

Date(s) debt was incurred  **2015-2016**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ☒ No ☐ Yes

**$105,980.77**

---

**3.18** Nonpriority creditor's name and mailing address

**Fellsmere Water Control District**

**PO Box 438**
**Fellsmere, FL 32948-0438**

Date(s) debt was incurred  **2015-2016**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services (inspection charge)**

Is the claim subject to offset? ☒ No ☐ Yes

**$7,397.00**

---

**3.19** Nonpriority creditor's name and mailing address

**First Insurance Funding Corp.**

**PO Box 7000**
**Carol Stream, IL 60197-7000**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **2708**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workers Compensation Insurance**

Is the claim subject to offset? ☒ No ☐ Yes

**$25,349.00**

---

**3.20** Nonpriority creditor's name and mailing address

**Florida City Gas**

**PO Box 5410**
**Carol Stream, IL 60197-5410**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **2494**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

**$51,709.34**

---

**3.21** Nonpriority creditor's name and mailing address

**Florida City Gas - B2**

**PO Box 5410**
**Carol Stream, IL 60197-5410**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **7154**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

**$18,132.83**

---

**3.22** Nonpriority creditor's name and mailing address

**Florida City Gas - PH**

**PO Box 5410**
**Carol Stream, IL 60197-5410**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **5286**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

**$566.32**

---

**3.23** Nonpriority creditor's name and mailing address

**Glover Oil Co. Inc**

**PO Box 790**
**Melbourne, FL 32902-0790**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0013**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Diesel Supplier**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,357.53**

---

Debtor **Florida Organic Aquaculture, LLC**
_____
Name

Case number (if known) **9:17-bk-15012**

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,224.93** |
|---|---|---|---|

**Green Energy Solutions of FL, LLC**

3940 E Knights Griffin Rd
Plant City, FL 33565-2208

Date(s) debt was incurred **2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insulation Building Supplier**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,711.24** |
|---|---|---|---|

**Gregor Jonsson, Inc.**

13822 W Laurel Dr
Lake Forest, IL 60045-4529

Date(s) debt was incurred **2015-2016**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Equipment Lease**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,534.00** |
|---|---|---|---|

**Guarantee Insurance Company**

PO Box 406012
Atlanta, GA 30384-6012

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Workers Compensation Insurance**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Harrington Industrial Plastics LLC**

PO Box 638250
Cincinnati, OH 45263-8250

Date(s) debt was incurred **2015**

Last 4 digits of account number **2765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Electrical Supplier**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Helen Ming**

103 Carnegie Ctr Ste 300
Princeton, NJ 08540-6235

Date(s) debt was incurred **2014**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,809.73** |
|---|---|---|---|

**Herc Rental Inc**

PO Box 650280
Dallas, TX 75265-0280

Date(s) debt was incurred **2015-2016**

Last 4 digits of account number **2171**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Equipment Lease**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$662.49** |
|---|---|---|---|

**ImageNet**

913 N Broadway Ave
Oklahoma City, OK 73102-5810

Date(s) debt was incurred **2016**

Last 4 digits of account number **7VER**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Printer Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Florida Organic Aquaculture, LLC**          Case number (if known)   **9:17-bk-15012**
<u>Name</u>

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,987.21** |

**Indian River Oxygen**

920 18th Ave SW
Vero Beach, FL 32962-5359

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0A04**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Production Supplier**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,525.00** |

**Intelligent Global Pooling Systems**

225 E Robinson St Ste 200
Orlando, FL 32801-4321

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:  Pallets Supplier**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,015.00** |

**Jeff Moneyhan Electrical, LLC**

PO Box 993
Fellsmere, FL 32948-0993

Date(s) debt was incurred  **2015**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Electrical Contractor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,151.20** |

**Kim Riley Commerical Services, Inc.**

217 SW 9th Ct
Pompano Beach, FL 33060-8797

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0490**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Professional Services**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,352.98** |

**Lone Peak Labeling Systems**

PO Box 26656
Salt Lake City, UT 84126-0656

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **6856**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Packing Supplies**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,232.93** |

**Mac Papers**

7970 Central Industrial Dr
Riviera Beach, FL 33404-3436

Date(s) debt was incurred  __

Last 4 digits of account number  **0716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Packing Supplies**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,500.00** |

**Mid-State Mechanical of Vero Beach**

3825 71st St
Vero Beach, FL 32967-5446

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **3961**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Maintenance Supplier**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Florida Organic Aquaculture, LLC** | Case number (if known) | **9:17-bk-15012** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.18** |

**North South Supply Inc**

686 3rd Pl
Vero Beach, FL 32962-3637

Date(s) debt was incurred __

Last 4 digits of account number __2632__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Finance Charges__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,901.36** |

**Smart Building Florida**

4800 Hampden Ln Ste 200
Bethesda, MD 20814-2934

Date(s) debt was incurred __2015-2016__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,245.64** |

**State of Florida Division of Workers Com**
Bureau of Compliance,
400 N Congress Ave Ste 105
West Palm Beach, FL 33401-2913

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Workers Compensation Penalty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$971.14** |

**Sunwell**

4499 Highway 7
Woodbridge, ON L4L-9A9

Date(s) debt was incurred __2016__

Last 4 digits of account number __0716__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Part Supplier__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,076.77** |

**Uline**

PO Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred __2015__

Last 4 digits of account number __1329__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Supplier__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,910.03** |

**United Rentals**

PO Box 100711
Atlanta, GA 30384-0711

Date(s) debt was incurred __2015__

Last 4 digits of account number __8189__

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Equipment Lease__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,091.00** |

**Vero Chem Distributors**

755 20th Pl
Vero Beach, FL 32960-5445

Date(s) debt was incurred __2015-2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Chemical Supplier__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Florida Organic Aquaculture, LLC | Case number (if known) | 9:17-bk-15012 |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,483.99 |

**Zeigler Bros., Inc**

**400 Gardners Station Rd**
**Gardners, PA 17324-9686**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Feed Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jeremy S. Korch**<br>**Bast Amron LLP**<br>**1 SE 3rd Ave # 1400**<br>**Miami, FL 33131-1708** | Line **3.27**<br><br>☐ Not listed. Explain ____ | **2765** |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 17,421.77 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,536,982.65 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,554,404.42 |

**Fill in this information to identify the case:**

Debtor name  **Florida Organic Aquaculture, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

Case number (if known)   **9:17-bk-15012**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Agricultural Land Lease and Agreement for 90.28 acres** |
|   State the term remaining | |
|   List the contract number of any government contract | **Fellsmere Joint Venture LLC**<br>**1900 N Old Dixie Hwy**<br>**Fort Pierce, FL 34946-1423** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Agricultural Land Lease and Agreement for 9.72 acres assigned to Sustainable Aquaculture Initiative, LLC; Debtor retains performace obligations** |
|   State the term remaining | |
|   List the contract number of any government contract | **Fellsmere Joint Venture, LLC**<br>**1900 N Old Dixie Hwy**<br>**Fort Pierce, FL 34946-1423** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **Agricultural Land Lease and Agreement for packhouse + 10 acres assigned to Sustainable Aquaculture Initiative, LLC; Debtor retains performance obligations** |
|   State the term remaining | |
|   List the contract number of any government contract | **Fellsmere Joint Venture, LLC**<br>**1900 N Old Dixie Hwy**<br>**Fort Pierce, FL 34946-1423** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
| | **Terramar Development LLC**<br>**930 W Indiantown Rd**<br>**Jupiter, FL 33458-6841** |

Debtor 1 __Florida Organic Aquaculture, LLC__

First Name          Middle Name          Last Name

Case number (*if known*)  __9:17-bk-15012__



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment of commercial lease in real estate (32 N. Broadway, Fellsmere, FL 32948) retail store** | |
|---|---|---|---|
| | State the term remaining | | **Terramar Development LLC** |
| | List the contract number of any government contract | | **930 W Indiantown Rd** **Jupiter, FL 33458-6841** |

**Fill in this information to identify the case:**

Debtor name  **Florida Organic Aquaculture, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

Case number (if known)  **9:17-bk-15012**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | **Clifford Morris** | **1228 Merlot Dr**<br>**Palm Beach Gardens, FL 33410-1528** | **Direct Capital** | ■ D  **2.1**<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2 | **Clifford Morris** | **1228 Merlot Dr**<br>**Palm Beach Gardens, FL 33410-1528** | **First Home Bank** | ■ D  **2.2**<br>☐ E/F  _____<br>☐ G  _____ |
| 2.3 | **Clifford Morris** | **1228 Merlot Dr**<br>**Palm Beach Gardens, FL 33410-1528** | **M2 Lease Fund** | ■ D  **2.4**<br>☐ E/F  _____<br>☐ G  _____ |
| 2.4 | **Clifford Morris** | **1228 Merlot Dr**<br>**Palm Beach Gardens, FL 33410-1528** | **Royal Bank** | ■ D  **2.7**<br>☐ E/F  _____<br>☐ G  _____ |
| 2.5 | **Clifford Morris** | **1228 Merlot Drive**<br>**Palm Beach Gardens, F** | **Fellsmere Joint Venture LLC** | ☐ D  _____<br>☐ E/F  _____<br>■ G  **2.1** |
| 2.6 | **Clifford Morris** | **1228 Merlot Drive**<br>**Palm Beach Gardens, F** | **Fellsmere Joint Venture, LLC** | ☐ D  _____<br>☐ E/F  _____<br>■ G  **2.2** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | **Florida Organic Aquaculture, LLC** | Case number *(if known)* | **9:17-bk-15012** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.7 | **Clifford Morris** | **1228 Merlot Drive**<br>**Palm Beach Gardens, F** | **Fellsmere Joint Venture, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.3___ |
| 2.8 | **Sustainable Aquaculture Initiatie LLC** | **930 W Indiantown Rd**<br>**Jupiter, FL 33458-6841** | **Fellsmere Joint Venture, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.2___ |
| 2.9 | **Sustainable Aquaculture Initiave LLC** | **930 W Indiantown Rd**<br>**Jupiter, FL 33458-6841** | **Fellsmere Joint Venture, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.3___ |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Florida Organic Aquaculture, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

Case number (if known)    **9:17-bk-15012**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 15, 2017**          X **/s/ Clifford Morris**
                                          Signature of individual signing on behalf of debtor

                                          **Clifford Morris**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Florida Organic Aquaculture, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

Case number (if known) **9:17-bk-15012**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other    Sales | $29,563.07 |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other    Sales | $217,452.04 |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other    Sales | $378,876.61 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor  **Florida Organic Aquaculture, LLC**                          Case number *(if known)*  **9:17-bk-15012**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Direct Capital**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801-3243** | **1/27/17,**<br>**2/24/17 &**<br>**3/28/17** | **$11,722.41** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Royal Bank**<br>**550 Township Line Rd Ste 425**<br>**Blue Bell, PA 19422-2734** | **1/27/17,**<br>**2/24/17 &**<br>**3/28/17** | **$9,054.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **US Bank**<br>**7900 Peters Rd**<br>**Plantation, FL 33324-4045** | **1/27/17,**<br>**2/24/17 &**<br>**3/28/17** | **$12,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Cargill Animal Nutrition**<br>**8 Southwoods Blvd Ste 4**<br>**Albany, NY 12211-2554** | **2/9/17,**<br>**3/13/17 &**<br>**4/3/17** | **$9,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Clifford Morris**<br>**1228 Merlot Dr**<br>**Palm Beach Gardens, FL 33410-1528**<br>**Manager** | **various dates** | **$17,518.48** | **personal guarantee on equipment lease agreement with Direct Capital** |
| 4.2. | **Clifford Morris**<br>**1228 Merlot Dr**<br>**Palm Beach Gardens, FL 33410-1528**<br>**Manager** | **various dates** | **$15,090.00** | **personal guarantee on equipment lease agreement with Royal Bank** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

Debtor    **Florida Organic Aquaculture, LLC**
Case number *(if known)*   **9:17-bk-15012**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **John Deere Financial**<br>**6400 NW 86th St**<br>**Johnston, IA 50131-2945** | **Equipment repossed December 2016; equipment sold at auction but sale not completed by petition date (JD Utility Tractor, JD Loader, BH Rotary Cutter, FRO Pallet Fork, and FRO Box Blade)** | **12/17/16 - 12/27/16** | **$32,500.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **BusinessFirst Insurance Company v. Florida Organic Aquaculture**<br>**2016-CA-003333** | **Breach of Contract** | **Circuit Court, Polk County**<br>**255 N Broadway Ave**<br>**Bartow, FL 33830-3912** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Florida Home Bank v. Florida Organic Aquaculture, LLC, et al.**<br>**2017-CA-000226** | **Commerical Foreclosure** | **County Court, Indian River County**<br>**2000 16th Ave**<br>**Vero Beach, FL 32960-3416** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Advent Environmental Systems, LLC v. Florida Organic Aquaculture, LLC**<br>**2014CA003139** | **Breach of Contract** | **Circuit Court, Seminole County Florida**<br>**301 N Park Ave Ste 301**<br>**Sanford, FL 32771-1243** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.4. | **Florida Organic Aquaculture, LLC v. Advent Environmental Systems, LLC**<br>**5D17-0530** | **Appeal of Final Judgment** | **Fifth District Court of Appeals, Florida**<br>**300 S Beach St**<br>**Daytona Beach, FL 32114-5002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Florida Organic Aquaculture LLC**<br>**17-028-D2** | **Administrative Action - Penalty Assessment** | **Division of Workers' Compensation**<br>**400 N Congress Ave Ste 105**<br>**West Palm Beach, FL 33401-2913** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

| Debtor | Florida Organic Aquaculture, LLC | Case number *(if known)* 9:17-bk-15012 |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Auger Bobcat drive and 12" bit - Theft | | 12/7/16 | $3,200.00 |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Markarian Frank & Hayes<br>2925 Pga Blvd Ste 204<br>Palm Beach Gardens, FL<br>33410-2909 | Attorney's fees ($5,000 + $15,000) | 4/10/17 &<br>4/24/17 | $20,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Business GPS, LLC<br>183 Keith St Ste 3<br>Warrenton, VA 20186-3231 | | 8/19/16,<br>10/28/16<br>and 1/17/17 | $15,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Florida Organic Aquaculture, LLC | Case number *(if known)* | 9:17-bk-15012 |

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Steven Morris | 2007 Toyota Tundra (poor condition) VIN#5TFRV54117X015598 Consideration: commisions earned but not paid | 7/14/16 | $7,000.00 |
| | Relationship to debtor Employee | | | |
| 13.2. | Leandro Castro | 2007 Ford Explorer VIN#1FMEU63E97UB08636 | 1/3/17 | $5,000.00 |
| | Relationship to debtor Former Employee | | | |
| 13.3. | Leandro Castro | 2006 Mazda Tribute VIN#4F2CZ04166KM12538 | 1/3/17 | $5,000.00 |
| | Relationship to debtor Former Employee | | | |
| 13.4. | Eugene Griffin | 2002 Ford VIN#1FDWF36F72EB56060 Consideration: transfer in lieu of bonus | 9/2016 | $1,500.00 |
| | Relationship to debtor Employee | | | |
| 13.5. | Julio Casas | 1998 Ford VIN#1FTYR10C7WUA88703 Consideration: transfer in lieu of bonus | 9/2016 | $1,500.00 |
| | Relationship to debtor Employee | | | |
| 13.6. | Terramar Development, LLC 930 W Indiantown Rd Ste 204 Jupiter, FL 33458-6841 | Debt paid to Wells Fargo Vendor Finance in exchange for 2014 Bobcat Compact Track Loaders/T650/A3P0180177 and 2013 Bobcat Auger/30C/9445621479 | 12/16/16 | $21,000.00 |
| | Relationship to debtor None | | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Florida Organic Aquaculture, LLC**     Case number *(if known)*  **9:17-bk-15012**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer was<br>made | Total amount or<br>value |
|---|---|---|---|---|
| 13.7. | **Terramar Development, LLC**<br>**930 W Indiantown Rd Ste 204**<br>**Jupiter, FL 33458-6841** | **Debt paid to Wells Fargo Equipment**<br>**Finance in exchange for 2015 Genie**<br>**GTH-5519 Variable Reach Forklift and**<br>**2015 Doosan GC25-P Warehouse Forklift** | **11/7/16** | **$45,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.8. | **Terramar Development, LLC**<br>**930 W Indiantown Rd Ste 204**<br>**Jupiter, FL 33458-6841** | **Debt paid to Marlin Business Bank in**<br>**exchange for 2006 Ingersol Rand Model**<br>**SD-45D, Sklyjack Platform Lift Model**<br>**EXP-5005, Skyjack Generator Model**<br>**3226, and Multiqui Compressor Model**<br>**DCA25USI** | **11/4/16** | **$7,000.00** |
| | Relationship to debtor<br>**None** | | | |

**Part 7:   Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the<br>debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**
   **profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved,
   or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Florida Organic Aquaculture, LLC**      Case number (if known) **9:17-bk-15012**

cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America, NA**<br>**PO Box 15284**<br>**Wilmington, DE 19850-5284** | XXXX-2962 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 9/9/16 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Owners** | **15369 County Road 512**<br>**Fellsmere, FL 32948-7821** | **Retail goods held on consignment - see Attached List** | $3,162.46 |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Florida Organic Aquaculture, LLC**                                 Case number *(if known)*   **9:17-bk-15012**

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.<br>
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.<br>
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Sustainable Aquaculture Initiative LLC**<br>**930 W Indiantown Rd Ste 204**<br>**Jupiter, FL 33458-6841** | | EIN:    **46-4381218**<br><br>From-To   **12/2013 - present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Christine Myers, CPA, CVA**<br>**33 SW Flagler Ave**<br>**Stuart, FL 34994-2140** | **presently** |
| 26a.2.   **Bogdana Collado**<br>**930 W Indiantown Rd Ste 204**<br>**Jupiter, FL 33458-6841** | **Presently** |
| 26a.3.   **Bogdana Collado**<br>**930 W Indiantown Rd Ste 204**<br>**Jupiter, FL 33458-6841** | **Presently** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | **Florida Organic Aquaculture, LLC** | Case number *(if known)* | **9:17-bk-15012** |
|---|---|---|---|

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **First Home Bank**<br>**9190 Seminole Blvd**<br>**Seminole, FL 33772-3148** |
| 26d.2. | **Fellsmere Joint Venture LLC**<br>**1900 N Old Dixie Hwy**<br>**Fort Pierce, FL 34946-1423** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Rebecca Ramirez | on-going | variable |
| | Name and address of the person who has possession of inventory records | | |
| | Rebecca Ramirez | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Clifford Morris | 1228 Merlot Dr<br>Palm Beach Gardens, FL 33410-1528 | Manager | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Florida Organic Aquaculture, LLC**          Case number *(if known)*   **9:17-bk-15012**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | **Clifford Morris**<br>**1228 Merlot Dr**<br>**Palm Beach Gardens, FL**<br>**33410-1528** | **$68,000.00** | **January - August 2016** | **Salary/Compensation** |

**Relationship to debtor**
**Manager**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 15, 2017**

**/s/ Clifford Morris**                                        **Clifford Morris**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
■ Yes

#21

| ID | Name | Barcode | Export Unit | Quantity in Hand | Quantity for Sale | Current Cost | Total Value |
|----|------|---------|-------------|------------------|-------------------|--------------|-------------|
| 19 | Outrageous Okra | PICK100016 | Unit | 4.0000 | 4.00 | 6.00 | 24.00 |
| 20 | Twisted Spicy Slices | PICK100028 | Unit | 4.0000 | 4.00 | 6.00 | 24.00 |
| 21 | SPICY Outrageous Okra | PICK100023 | Unit | 2.0000 | 2.00 | 6.00 | 12.00 |
| 22 | Twisted Slices | PICK100026 | Unit | 3.0000 | 3.00 | 6.00 | 18.00 |
| 24 | Extra Garlic Spears | PICK100010 | Unit | 1.0000 | 1.00 | 6.00 | 6.00 |
| 25 | Twisted Spears | PICK100027 | Unit | 3.0000 | 3.00 | 6.00 | 18.00 |
| 26 | Bodacious Beets | PICK100004 | Unit | 4.0000 | 4.00 | 6.00 | 24.00 |
| 27 | Bitchin' Beans | PICK100003 | Unit | 2.0000 | 2.00 | 6.00 | 12.00 |
| 32 | B&B's | PICK100002 | Unit | 4.0000 | 4.00 | 6.00 | 24.00 |
| 33 | Zesty B&B's | PICK100031 | Unit | 3.0000 | 3.00 | 6.00 | 18.00 |
| 37 | Corny Bean Salsa | PICK100006 | Unit | 1.0000 | 1.00 | 6.00 | 6.00 |
| 40 | Double Dawg Dare | PICK100008 | Unit | 2.0000 | 2.00 | 6.00 | 12.00 |
| 98 | Almond Cookie | TEAS100001 | Unit | 3.0000 | 3.00 | 4.50 | 13.50 |
| 100 | Lemon Rose Oolong | TEAS100008 | Unit | 4.0000 | 4.00 | 5.25 | 21.00 |
| 101 | Green Turtle Key Green Rooibos | TEAS100005 | Unit | 4.0000 | 4.00 | 4.50 | 18.00 |
| 102 | Cozy Comfort | TEAS100004 | Unit | 2.0000 | 2.00 | 4.50 | 9.00 |
| 103 | Tong Infuser | ACCE100002 | Unit | 2.0000 | 2.00 | 2.25 | 4.50 |
| 138 | Charcoal w/ Eucalyptus and Lavender SI | SKNG100001 | Unit | 2.0000 | 2.00 | 4.00 | 8.00 |
| 139 | Frankincense & Myrrh SP | SKNG100002 | Unit | 1.0000 | 1.00 | 4.00 | 4.00 |
| 140 | Jasmine SP | SKNG100003 | Unit | 1.0000 | 1.00 | 4.00 | 4.00 |
| 142 | Lemon-Mint Cooler SP | SKNG100005 | Unit | 1.0000 | 1.00 | 4.00 | 4.00 |
| 147 | After Sun Splash 4 fl oz | SKNS100001 | Unit | 1.0000 | 1.00 | 8.00 | 8.00 |
| 149 | Healing Balm | SKNO100001 | Unit | 2.0000 | 2.00 | 8.80 | 17.60 |
| 151 | Raspberry | SKND100002 | Unit | 2.0000 | 2.00 | 3.68 | 7.36 |
| 152 | Fruit Passion | SKND100001 | Unit | 1.0000 | 1.00 | 3.68 | 3.68 |
| 153 | Lavender (BB) | SKNB100002 | Unit | 2.0000 | 2.00 | 10.40 | 20.80 |
| 155 | Mexican-Style Habanero | SAUC100007 | Unit | 10.0000 | 10.00 | 2.50 | 25.00 |
| 156 | Papaya Pequin Passion | SAUC100008 | Unit | 6.0000 | 6.00 | 2.50 | 15.00 |
| 157 | Purry-Purry Sauce | SAUC100009 | Unit | 10.0000 | 10.00 | 2.50 | 25.00 |
| 158 | Caribbean Curry | SAUC100003 | Unit | 14.0000 | 14.00 | 3.02 | 42.27 |
| 159 | Suprisingly Mild Guajillo Ghost | SAUC100013 | Unit | 15.0000 | 15.00 | 2.50 | 37.50 |
| 160 | Cat in Heat | SAUC100004 | Unit | 25.0000 | 25.00 | 3.00 | 75.00 |
| 161 | Chairman Meow's Revenge | SAUC100005 | Unit | 13.0000 | 13.00 | 3.00 | 39.00 |
| 162 | Strawberry Serrano | SAUC100012 | Unit | 12.0000 | 12.00 | 2.50 | 30.00 |
| 163 | Siamese Sriracha | SAUC100002 | Unit | 11.0000 | 11.00 | 3.00 | 33.00 |
| 164 | Bacon-Flavored Sriracha | SAUC100001 | Unit | 13.0000 | 13.00 | 3.00 | 39.00 |
| 181 | Orange Sherbet (BL) | SKNL100003 | Unit | 1.0000 | 1.00 | 10.40 | 10.40 |
| 182 | Country Lavender (BL) | SKNL100001 | Unit | 1.0000 | 1.00 | 10.40 | 10.40 |
| 183 | Vanilla Grapefruit (BB) | SKNB100003 | Unit | 2.0000 | 2.00 | 10.40 | 20.80 |
| 189 | Blueberry Blast | TEAS100003 | Unit | 3.0000 | 3.00 | 4.50 | 13.50 |
| 194 | Cranberry Habanero Relish | SAUC100006 | Unit | 26.0000 | 26.00 | 3.75 | 97.50 |
| 208 | Beeswax Candles | | Unit | 11.0000 | 11.00 | 12.00 | 132.00 |
| 238 | Moroccan Mint | TEAS100009 | Unit | 4.0000 | 4.00 | 4.50 | 18.00 |
| 239 | Cranberry Granola | GRNL100004 | Unit | 1.0000 | 1.00 | 4.50 | 4.50 |
| 241 | Peanut Butter Granola | GRNL100006 | Unit | 3.0000 | 3.00 | 4.50 | 13.50 |
| 242 | Pumpkin Spice Granola | GRNL100007 | Unit | 4.0000 | 4.00 | 4.50 | 18.00 |
| 244 | Take A Hike Granola | GRNL100009 | Unit | 7.0000 | 7.00 | 4.50 | 31.50 |
| 245 | Mango Ginger Shrub | MARM100008 | Unit | 2.0000 | 2.00 | 8.99 | 17.98 |

| 246 | Pinapple Vanilla Chili Shrub | MARM100016 | Unit | 5.0000 | 5.00 | 8.99 | 44.95 |
|-----|------------------------------|------------|------|--------|------|------|-------|
| 281 | Fish Dip 8oz | SDIP100004 | Unit | 8.0000 | 8.00 | 7.00 | 56.00 |
| 284 | Vanilla Orange | SKND100003 | Unit | 4.0000 | 4.00 | 3.68 | 14.72 |
| 294 | Cocoa-Nut Granola | GRNL100003 | Unit | 5.0000 | 5.00 | 4.50 | 22.50 |
| 309 | Honduras - Light (Ground) | CAFE100005 | Unit | 1.0000 | 1.00 | 9.40 | 9.40 |
| 315 | Apple Cinnamon Granola | GRNL100001 | Unit | 16.0000 | 16.00 | 4.50 | 72.00 |
| 326 | Blood Orange | TEAS100002 | Unit | 3.0000 | 3.00 | 4.50 | 13.50 |
| 327 | Quinoa | GRAN100003 | Unit | 8.0000 | 8.00 | 7.75 | 62.00 |
| 328 | Cajun Blackening Seasoning | SEAS100002 | Unit | 1.0000 | 1.00 | 4.00 | 4.00 |
| 329 | Paella Rice | GRAN100007 | Unit | 3.0000 | 3.00 | 9.24 | 27.72 |
| 331 | Porcini Risotto | GRAN100002 | Unit | 4.0000 | 4.00 | 7.15 | 28.60 |
| 332 | Tri-Color Italian Orzo | GRAN100005 | Unit | 1.0000 | 1.00 | 6.74 | 6.74 |
| 333 | Coffee Chile Pepper Rub | SEAS100004 | Unit | 2.0000 | 2.00 | 4.25 | 8.50 |
| 334 | Black Hawaiian Sea Salt | SEAS100001 | Unit | 1.0000 | 1.00 | 6.37 | 6.37 |
| 335 | Thai Coconut Green Curry | GRAN100004 | Unit | 3.0000 | 3.00 | 4.57 | 13.71 |
| 338 | Hot Ginger Shrub | MARM100006 | Unit | 1.0000 | 1.00 | 8.99 | 8.99 |
| 356 | Cajun Dirty Rice | GRAN100006 | Unit | 2.0000 | 2.00 | 5.70 | 11.40 |
| 361 | Organic Recovery | TEAS100011 | Unit | 4.0000 | 4.00 | 5.25 | 21.00 |
| 362 | White Chai | TEAS100012 | Unit | 3.0000 | 3.00 | 5.00 | 15.00 |
| 369 | Cilantro&Roasted Onion | OILS100001 | Unit | 6.0000 | 6.00 | 7.17 | 43.02 |
| 370 | Mango (White) | OILS100002 | Unit | 3.0000 | 3.00 | 7.17 | 21.51 |
| 371 | Harissa | OILS100003 | Unit | 3.0000 | 3.00 | 7.17 | 21.51 |
| 372 | Garlic | OILS100004 | Unit | 5.0000 | 5.00 | 7.17 | 35.85 |
| 373 | Persian Lime | OILS100005 | Unit | 3.0000 | 3.00 | 7.17 | 21.51 |
| 374 | Butter | OILS100006 | Unit | 4.0000 | 4.00 | 7.17 | 28.68 |
| 376 | Coconut (white) | OILS100008 | Unit | 5.0000 | 5.00 | 7.17 | 35.85 |
| 378 | Black Cherry (dark) | OILS100010 | Unit | 5.0000 | 5.00 | 7.17 | 35.85 |
| 389 | Organic Strawberry Basil Shrub | MARM100026 | Unit | 2.0000 | 2.00 | 8.99 | 17.98 |
| 396 | Lavender (BL) | SKNL100008 | Unit | 1.0000 | 1.00 | 10.40 | 10.40 |
| 398 | Vanilla (BL) | SKNL100006 | Unit | 1.0000 | 1.00 | 10.40 | 10.40 |
| 404 | Zephyrhills Water (16.9 FL) | 073430005044 | Unit | 34.0000 | 34.00 | 0.17 | 5.78 |
| 405 | Tomato Plum Jam | MARM100028 | Unit | 4.0000 | 4.00 | 6.50 | 26.00 |
| 407 | Blood Orange Hibiscus Shrub | MARM100030 | Unit | 3.0000 | 3.00 | 8.99 | 26.97 |
| 412 | Tomatoes | 100000000229 | Unit | 4.0000 | 4.00 | 0.70 | 2.80 |
| 413 | White Onion | 100000000236 | Unit | 2.0000 | 2.00 | 0.79 | 1.58 |
| 416 | Triscuit Original | 100000000267 | Unit | 7.0000 | 7.00 | 1.25 | 8.75 |
| 417 | Triscuit Cracked Pepper& Olive oil | 100000000274 | Unit | 1.0000 | 1.00 | 1.25 | 1.25 |
| 422 | Tuscan Herb | 100000000328 | Unit | 4.0000 | 4.00 | 7.17 | 28.68 |
| 424 | Coca-cola | 100000000342 | Unit | 12.0000 | 12.00 | 0.83 | 9.96 |
| 425 | Sprite | 100000000359 | Unit | 11.0000 | 11.00 | 0.83 | 9.13 |
| 426 | Fanta- orange | 100000000366 | Unit | 12.0000 | 12.00 | 0.83 | 9.96 |
| 430 | Garlic | 100000000403 | Unit | 3.0000 | 3.00 | 0.56 | 1.68 |
| 431 | Marinara Pasta Sauce | 100000000410 | Unit | 1.0000 | 1.00 | 4.50 | 4.50 |
| 432 | Spaghetti Sauce | 100000000427 | Unit | 1.0000 | 1.00 | 4.50 | 4.50 |
| 433 | Cranberry Orange Marmalade | 100000000434 | Unit | 1.0000 | 1.00 | 5.35 | 5.35 |
| 435 | Himalayan Style Red Rice | 100000000458 | Unit | 5.0000 | 5.00 | 5.35 | 26.75 |
| 436 | Red Course Sea Salt Hawaiian | 100000000465 | Unit | 5.0000 | 5.00 | 6.37 | 31.85 |
| 437 | Roasted Garlic Salt | 100000000472 | Unit | 5.0000 | 5.00 | 6.00 | 30.00 |
| 438 | Florida Sauce | 100000000489 | Unit | 10.0000 | 10.00 | 3.00 | 30.00 |
| 449 | Marmalade Sweet Orange | 100000000519 | Unit | 2.0000 | 2.00 | 2.51 | 5.02 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 450 | Peach | 100000000526 | Unit | 4.0000 | 4.00 | 3.02 | 12.08 |
| 451 | Blueberry | 100000000533 | Unit | 6.0000 | 6.00 | 3.42 | 20.52 |
| 452 | Red Rasberry | 100000000540 | Unit | 7.0000 | 7.00 | 3.99 | 27.93 |
| 453 | Apricot | 100000000557 | Unit | 10.0000 | 10.00 | 2.96 | 29.60 |
| 454 | Triple Crown | 100000000564 | Unit | 7.0000 | 7.00 | 3.57 | 24.99 |
| 455 | Apple Butter JS | 100000000571 | Unit | 8.0000 | 8.00 | 2.37 | 18.96 |
| 456 | Strawberry JS | 100000000588 | Unit | 12.0000 | 12.00 | 4.02 | 48.24 |
| 457 | Peach JS | 100000000595 | Unit | 4.0000 | 4.00 | 4.03 | 16.12 |
| 458 | Blueberry JS | 100000000601 | Unit | 4.0000 | 4.00 | 4.47 | 17.88 |
| 459 | Pickled Beet Balls | 100000000618 | Unit | 2.0000 | 2.00 | 3.39 | 6.78 |
| 460 | Sweet Pepper Relish | 100000000625 | Unit | 9.0000 | 9.00 | 3.66 | 32.94 |
| 461 | Apple Butter | 100000000632 | Unit | 7.0000 | 7.00 | 2.08 | 14.56 |
| 462 | Pumpkin Butter | 100000000649 | Unit | 11.0000 | 11.00 | 2.36 | 25.96 |
| 463 | Original | 100000000656 | Unit | 4.0000 | 4.00 | 2.99 | 11.96 |
| 464 | Lime | 100000000663 | Unit | 2.0000 | 2.00 | 2.99 | 5.98 |
| 465 | Sweet Potato | 100000000670 | Unit | 10.0000 | 10.00 | 2.99 | 29.90 |
| 466 | Mild | 100000000687 | Unit | 5.0000 | 5.00 | 2.77 | 13.85 |
| 467 | Hot | 100000000694 | Unit | 3.0000 | 3.00 | 2.77 | 8.31 |
| 468 | Corn | 100000000700 | Unit | 3.0000 | 3.00 | 2.77 | 8.31 |
| 469 | Pineapple | 100000000717 | Unit | 5.0000 | 5.00 | 2.77 | 13.85 |
| 470 | Black Bean | 100000000724 | Unit | 4.0000 | 4.00 | 2.77 | 11.08 |
| 471 | Medium | 100000000731 | Unit | 5.0000 | 5.00 | 2.77 | 13.85 |
| 472 | Raspberry Chipotle | 100000000748 | Unit | 2.0000 | 2.00 | 3.00 | 6.00 |
| 473 | Strawberry Poppyseed | 100000000755 | Unit | 2.0000 | 2.00 | 2.66 | 5.32 |
| 474 | Vidalia Onion&Honey Mustard | 100000000762 | Unit | 1.0000 | 1.00 | 2.66 | 2.66 |
| 475 | Garden Ranch | 100000000779 | Unit | 3.0000 | 3.00 | 2.66 | 7.98 |
| 476 | Blueberry Balsamic Vinaigrette | 100000000786 | Unit | 5.0000 | 5.00 | 2.66 | 13.30 |
| 477 | Tomato Basil | 100000000793 | Unit | 5.0000 | 5.00 | 2.54 | 12.70 |
| 478 | Spinach | 100000000809 | Unit | 4.0000 | 4.00 | 2.54 | 10.16 |
| 479 | Garlic Parsley | 100000000816 | Unit | 3.0000 | 3.00 | 2.54 | 7.62 |
| 480 | Gluten Free Spinch | 100000000823 | Unit | 5.0000 | 5.00 | 5.12 | 25.60 |
| 482 | Chocolate Walnut | 100000000847 | Unit | 1.0000 | 1.00 | 1.20 | 1.20 |
| 483 | Peanut Butter | 100000000854 | Unit | 1.0000 | 1.00 | 1.20 | 1.20 |
| 484 | Whole Wheat Noodles | 100000000861 | Unit | 12.0000 | 12.00 | 2.46 | 29.52 |
| 485 | Champagne Dill Mustard | 100000000878 | Unit | 6.0000 | 6.00 | 1.29 | 7.74 |
| 486 | Whole Grain Dijon Mustard | 100000000885 | Unit | 7.0000 | 7.00 | 1.29 | 9.03 |
| 487 | Smoky Horseradish Sauce | 100000000892 | Unit | 5.0000 | 5.00 | 1.29 | 6.45 |
| 488 | Cranberry Honey Mustard | 100000000908 | Unit | 4.0000 | 4.00 | 1.29 | 5.16 |
| 489 | Southwest Mustard | 100000000915 | Unit | 4.0000 | 4.00 | 1.29 | 5.16 |
| 490 | Honey Mustard | 100000000922 | Unit | 8.0000 | 8.00 | 1.29 | 10.32 |
| 491 | Florida Palmetto | 100000000939 | Unit | 11.0000 | 11.00 | 5.25 | 57.75 |
| 492 | Florida Cracker (Wildflower) | 100000000946 | Unit | 8.0000 | 8.00 | 5.25 | 42.00 |
| 493 | Orange Blossom | 100000000953 | Unit | 6.0000 | 6.00 | 5.25 | 31.50 |
| 494 | Pure Maple Syrup | 100000000960 | Unit | 11.0000 | 11.00 | 15.41 | 169.51 |
| 497 | Baby Lettuce Blend | 100000000991 | Unit | 3.0000 | 3.00 | 3.50 | 10.50 |
| 498 | Bookbinders Hot Cocktail Sauce | 100000001004 | Unit | 8.0000 | 8.00 | 1.99 | 15.92 |
| 499 | Florida Shrimp Boil 5oz | 100000001011 | Unit | 22.0000 | 22.00 | 1.66 | 36.52 |
| 500 | Seminole Cocktail Sauce | 100000001028 | Unit | 4.0000 | 4.00 | 2.13 | 8.52 |
| 501 | Seminole Tartar Sauce | 100000001035 | Unit | 10.0000 | 10.00 | 2.13 | 21.30 |
| 502 | Biddles Lemon Juice | 100000001042 | Unit | 11.0000 | 11.00 | 1.41 | 15.51 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 503 | Biddles Key Lime Juice | 100000001059 | Unit | 6.0000 | 6.00 | 2.03 | 12.18 |
| 504 | Dolphin Plastic Deveiner | 100000001066 | Unit | 12.0000 | 12.00 | 1.20 | 14.40 |
| 509 | Potted Herbs (variety) | 100000001110 | Unit | 4.0000 | 4.00 | 2.50 | 10.00 |
| 510 | Baby Romaine Lettuce | 100000001127 | Unit | 2.0000 | 2.00 | 3.25 | 6.50 |
| 515 | Paella Rice (Clearance) | 100000001172 | Unit | 3.0000 | 3.00 | 9.24 | 27.72 |
| 516 | Cajun Dirty Rice (Clearance) | 100000001189 | Unit | 2.0000 | 2.00 | 5.70 | 11.40 |

**Total:** **3,162.46**

**United States Bankruptcy Court**
**Southern District of Florida, West Palm Beach Division**

IN RE:                                                         Case No. **9:17-bk-15012**

**Florida Organic Aquaculture, LLC**                          Chapter **11**
_____
Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Mirzam Green Card Partners I, LP**<br>**930 W Indiantown Rd Ste 204**<br>**Jupiter, FL  33458-6841** | **49** | |
| **Mirzam Venture Capital , LLC**<br>**930 W Indiantown Rd Ste 204**<br>**Jupiter, FL  33458-6841** | **51** | |

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)