**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:                                                                    CASE NO.: 17-15012-EPK
                                                                               Chapter 11
Florida Organic Aquaculture, LLC

     Debtor.
_____/

**STAR CAPITAL GROUP L.P.'S**
**OBJECTION TO DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION**
**OF FLORIDA ORGANIC AQUACULTURE, LLC**

     STAR CAPITAL GROUP L.P. (hereinafter referred to as "STAR CAPITAL"), by and through its undersigned counsel, files this Objection to Plan of Reorganization (the "Plan")(ECF No. 50) and Disclosure Statement (ECF No. 51) and objects for the following reasons:

     1.     Debtor, Florida Organic Aquaculture, LLC, filed for relief under Chapter 11 of the Bankruptcy Code on April 24, 2017.

     2.     The Debtor filed its Plan and Disclosure Statement on July 21, 2017.

     3.     STAR CAPITAL GROUP L.P. is a creditor of the Debtor by virtue of an Equipment Financing Agreement to finance the purchase of the following personal property described as:

**2010 John Deere 544K Wheel Loader**
**and all attachments and modifications thereto**
**Serial Number: 1DW544ZCA0629503**

     4.     The Debtor defaulted under the Equipment Financing Agreement by failing to make timely payments and currently owes as of April 24, 2017 the amount of $66,387.00.

The Debtor failed to make the April 2017 payment as well as all subsequent payments. This loan has been in default for a substantial period of time.

5.  The Debtor states in its Plan and Disclosure Statement its intention on retaining the collateral of STAR CAPITAL GROUP L.P. and extending the remaining payment terms from approximately 2 years to 7 years. Additionally, the proposed Plan treatment incorrectly states that prospective interest is included in the claim amount.

6.  Furthermore, the Debtor scheduled the value of the collateral at $80,000 with an undisputed claim amount of $45,490.00. However, STAR CAPITAL GROUP L.P. is owed the amount of $66,387.00 plus interest, late charges, attorney's fees and costs pursuant to the terms of the Equipment Financing Agreement.[1]

7.  A disclosure statement must contain "adequate information" for creditors and shareholders to make an informed judgment about a plan of reorganization. 11 U.S.C. $1125(b)and 1125(a)(1). The information provided does not show how the Debtor will remain cash flow positive even if it is able to secure financing or an equity infusion. Furthermore, the Debtor acknowledges that without such financing or equity infusion the Plan is not feasible. As such, the foregoing does provide adequate information for any creditor to make an informed judgment about the Plan.

8.  Creditor reserves its rights to further object to the Plan.

WHEREFORE, Creditor, STAR CAPITAL GROUP L.P. respectfully requests this Honorable Court enter an Order sustaining these Objections to the Disclosure Statement and Plan of Reorganization, and for other such relief as the Court deems just and proper.

---

[1] Creditor recently received notice of this bankruptcy proceeding and will be filing a proof of claim, motion to allow same, and a motion for stay relief. Creditor's claim amount may change upon finalization of its proof of claim.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic mail or U.S. mail to the parties below this 23rd day of August, 2017.

> KELLEY & FULTON, P.L.
> Attorney for Creditor
> 1665 Palm Beach Lakes Blvd.
> The Forum - Suite 1000
> West Palm Beach, Florida 33401
> Tel: (561) 491-1200
> Fax:(561) 684-3773
>
> By: /s/ Dana L. Kaplan
> Dana L. Kaplan, Esquire
> Fla. Bar No. 44315

**Mailing Information for Case 17-15012-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Ronald M Emanuel    ron.emanuel@emzwlaw.com, leslie.marin@emzwlaw.com
- John D Emmanuel    John.emmanuel@bipc.com, Sabrina.storno@bipc.com
- Malinda L Hayes    malinda@businessmindedlawfirm.com, mlhbnk@gmail.com
- Dana L Kaplan    dana@kelleylawoffice.com, lyndia@kelleylawoffice.com;tina@kelleylawoffice.com;craig@kelleylawoffice.com;Caitlin@kelleylawoffice.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Joel C Zwemer    jzwemer@deanmead.com
- Eric B Zwiebel    eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Carolyn S Ansay
701 Northpoint Parkway

Suite 209
West Palm Beach, FL 33407

Henry Waida
16 N Washington Street
Suite 102
Easton, MD 21601

See Attached Mailing Matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 17-15012-EPK<br>Southern District of Florida<br>West Palm Beach<br>Wed Aug 23 10:54:32 EDT 2017 | Captive Capital Corporation<br>c/o Kelley and Fulton, P.L<br>1665 Palm Beach Lakes Blvd<br>The Forum Suite 1000<br>West Palm Beach, FL 33401-2121 | Direct Capital Corporation<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B<br>Suite 100<br>Plantation, FL 33324-4045 |
| Fellsmere Joint Venture LLC<br>1900 Old Dixie Highway<br>Fort Pierce, FL 34946-1423 | First Home Bank<br>c/o John D Emmanuel<br>Suntrust Financial Centre<br>401 Jackson St., Suite 2400<br>Tampa, FL 33602-5236 | Florida Organic Aquaculture, LLC<br>930 W. Indiantown Road<br>204<br>Jupiter, FL 33458-6841 |
| U.S. Bank National Association d/b/a U.S. Ba<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Road B100<br>Plantation, FL 33324-4044 | AST-USA Translation Services, Inc.<br>PO Box 240<br>Henrietta, TX 76365-0240 | Affordable Water & Coffee Service<br>PO Box 780065<br>Sebastian, FL 32978-0065 |
| AkvaGroup North America<br>1495 Baikie Rd<br>Campbell River, BC V9W-0C2 | All-Rite Water Purification<br>6605 US Highway 1<br>Vero Beach, FL 32967-5929 | Arnold Surveying Inc.<br>4888 N Kings Hwy # 425<br>Fort Pierce, FL 34951-2244 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Business First<br>PO Box 32034<br>Lakeland, FL 33802-2034 | Business GPS, LLC<br>183 Keith St Ste 3<br>Warrenton, VA 20186-3231 |
| Cargill Animal Nutrition<br>8 Southwoods Blvd Ste 4<br>Albany, NY 12211-2554 | Cemex Construction Materials<br>8 Southwoods Blvd Ste 4<br>Albany, NY 12211-2554 | Chemical Contaniers<br>PO Box 1307<br>Lake Wales, FL 33859-1307 |
| City of Fellsmere<br>22 S Orange St<br>Fellsmere, FL 32948-6700 | Clifford Morris<br>1228 Merlot Dr<br>Palm Beach Gardens, FL 33410-1528 | Corporation Service Company,<br>PO Box 2576<br>Springfield, IL 62708-2576 |
| Darren D. Farfante, Esq.<br>Buchanan Ingersoll & Rooney PC<br>401 E Jackson St Ste 2400<br>Tampa, FL 33602-5236 | Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | EcoMicrobials LLC<br>7003 N Waterway Dr Ste 214<br>Miami, FL 33155-2896 |
| Ecotech Consultants, Inc.<br>PO Box 690265<br>Vero Beach, FL 32969-0265 | FedEx<br>PO Box 660481<br>Dallas, TX 75266-0481 | FedEx Corporate Services, Inc.<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd. Module G.,3rd Floor<br>Memphis, TN 38116-5017 |
| Fellsmere Joint Venture LLC<br>1900 N Old Dixie Hwy<br>Fort Pierce, FL 34946-1423 | Fellsmere Water Control District<br>PO Box 438<br>Fellsmere, FL 32948-0438 | First Home Bank<br>9190 Seminole Blvd<br>Seminole, FL 33772-3148 |

| | | |
|---|---|---|
| First Insurance Funding Corp.<br>PO Box 7000<br>Carol Stream, IL  60197-7000 | Florida City Gas<br>PO Box 5410<br>Carol Stream, IL  60197-5410 | Florida City Gas - B2<br>PO Box 5410<br>Carol Stream, IL  60197-5410 |
| Florida City Gas - PH<br>PO Box 5410<br>Carol Stream, IL  60197-5410 | Glover Oil Co. Inc<br>PO Box 790<br>Melbourne, FL  32902-0790 | Green Energy Solutions of FL, LLC<br>3940 E Knights Griffin Rd<br>Plant City, FL  33565-2208 |
| Gregor Jonsson, Inc.<br>13822 W Laurel Dr<br>Lake Forest, IL  60045-4529 | Guarantee Insurance Company<br>PO Box 406012<br>Atlanta, GA  30384-6012 | Harrington Industrial Plastics LLC<br>PO Box 638250<br>Cincinnati, OH  45263-8250 |
| Helen Ming<br>103 Carnegie Ctr Ste 300<br>Princeton, NJ  08540-6235 | Herc Rental Inc<br>PO Box 650280<br>Dallas, TX  75265-0280 | ImageNet<br>913 N Broadway Ave<br>Oklahoma City, OK  73102-5810 |
| Indian River County Tax Collector<br>PO Box 1509<br>Vero Beach, FL  32961-1509 | Indian River Oxygen<br>920 18th Ave SW<br>Vero Beach, FL  32962-5359 | Intelligent Global Pooling Systems<br>225 E Robinson St Ste 200<br>Orlando, FL  32801-4321 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jeff Moneyhan Electrical, LLC<br>PO Box 993<br>Fellsmere, FL  32948-0993 | Jeremy S. Korch<br>Bast Amron LLP<br>1 SE 3rd Ave # 1400<br>Miami, FL  33131-1708 |
| John A. Gagliardi, Esquire<br>Wetzel Gagliardi Fetter & Lavin LLC<br>101 E. Evans St., Ste. A<br>West Chester, PA 19380-2600 | John Deere Financial<br>6400 NW 86th St<br>Johnston, IA  50131-2945 | Kim Riley Commerical Services, Inc.<br>217 SW 9th Ct<br>Pompano Beach, FL  33060-8797 |
| Lone Peak Labeling Systems<br>PO Box 26656<br>Salt Lake City, UT  84126-0656 | M2 Lease Fund<br>175 N Patrick Blvd # 140<br>Brookfield, WI  53045-5811 | Mac Papers<br>3300 Philips Highway<br>Jacksonville, FL 32207-4312 |
| Mac Papers<br>7970 Central Industrial Dr<br>Riviera Beach, FL  33404-3436 | Mid-State Mechanical of Vero Beach<br>3825 71st St<br>Vero Beach, FL  32967-5446 | Mirzam Venture Capital, LLC<br>930 W Indiantown Rd Ste 204<br>Jupiter, FL  33458-6841 |
| North South Supply Inc<br>686 3rd Pl<br>Vero Beach, FL 32962-3634 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ozone International<br>12685 Miller Rd NE Ste 1300<br>Bainbridge Island, WA  98110-4206 |

| | | |
|---|---|---|
| Royal Bank<br>550 Township Line Rd Ste 425<br>Blue Bell, PA  19422-2734 | Royal Bank America Leasing, L.P.<br>c/o John A. Gagliardi, Esq.<br>Wetzel Gagliardi Fetter & Lavin LLC<br>101 E. Evans St., Ste. A<br>West Chester, PA 19380-2600 | Smart Building Florida<br>4800 Hampden Ln Ste 200<br>Bethesda, MD  20814-2934 |
| Star Capital Group<br>650 Park Ave Ste 210<br>King of Prussia, PA  19406-1434 | State of Florida Division of Workers Com<br>Bureau of Compliance,<br>400 N Congress Ave Ste 105<br>West Palm Beach, FL  33401-2913 | Sunwell<br>4499 Highway 7<br>Woodbridge, ON  L4L-9A9 |
| Sustainable Aquaculture Initiative LLC<br>930 W Indiantown Rd<br>Jupiter, FL  33458-6841 | Terramar Development LLC<br>930 W Indiantown Rd<br>Jupiter, FL  33458-6841 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi<br>1310 Madrid Street<br>Marshall, MN 56258-4099 |
| US Bank<br>Emmanuel & Zwiebel, PLLC<br>7900 Peters Rd Bldg B<br>Plantation, FL 33324-4045 | Uline<br>PO Box 88741<br>Chicago, IL  60680-1741 | Uline Shipping Supplies<br>12575 Uline Dr<br>Pleasant Prairie, WI 53158-3686 |
| United Rentals<br>PO Box 100711<br>Atlanta, GA  30384-0711 | Vero Chem Distributors<br>755 20th Pl<br>Vero Beach, FL 32960-5498 | Zeigler Bros., Inc<br>400 Gardners Station Rd<br>Gardners, PA  17324-9686 |
| Zeigler Bros., Inc.<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 | m2 Lease Funds LLC<br>c/o Russell S. Long, Davis & Kuelthau, s<br>111 E. Kilbourn, Ste. 1400<br>Milwaukee, WI 53202-6677 | Carolyn S Ansay<br>701 Northpoint Parkway<br>Suite 209<br>West Palm Beach, FL 33407-1956 |
| Henry Waida<br>16 N Washington Street<br>Suite 102<br>Easton, MD 21601-3196 | Malinda L Hayes Esq.<br>Markarian Frank White-Boyd & Hayes<br>2925 PGA Blvd., Suite #204<br>Palm Beach Gardens, FL 33410-2909 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982238
El Paso, TX  79998-2238

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)City of Fellsmere
22 S. Orange St.
Fellsmere, FL 32948-6700

(d)Direct Capital Corporation
155 Commerce way
Portsmouth NH 03801-3243

End of Label Matrix
Mailable recipients    79
Bypassed recipients     3
Total                  82