

**ORDERED in the Southern District of Florida on September 28, 2017.**

*Erik P. Kimball, Judge*
**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>FLORIDA ORGANIC AQUACULTURE, LLC.<br>EIN# 27-5555911, | Case No. 17-15012-EPK<br>Chapter 11 |
| | Jointly Administered |
| SUSTAINABLE AQUACULTURE<br>INITIATIVE, LLC. | Case No. 17-21251-EPK<br>Chapter 11 |
| _____Debtor_____/ | |

**AGREED ORDER APPROVING THE EMPLOYMENT OF**
**FINANCING AND SALES BROKER, EQUITY PARTNERS HG**

THIS CAUSE came on before the court on September 27, 2017 at 1:30 p.m. on the Emergency Motion to Employ Financing and Sales Broker, Equity Partners HG filed by debtor Sustainable Aquaculture Initiative, LLC (the "Debtor") [ECF#109] and the affidavit of the Investment Banking Consultant regarding employment by the debtor-in-possession submitted therewith.  The Court having considered the motion, the limited objections raised by Stonehenge

Capital Company, LLC, Stonehenge Community Development LXV, LLC and Stonehenge Community Development LXXV, LLC SPE A (collectively "Stonehenge"), the agreement of the parties, and the Court being fully advised in the premises,

    ORDERS AND ADJUDGES that

    1.    The Motion and Affidavit [ECF#109] sufficiently reflect the basis for the employment of Henry Waida of Equity Partners HG, as an investment banking consultant for the purpose of identifying, locating and securing financial institutions or investors who may wish to lend or become equity partners in the Debtor, and as a sales broker for the purpose of identifying and closing a sale with any potential buyers who wish to purchase the company as a going-concern.

    2.    Henry Waida of Equity Partners HG LLC represents no interest adverse to the Debtor's estate as set forth in the Motion and the accompanying Affidavit.

    3.    The Debtor is hereby authorized to employ Henry Waida of Equity Partners HG LLC as investment banking consultant and sales broker for Debtor, under the terms set forth in the Agreement attached to the Emergency Motion to Approve Employment of Financing and Sales Broker, Equity Partners HG LLC for Florida Organic Aquaculture, LLC [ECF#45] with compensation to be paid from the cash proceeds of any transaction, subject to the following limitations:

        a.    Paragraph 6 will be deleted and replaced with "Equity Partners' fee will be paid in cash at settlement of a sale closing equal to Ten Percent (10%) of the proceeds of any successful sale of the Debtor's assets.  Said payment shall act as a deduction from any fees paid by debtor Florida Organic Aquaculture, LLC as approved by the Court pursuant to the retention of Equity Partners in that

        case [ECF # 59].    In the event a sale is not effectuated through the Chapter 11 sale process established by the First Amended Order Granting Emergency Motions for Approval of Bidding and Auction Procedures for the Sale of Substantially All Assets of Debtor Pursuant to 11 U.S.C. § 363 no fee shall be paid by the Debtor to Equity Partners or otherwise earned by Equity Partners from the Debtor"; and

    b.  The Court sustains in part, and defers ruling in part, on the Limited Objections filed by Stonehenge. If the Debtor closes on a Court approved third party cash sale transaction then the Debtor may pay the broker its commission at closing from the transaction proceeds. However, if there is a court approved closing involving lien enforcement, a credit bid, a note sale, or other non-cash transaction, then the broker must file an application for compensation with the court, and the Limited Objections will be ruled on at that time. Notwithstanding the foregoing, nothing contained herein shall be deemed to affect or impair Stonehenge's credit bid rights or to require Stonehenge to make a cash bid component to any credit bid it might make at any scheduled auction or sale process arising from this engagement. Stonehenge retains the right to object to any proposed transaction. The Bankruptcy Court shall retain jurisdiction to rule on the compensation application and any objections thereto.

    4.    The Debtor and Equity Partners HG LLC will inform Stonehenge of all offers generated from this engagement and consult with Stonehenge concerning the merits of the same.

###

**Submitted by:**
MALINDA L. HAYES, ESQ.
MARKARIAN FRANK & HAYES
2925 PGA Blvd., #204
Palm Beach Gardens, FL 33410
(561) 626-4700
(561) 627-9479-fax

Attorney Malinda L. Hayes is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

X:\WPDOCS\Client Matters\Florida Organic Aquaculture (Cliff Morris)\Chapter 11\Pleadings\ORDER.Employ.Investment Banking Consultant.Waida.SAI.Final.Docx