

**ORDERED in the Southern District of Florida on October 12, 2017.**



Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                           Case No. 17-15012-EPK

FLORIDA ORGANIC                                  Chapter 11
AQUACULTURE, LLC, and                            (Jointly Administered)
SUSTAINABLE AQUACULTURE
INITIATIVE, LLC,

     Debtor(s).
_____/

### ORDER SETTING EVIDENTIARY HEARING AND RELATED DEADLINES

This matter came before the Court for hearing on October 11, 2017 upon the *Emergency Motion to Extend Time to Assume or Reject Unexpired Real Property Lease Pursuant to 11 U.S.C. § 365* [Case No. 17-15012, ECF No. 72], the *Emergency Motion for Approval of Bidding and Auction Procedures for the Sale of Substantially All Assets of Debtor Pursuant to 11 U.S.C. § 363* [Case No. 17-15012, ECF No. 98], and the *Emergency Motion for Approval of Bidding and Auction Procedures for the Sale of Substantially All Assets of Debtor Pursuant to 11 U.S.C. § 363* [Case No. 17-21251, ECF No. 5] (collectively, the "Motions") filed by the above-captioned jointly administered debtors.

For the reasons stated on the record at the hearing on the Motions, the Court ORDERS and ADJUDGES as follows:

1. The Motions [Case No. 17-15012, ECF Nos. 72 and 98; Case No. 17-21251, ECF No. 5] shall be set for evidentiary hearing before the Honorable Erik P. Kimball on **November 9, 2017 at 9:30 a.m.** at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.

2. Not later than **October 30, 2017**, (a) the group of investors identified by the Debtor as having presented the highest bid at the auction and (b) each backup bidder, shall file a notice of selection of executory contracts and unexpired leases that such bidder wishes to have assumed and assigned to it under 11 U.S.C. § 365 as part of the proposed sale.

3. Not later than **November 6, 2017**, any party in interest may file objections to the Motions.

###

Copies furnished to:

Malinda L. Hayes, Esq.

*Malinda L. Hayes, Esq. shall serve a conformed copy of this Order on all appropriate parties and file a certificate of service with the Court.*