

**ORDERED in the Southern District of Florida on October 17, 2017.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:  Case No. 17-15012-EPK

FLORIDA ORGANIC  Chapter 11
AQUACULTURE, LLC, and  (Jointly Administered)
SUSTAINABLE AQUACULTURE
INITIATIVE, LLC,

    Debtor(s).
_____/

**ORDER SETTING HEARING ON EMERGENCY
MOTION AND TO DETERMINE WHETHER CAUSE EXISTS
TO APPOINT CHAPTER 11 TRUSTEE OR CONVERT TO CHAPTER 7**

This matter came before the Court upon the *Emergency Motion to Immediately Invalidate Auction and Hold a Second Auction With Only Properly Qualified Bidders and to Allow Inspection of the Leased Premises* [ECF No. 163] and the *Emergency Motion to Immediately Invalidate Auction and Hold a Second Auction With Only Properly Qualified Bidders and to Allow Inspection of the Leased Premises* [ECF No. 165] (collectively, the "Emergency Motion") filed by Fellsmere Joint Venture, LLC.  Having considered the Emergency Motion, the Court ORDERS and ADJUDGES as follows:

1. The Emergency Motion [ECF Nos. 163 and 165] shall be set for hearing before the Honorable Erik P. Kimball on **October 18, 2017 at 1:30 p.m.** at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.

2. At the October 18, 2017 hearing on the Emergency Motion, the Court will also consider whether cause exists to appoint a chapter 11 trustee pursuant to 11 U.S.C. § 1104 or to convert these jointly-administered chapter 11 cases to chapter 7 pursuant to 11 U.S.C. § 1112.

###

Copies furnished to:

Joel C. Zwemer, Esq.

*Joel C. Zwemer, Esq. shall serve a conformed copy of this Order on all appropriate parties and file a certificate of service with the Court.*