UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FLORIDA ORGANIC AQUACULTURE, LLC     Chapter 11

Case No. 17-15012-EPK

SUSTAINABLE AQUACULTURE
INITIATIVE, LLC
_____/     Chapter 11

**STONEHENGE'S OBJECTION TO FELLSMERE JOINT VENTURE'S LLC EMERGENCY MOTION TO IMMEDIATELY INVALIDATE AUCTION AND HOLD A SECOND AUCTION WITH ONLY PROPERLY QUALIFIED BIDDERS AND TO ALLOW INSPECTION OF THE LEASED PREMISES (DOC. NO. 165)**

Stonehenge Capital Company, LLC, Stonehenge Community Development LXV, LLC and Stonehenge Community Development LXXV LLC SPE A (collectively 'Stonehenge"), by and through its undersigned counsel, hereby files this Objection to Fellsmere Joint Venture LLC ("FJV") Emergency Motion to Immediately Invalidate Auction and Hold a Second Auction with only Properly Qualified Bidders and to allow Inspection of The Leased Premises and in support states the following:

1. Florida Organic Aquaculture, LLC and Sustainable Aquaculture Initiative, LLC (collectively "Debtor") and Equity Partners, Inc. conducted an auction on October 11, 2017, at 9:00 a.m. At the auction, Debtor received a highest and best bid for $1.85 million from Helen Ming and her investors.

2. After conducting the auction, on October 16, 2017, FJV filed an Emergency Motion to Invalidate Auction and Hold a Second Auction with Only Properly Qualified Bidders and to Allow Inspection of the Leased Premises.

3. In support, FJV alleges that Debtor conducted the auction in an unfair manner and it and other qualified bidders were prejudiced because Debtor misled them to believe that Helen Ming was a qualified bidder.

4. FJV asks this Court to issue an order invalidating the auction and require Debtor to hold a second auction with only bidders that were qualified, invalidating the backup bids, and commanding Debtor to allow FJV representatives to inspect the building from interference.

5. Stonehenge objects to FJV's Emergency Motion to Invalidate the Auction for the following three reasons: 1) there is no evidence of any improprieties; 2) there is no legal basis to support the Objection; and 3) exigent circumstances do not exist.

6. First, FJV alleges that Helen Ming is not a qualified bidder and suggests that Debtor and Equity Partners deviated from the bidding procedures by allowing Helen Ming to submit the highest and best bid. The problem here is that FJV has not submitted any evidence into the record corroborating its allegations. At this time, FJV assertions are nothing more than mere allegations.

7. Second, FJV asked this Court to invalidate the auction. In essence, FJV seeks to eliminate deposits of bidders and back up bidders which will ultimately prevent the estate from receiving maximum value for its assets. Although FJV seeks to invalidate the auction, it has not cited any statutory provision under the Bankruptcy Code to support the relief sought in its Motion.

8. Third, FJV requested an emergency hearing due to exigent circumstances. Exigent circumstances do not exist because the Court has not issued an Order approving the sale of Debtor's assets, and closing for the sale has not occurred. Moreover, the Court already established a November 9, 2017, evidentiary hearing on the following three motions: a) Emergency Motion to Extend Time to Assume or Reject Unexpired Real Property Lease

2

Pursuant to Section 365 of the Bankruptcy Code, b) the Emergency Motion for Approval of Bidding and Auction Procedures for the Sale of Substantially All Assets of Debtor pursuant to Section 363 of the Code, and c) the Emergency Motion for Approval of Bidding and Auction Procedures for the Sale of Substantially All Assets of Debtor pursuant to Section 363 of the Code.

**WHEREFORE**, Stonehenge hereby files this Objection to FJV's Emergency Motion to Immediately Invalidate Auction and Hold a Second Auction with only Properly Qualified Bidders and to allow Inspection of The Leased Premises. Stonehenge asks this Court to deny its Motion, and requests all such further relief as this Court deems just and proper.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted.

Dated: October 17, 2017

s/Michael R. Bakst
Michael R. Bakst, Esq. (866377)
GREENSPOON MARDER, P.A.
525 Okeechobee Blvd, Suite 900
West Palm Beach, Florida 33401
Telephone: (561) 838-4523
Facsimile: (561) 514-3423
E-mail: Michael.bakst@gmlaw.com

Robert C. Folland
Admitted *pro hac vice*
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, Ohio 43215
Telephone: (614) 628-0096
Facsmile: (614) 628-1433
E-mail: Rob.Folland@btlaw.com
*Co-Counsel for Defendant*

*Attorneys for Stonehenge Capital Company, LLC, Stonehenge, Community Development LXV, LLC, And Stonehenge Community Development LXXV, LLC SPE A*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 17, 2017, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing upon counsel of record and/or first class U.S. Mail, postage pre-paid.

*s/Michael R. Bakst*
Michael R. Bakst, Esq. (866377)

Electronic Mail Notice List

- Ronald M. Emanuel ron.emanuel@emzwlaw.com, leslie.marin@emzwlaw.com
- John D. Emmanuel John.emmanuel@bipc.com, Sabrina.storno@bipc.com
- Malinda L. Hayes malinda@businessmindedlawfirm.com, mlhbnk@gmail.com
- Dana L. Kaplan dana@kelleylawoffice.com, lyndia@kelleylawoffice.com; tina@kelleylawoffice.com; craig@kelleylawoffice.com; Caitlin@kelleylawoffice.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Joel C Zwemer jzwemer@deanmead.com
- Eric B. Zwiebel eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

Manual Notice List
　　Carolyn S. Ansay
　　701 Northpoint Parkway
　　Suite 209
　　West Palm Beach, FL  33407

　　Henry Waida
　　16 North Washington Street
　　Suite 102
　　Easton, MD  21601

Served via email:
Robert Folland
Rob.Folland@btlaw.com

**All Parties on the Attached Mailing Matrix**

5

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 17-15012-EPK<br>Southern District of Florida<br>West Palm Beach<br>Thu Sep 21 09:07:20 EDT 2017 | Captive Capital Corporation<br>c/o Kelley and Fulton, P.L<br>1665 Palm Beach Lakes Blvd<br>The Forum Suite 1000<br>West Palm Beach, FL 33401-2121 | Direct Capital Corporation<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B<br>Suite 100<br>Plantation, FL 33324-4045 |
| Fellsmere Joint Venture LLC<br>1900 Old Dixie Highway<br>Fort Pierce, FL 34946-1423 | First Home Bank<br>c/o John D Emmanuel<br>Suntrust Financial Centre<br>401 Jackson St., Suite 2400<br>Tampa, FL 33602-5236 | Florida Organic Aquaculture, LLC<br>930 W. Indiantown Road<br>204<br>Jupiter, FL 33458-6841 |
| Star Capital Group L.P.<br>c/o Kelley and Fulton, P.L<br>1665 Palm Beach Lakes Blvd<br>The Forum Suite 1000<br>West Palm Beach, FL 33401-2121 | Stonehenge Community Development LXXV, Stone<br>c/o Michael Bakst, Esq.<br>515 Okeechobee Blvd.<br>Suite 900<br>West Palm Beach, FL 33401 | Sustainable Aquaculture Initiative LLC<br>930 W Indiantown Rd #204<br>Jupiter, FL 33458-6841 |
| U.S. Bank National Association d/b/a U.S. Ba<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Road B100<br>Plantation, FL 33324-4044 | AST-USA Translation Services, Inc.<br>PO Box 240<br>Henrietta, TX 76365-0240 | Affordable Water & Coffee Service<br>PO Box 780065<br>Sebastian, FL 32978-0065 |
| AkvaGroup North America<br>1495 Baikie Rd<br>Campbell River, BC V9W-0C2 | All-Rite Water Purification<br>6605 US Highway 1<br>Vero Beach, FL 32967-5929 | Arnold Surveying Inc.<br>4888 N Kings Hwy # 425<br>Fort Pierce, FL 34951-2244 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Business First<br>PO Box 32034<br>Lakeland, FL 33802-2034 | Business GPS, LLC<br>183 Keith St Ste 3<br>Warrenton, VA 20186-3231 |
| Cargill Animal Nutrition<br>8 Southwoods Blvd Ste 4<br>Albany, NY 12211-2554 | Cemex Construction Materials<br>8 Southwoods Blvd Ste 4<br>Albany, NY 12211-2554 | Chemical Contaniers<br>PO Box 1307<br>Lake Wales, FL 33859-1307 |
| City of Fellsmere<br>22 S Orange St<br>Fellsmere, FL 32948-6700 | Clifford Morris<br>1228 Merlot Dr<br>Palm Beach Gardens, FL 33410-1528 | Corporation Service Company,<br>PO Box 2576<br>Springfield, IL 62708-2576 |
| Darren D. Farfante, Esq.<br>Buchanan Ingersoll & Rooney PC<br>401 E Jackson St Ste 2400<br>Tampa, FL 33602-5236 | Deere & Company d/b/a John Deere Financ<br>PO Box 6600<br>Johnston, IA 50131-6600 | Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 |
| EcoMicrobials LLC<br>7003 N Waterway Dr Ste 214<br>Miami, FL 33155-2896 | Ecotech Consultants, Inc.<br>PO Box 690265<br>Vero Beach, FL 32969-0265 | FedEx<br>PO Box 660481<br>Dallas, TX 75266-0481 |

| | | |
|---|---|---|
| FedEx Corporate Services, Inc.<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd. Module G.,3rd Floor<br>Memphis, TN 38116-5017 | Fellsmere Joint Venture LLC<br>1900 N Old Dixie Hwy<br>Fort Pierce, FL 34946-1423 | Fellsmere Water Control District<br>PO Box 438<br>Fellsmere, FL 32948-0438 |
| First Home Bank<br>9190 Seminole Blvd<br>Seminole, FL 33772-3148 | First Insurance Funding Corp.<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | Florida City Gas<br>PO Box 5410<br>Carol Stream, IL 60197-5410 |
| Florida City Gas - B2<br>PO Box 5410<br>Carol Stream, IL 60197-5410 | Florida City Gas - PH<br>PO Box 5410<br>Carol Stream, IL 60197-5410 | Glover Oil Co. Inc<br>PO Box 790<br>Melbourne, FL 32902-0790 |
| Green Energy Solutions of FL, LLC<br>3940 E Knights Griffin Rd<br>Plant City, FL 33565-2208 | Gregor Jonsson, Inc.<br>13822 W Laurel Dr<br>Lake Forest, IL 60045-4529 | Guarantee Insurance Company<br>PO Box 406012<br>Atlanta, GA 30384-6012 |
| Harrington Industrial Plastics LLC<br>PO Box 638250<br>Cincinnati, OH 45263-8250 | Helen Ming<br>103 Carnegie Ctr Ste 300<br>Princeton, NJ 08540-6235 | Herc Rental Inc<br>PO Box 650280<br>Dallas, TX 75265-0280 |
| ImageNet<br>913 N Broadway Ave<br>Oklahoma City, OK 73102-5810 | Indian River County Tax Collector<br>PO Box 1509<br>Vero Beach, FL 32961-1509 | Indian River Oxygen<br>920 18th Ave SW<br>Vero Beach, FL 32962-5359 |
| Intelligent Global Pooling Systems<br>225 E Robinson St Ste 200<br>Orlando, FL 32801-4321 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jeff Moneyhan Electrical, LLC<br>PO Box 993<br>Fellsmere, FL 32948-0993 |
| Jeremy S. Korch<br>Bast Amron LLP<br>1 SE 3rd Ave # 1400<br>Miami, FL 33131-1708 | John A. Gagliardi, Esquire<br>Wetzel Gagliardi Fetter & Lavin LLC<br>101 E. Evans St., Ste. A<br>West Chester, PA 19380-2600 | John Deere Financial<br>6400 NW 86th St<br>Johnston, IA 50131-2945 |
| Kim Riley Commerical Services, Inc.<br>217 SW 9th Ct<br>Pompano Beach, FL 33060-8797 | Lone Peak Labeling Systems<br>PO Box 26656<br>Salt Lake City, UT 84126-0656 | M2 Lease Fund<br>175 N Patrick Blvd # 140<br>Brookfield, WI 53045-5811 |
| Mac Papers<br>3300 Philips Highway<br>Jacksonville, FL 32207-4312 | Mac Papers<br>7970 Central Industrial Dr<br>Riviera Beach, FL 33404-3436 | Mid-State Mechanical of Vero Beach<br>3825 71st St<br>Vero Beach, FL 32967-5446 |

| | | |
|---|---|---|
| Mirzam Venture Capital, LLC<br>930 W Indiantown Rd Ste 204<br>Jupiter, FL  33458-6841 | North South Supply Inc<br>686 3rd Pl<br>Vero Beach, FL 32962-3634 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Ozone International<br>12685 Miller Rd NE Ste 1300<br>Bainbridge Island, WA  98110-4206 | Royal Bank<br>550 Township Line Rd Ste 425<br>Blue Bell, PA  19422-2734 | Royal Bank America Leasing, L.P.<br>c/o John A. Gagliardi, Esq.<br>Wetzel Gagliardi Fetter & Lavin LLC<br>101 E. Evans St., Ste. A<br>West Chester, PA 19380-2600 |
| Smart Building Florida<br>4800 Hampden Ln Ste 200<br>Bethesda, MD  20814-2934 | Star Capital Group<br>650 Park Ave Ste 210<br>King of Prussia, PA  19406-1434 | State of Florida Division of Workers Com<br>Bureau of Compliance,<br>400 N Congress Ave Ste 105<br>West Palm Beach, FL  33401-2913 |
| Stonehenge Community Development LXXV, LLC<br>c/o Robert C. Folland<br>41 S. High Street, Ste. 3300<br>Columbus, OH  43215<br>Rob.Folland@btlaw.com 43215-6104 | Stonehenge Community Development, LXV, LLC<br>Robert C. Folland<br>41 S. High Street, Ste. 3300<br>Columbus, OH  43215<br>Rob.Folland@btlaw.com 43215-6104 | Sunwell<br>4499 Highway 7<br>Woodbridge, ON  L4L-9A9 |
| Sustainable Aquaculture Initiative LLC<br>930 W Indiantown Rd<br>Jupiter, FL  33458-6841 | Terramar Development LLC<br>930 W Indiantown Rd<br>Jupiter, FL  33458-6841 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi<br>1310 Madrid Street<br>Marshall, MN 56258-4099 |
| US Bank<br>Emmanuel & Zwiebel, PLLC<br>7900 Peters Rd Bldg B<br>Plantation, FL  33324-4045 | Uline<br>PO Box 88741<br>Chicago, IL  60680-1741 | Uline Shipping Supplies<br>12575 Uline Dr<br>Pleasant Prairie, WI 53158-3686 |
| United Rentals<br>PO Box 100711<br>Atlanta, GA  30384-0711 | Vero Chem Distributors<br>755 20th Pl<br>Vero Beach, FL 32960-5498 | Zeigler Bros., Inc<br>400 Gardners Station Rd<br>Gardners, PA  17324-9686 |
| Zeigler Bros., Inc.<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 | m2 Lease Funds LLC<br>c/o Russell S. Long, Davis & Kuelthau, s<br>111 E. Kilbourn, Ste. 1400<br>Milwaukee, WI 53202-6677 | Carolyn S Ansay<br>701 Northpoint Parkway<br>Suite 209<br>West Palm Beach, FL 33407-1956 |
| Henry Waida<br>16 N Washington Street<br>Suite 102<br>Easton, MD 21601-3196 | Malinda L Hayes Esq.<br>Markarian & Hayes<br>2925 PGA Blvd., Suite #204<br>Palm Beach Gardens, FL 33410-2909 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982238
El Paso, TX  79998-2238


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)City of Fellsmere
22 S. Orange St.
Fellsmere, FL 32948-6700

(d)Direct Capital Corporation
155 Commerce way
Portsmouth NH 03801-3243


(d)Star Capital Group L.P.
c/o Kelley and Fulton, P.L.
1665 Palm Beach Lakes Blvd.
The Forum Suite 1000
West Palm Beach, FL 33401-2121

End of Label Matrix
Mailable recipients    85
Bypassed recipients     4
Total                  89

Label Matrix for local noticing
113C-9
Case 17-21251-EPK
Southern District of Florida
West Palm Beach
Thu Sep 21 09:01:55 EDT 2017

First Home Bank
c/o John D. Emmanuel, Esq.
401 E. Jackson St.
Suite 2400
Tampa, FL 33602-5236

Sustainable Aquaculture Initiative LLC
930 W Indiantown Rd #204
Jupiter, FL 33458-6841

Fellsmere Joint Venture LLC
1900 N Old Dixie Hwy
Fort Pierce, FL 34946-1423

First Home Bank
9190 Seminole Blvd
Seminole, FL 33772-3148

Florida Organic Aquaculture LLC
930 W Indiantown Rd Ste 204
Jupiter, FL 33458-6841

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Robert C. Folland
41 S. High Street, Ste. 3300
Columbus, OH 43215-6104

Stoneghenge Community Development LXXV
191 W Nationwide Blvd Ste 600
Columbus, OH 43215-2569

Stonehenge Community Development LXV
191 W Nationwide Blvd Ste 600
Columbus, OH 43215-2569

Stonehenge Community Development LXV
236 3rd St
Baton Rouge, LA 70801-1304

Stonehenge Community Development LXV, LLC
Robert C. Folland
41 S. High Street, Ste. 3300
Columbus, OH 43215-6104

Stonehenge Community Development LXXV, LLC S
Robert C. Folland
41 S. High Street, Ste. 3300
Columbus, OH 43215-6104

Texcumar
KM. 2.5 VIA A, Calle de Monteverde
Santa Elena, Ecuador,

US Bank
c/o Stonehedge Capital Company LLC
191 W Nationwide Blvd Ste 600
Columbus, OH 43215-2569

Malinda L Hayes Esq.
Markarian & Hayes
2925 PGA Blvd., Suite #204
Palm Beach Gardens, FL 33410-2909

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16