

**ORDERED in the Southern District of Florida on October 20, 2017.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                              Case No. 17-15012-EPK

FLORIDA ORGANIC                                      Chapter 11
AQUACULTURE, LLC, and                            (Jointly Administered)
SUSTAINABLE AQUACULTURE
INITIATIVE, LLC,

      Debtor(s).
_____/

### ORDER DENYING EMERGENCY MOTION TO INVALIDATE AUCTION, HOLD SECOND AUCTION, AND ALLOW INSPECTION OF LEASED PREMISES

This matter came before the Court for hearing on October 18, 2017 upon the *Emergency Motion to Immediately Invalidate Auction and Hold a Second Auction With Only Properly Qualified Bidders and to Allow Inspection of the Leased Premises* [ECF No. 163] and the *Emergency Motion to Immediately Invalidate Auction and Hold a Second Auction With Only Properly Qualified Bidders and to Allow Inspection of the Leased Premises* [ECF No. 165] (collectively, the "Emergency Motion") filed by Fellsmere Joint Venture, LLC. For the reasons stated on the record at the hearing, the Court ORDERS and ADJUDGES that the Emergency Motion [ECF Nos. 163 and 165] is DENIED.

###

Copies furnished to:

Joel C. Zwemer, Esq.

*Joel C. Zwemer, Esq. is directed to serve a conformed copy of this Order on all parties in interest and file a certificate of service with the Court.*