UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

FLORIDA ORGANIC AQUACULTURE, LLC,         Case No.: 17-15012-EPK

SUSTAINABLE AQUACULTURE                    Case No.: 17-21251-EPK
INITIATIVE, LLC,                           CHAPTER 11
                                           Jointly Administered
Debtors.
_____/

## NOTICE OF TAKING DEPOSITION (DUCES TECUM)

Creditor, Fellsmere Joint Venture LLC, by and through the undersigned counsel, will take the deposition of Equity Partners HG LLC by the employee most knowledgeable about the auction conducted for the debtors in the above referenced bankruptcy cases, under oath on **October 27, 2017**, at **10:00 A.M.** at the offices of **Dean, Mead, Minton & Zwemer, 1903 South 25th Street, Suite 200, Fort Pierce, FL 34947**. The examination may continue from day to day until completed. If the examinee receives this notice less than seven (7) days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

Please take further notice that the Deponent shall produce and provide to counsel for Fellsmere Joint Venture LLC the documents set forth on the attached **Exhibit "A"** four (4) business days prior to the deposition.

I hereby certify that a true copy of the foregoing has been sent in the manner indicated this 20th day of October, to all parties listed below.

F0285690.v1

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

**Electronic Mail Notice List**:
Office of U.S. Trustee
Malinda L. Hayes, Esq.
John D. Emmanuel, Esq.
Michael R. Bakst, Esq.
Ronald M. Emmanuel, Esq.
Dana L. Kaplan, Esq.
Eric B. Zwiebel, Esq.

**Non-CM/ECF Parties:**
Florida Organic Aquaculture, LLC
930 W. Indiantown Road, Suite 204
Jupiter, FL 33458

Sustainable Aquaculture Initiative, LLC
c/o Clifford Morris, Member's Manager
930 W. Indiantown Road, Suite 204
Jupiter, FL 33458

Carolyn S. Ansay
701 Northpoint Parkway, Suite 209
West Palm Beach, FL 33407

Henry Waida
16 N. Washington Street, Suite 102
Easton, MD 21601
AND Via Email: HWaida@equitypartnershg.com

Helen Ming
46 Kelley Place
Princeton, NY 08540

**And Via Email to:**
Aaron Wernick, Esq.
Furr & Cohen
2255 Glades Road, Ste 337W
Boca Raton, FL 33431
Email: awernick@furrcohen.com

F0285690.v1

Equity Partners HG, LLC
c/o Kenn Mann
Email: Kmann@equitypartnershg.com

/s/ Joel C. Zwemer
Joel C. Zwemer, Esq.
Fla. Bar No. 0897371
jzwemer@deanmead.com
DEAN, MEAD, MINTON & ZWEMER
1903 South 25th Street, Suite 200
Fort Pierce, Florida 34947
Tele:   (772) 464-7700
Fax:    (772) 464-7877

F0285690.v1

## EXHIBIT "A"

1. Any and all documents supplied to the Debtors or Equity Partners HG ("hereinafter "Equity Partners") by Helen Ming.

2. Any and all documents supplied to the Debtors or Equity Partners by NS FOA, LLC.

3. Any and all documents supplied to the Debtors or Equity Partners by any investors or other persons purportedly represented at the auction by Helen Ming or NS FOA, LLC.

4. Any and all documents evidencing communications between the Debtors and Helen Ming, or her investors, or her attorney.

5. Any and all documents evidencing communications between Equity Partners and Helen Ming, or her investors, or her attorney and any time up to the present.

6. Any and all documents evidencing communications between Equity Partners and NS FOA, LLC or its attorney at any time up to the present.

7. Any and all financial statements, bank accounts or any other documents reviewed or relied upon by Equity Partners in determine that Helen Ming, her investors or NS FOA, LLC were Bidders qualified to bid at the Debtors' auction pursuant to the "Sales Procedures" submitted to the bankruptcy court.

8. Any and all documents evidencing any communications between Equity Partners and the Debtors or any employees, agents, representatives or attorney of the Debtors relating to the Debtors' auction, whether occurring before, during or after the auction.