UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

FLORIDA ORGANIC AQUACULTURE, LLC,   Case No.: 17-15012-EPK

SUSTAINABLE AQUACULTURE   Case No.: 17-21251-EPK
INITIATIVE, LLC,   CHAPTER 11
   Jointly Administered
    Debtors.
_____/

### NOTICE OF TAKING DEPOSITION (DUCES TECUM)

Creditor, Fellsmere Joint Venture LLC, by and through the undersigned counsel, will take the deposition of Helen Ming, under oath on **October 30, 2017, at 10:00 A.M.** at the offices of **Dean, Mead, Minton & Zwemer, 1903 South 25th Street, Suite 200, Fort Pierce, FL 34947.** The examination may continue from day to day until completed. If the examinee receives this notice less than seven (7) days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

Please take further notice that the Deponent shall produce and provide to counsel for Fellsmere Joint Venture LLC the documents set forth on the attached **Exhibit "A"** four (4) business days prior to the deposition.

I hereby certify that a true copy of the foregoing has been sent in the manner indicated this 20th day of October, to all parties listed below.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

**Electronic Mail Notice List**:
Office of U.S. Trustee
Malinda L. Hayes, Esq.

F0285691.v1

John D. Emmanuel, Esq.
Michael R. Bakst, Esq.
Ronald M. Emmanuel, Esq.
Dana L. Kaplan, Esq.
Eric B. Zwiebel, Esq.

**Non-CM/ECF Parties:**
Florida Organic Aquaculture, LLC
930 W. Indiantown Road, Suite 204
Jupiter, FL 33458

Sustainable Aquaculture Initiative, LLC
c/o Clifford Morris, Member's Manager
930 W. Indiantown Road, Suite 204
Jupiter, FL 33458

Carolyn S. Ansay
701 Northpoint Parkway, Suite 209
West Palm Beach, FL 33407

Henry Waida
16 N. Washington Street, Suite 102
Easton, MD 21601

Helen Ming
46 Kelley Place
Princeton, NY 08540

**And Via Email to:**
Aaron Wernick, Esq.
Furr & Cohen
2255 Glades Road, Ste 337W
Boca Raton, FL 33431
Email: awernick@furrcohen.com

/s/ Joel C. Zwemer
Joel C. Zwemer, Esq.
Fla. Bar No. 0897371
jzwemer@deanmead.com
DEAN, MEAD, MINTON & ZWEMER
1903 South 25th Street, Suite 200
Fort Pierce, Florida 34947
Tele:   (772) 464-7700
Fax:    (772) 464-7877

F0285691.v1

## **EXHIBIT "A"**

1. Any and all documents referring, relating to, concerning or evidencing any communications between Helen Ming and any persons or entities upon whose behalf Helen Ming bid at the Debtors' auction (hereinafter referenced as "Investors") in any way relating to the Debtors' auction.

2. Any and all documents referring to, relating to or concerning any communications between Helen Ming and Clifford Morris occurring subsequent to July 17, 2017.

3. Any and all documents referring to, relating to or concerning any communications between Helen Ming and anyone else relating to the Debtors' auction.

4. Any and all documents referring to, relating to or concerning any communications between Helen Ming and Benchmark PLC or any of its officers, employees, representative or attorneys.

5. Any and all documents referring to, relating to or concerning any plans for use of the assets that were the subject of the Debtors' auction.

6. Any and all documents that refer to, relate to or concern any communications between Helen Ming and any representative, employee, agent or attorney of either of the Debtors.