UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

FLORIDA ORGANIC AQUACULTURE, LLC

    Debtor.
_____/

Case No.  17-15012-EPK
Chapter 11

**EXPEDITED MOTION FOR RETURN OF FUNDS
AND NOTICE OF WITHDRAWAL OF BID**

**Reason for Exigency:**

NS FOA, LLC respectfully requests that this Court conduct a hearing on an expedited basis, as there is an upcoming evidentiary hearing on November 9, 2017, and there is significant discovery required for said hearing. In addition, NS FOA, LLC requires the use of funds in order to commence an alternative venture. No parties will be prejudiced by the conducting of an expedited hearing, as the only results will be the return of NS FOA, LLC's deposit and the cancellation of the upcoming evidentiary hearing.

NS FOA, LLC ("NS FOA"), assignee of the winning bid by Helen Ming in the auction which took place in the above-styled case on October 11, 2017 (the "Auction"), by and through undersigned counsel, hereby files this Expedited Motion for Return of Funds and Notice of Withdrawal of Bid (the "Motion"), seeking a return of the deposit amount of $285,000.00 to NS FOA and notifying the Court of its intent to no longer pursue this matter, and in support thereof states as follows:

1.    At the Auction, assignor Helen Ming (the "Assignor") was deemed the winning bidder, and that day initiated a wire transfer of $100,000.00 to the Debtor's estate (the "Estate").

2.	Subsequently, the Assignor wired an additional $185,000.00 into the Estate.

3.	No asset purchase agreement or any other contract or writing was signed, or has been signed, by either the Assignor or NS FOA.

4.	At the hearing to approve the sale, conducted the day of the Auction, back-up joint bidders Fellsmere Joint Venture, LLC ("FJV") and Primo Broodstock USA, LLC ("Primo") (collectively, the "Back-Up Bidders") objected to the Auction results, arguing that the Assignor was not a qualified bidder and therefore her bid was not valid.

5.	The Court then set an evidentiary hearing for November 9, 2017 at 9:30 a.m. (the "Evidentiary Hearing") to determine whether the Assignor's bid was valid, and whether FJV's[1] leases could be assumed.

6.	Four days later, FJV filed its *Emergency Motion to Immediately Invalidate Auction and Hold a Second Auction with only Properly Qualified Bidders* [ECF 165] (the "Emergency Motion"), requesting that this Court invalidate the winning bid of the Assignor.

7.	A hearing on the Emergency Motion was held on October 17, 2017 (the "Emergency Hearing") at which the Court denied the Emergency Motion.

8.	From the time of the Emergency Hearing through the evening of October 24, 2017, NS FOA and the Back-Up Bidders have been engaged in settlement discussions. Though multiple attempts were made to resolve the issues and reach a settlement, said attempts proved to be unsuccessful. It is apparent to NS FOA that FJV will not consent to the assignment of the Leases without significant modifications. Furthermore, NS FOA believes that even if the Leases are assumed and assigned without any modifications, that an ongoing, working relationship with FJV

---

[1] FJV is the landlord for the property whose leases were assets of the Auction sale (the "Leases").

will be difficult at best.

9. In addition, undersigned counsel was retained after the Auction and has only been involved in this case for 12 days. NS FOA, having had time to adequately assess the situation with counsel, has consequently decided to withdraw its bid and allow for the Back-Up Bidders to close accordingly.

10. NS FOA requests that the Estate return the funds deposited in the amount of $285,000.00.

WHEREFORE, NS FOA respectfully requests that this Court order the deposited funds of $285,000.00 be returned to NS FOA and cancel the upcoming Evidentiary Hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the parties listed below, on October 26, 2017, and in the manner stated.

>
> Furr & Cohen, P.A.
> *Attorneys for NS FOA, LLC*
> 2255 Glades Road, Suite 337W
> Boca Raton, FL 33431
> (561) 395-0500 (561) 338-7532 - fax
>
> By: /s/ *Aaron A. Wernick*
>      Aaron A. Wernick
>      Florida Bar No.: 14059
>      e-mail:  awernick@furrcohen.com

SERVED VIA US MAIL

All creditors and parties of interest on the attached court matrix, unless served via CM/ECF or e-mail service.

Manual Notice Parties Served VIA US Mail

Carolyn S Ansay
701 Northpoint Parkway
Suite 209
West Palm Beach, FL 33407

3

Henry Waida
16 N Washington Street
Suite 102
Easton, MD 21601

SERVED VIA ECF NOTICE

- Michael R. Bakst    efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com
- Ronald M Emanuel    ron.emanuel@emzwlaw.com, laura.bolinsky@emzwlaw.com
- John D Emmanuel    John.emmanuel@bipc.com, Sabrina.storno@bipc.com
- Malinda L Hayes    malinda@businessmindedlawfirm.com, mlhbnk@gmail.com
- Dana L Kaplan    dana@kelleylawoffice.com, lyndia@kelleylawoffice.com;tina@kelleylawoffice.com;craig@kelleylawoffice.com;Caitlin@kelleylawoffice.com
- Aaron A Wernick    awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Joel C Zwemer    jzwemer@deanmead.com
- Eric B Zwiebel    eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

```
Label Matrix for local noticing        Captive Capital Corporation            Direct Capital Corporation
113C-9                                 c/o Kelley and Fulton, P.L             c/o Emanuel & Zwiebel, PLLC
Case 17-15012-EPK                      1665 Palm Beach Lakes Blvd             7900 Peters Road
Southern District of Florida           The Forum Suite 1000                   Building B
West Palm Beach                        West Palm Beach, FL 33401-2121         Suite 100
Wed Oct 25 13:43:51 EDT 2017                                                  Plantation, FL 33324-4045

Fellsmere Joint Venture LLC            First Home Bank                        Florida Organic Aquaculture, LLC
1900 Old Dixie Highway                 c/o John D Emmanuel                    930 W. Indiantown Road
Fort Pierce, FL 34946-1423             Suntrust Financial Centre              204
                                       401 Jackson St., Suite 2400            Jupiter, FL 33458-6841
                                       Tampa, FL 33602-5236

NS FOA, LLC                            Star Capital Group L.P.                Stonehenge Community Development LXXV, Stone
Furr & Cohen PA                        c/o Kelley and Fulton, P.L             c/o Michael Bakst, Esq.
c/o Aaron A. Wernick, Esq.             1665 Palm Beach Lakes Blvd             515 Okeechobee Blvd.
2255 Glades Rd. #337W                  The Forum Suite 1000                   Suite 900
Boca Raton, FL 33431-7379              West Palm Beach, FL 33401-2121         West Palm Beach, FL 33401

Sustainable Aquaculture Initiative LLC U.S. Bank National Association d/b/a U.S. Ba  AST-USA Translation Services, Inc.
930 W Indiantown Rd #204               c/o Emanuel & Zwiebel, PLLC            PO Box 240
Jupiter, FL 33458-6841                 7900 Peters Road B100                  Henrietta, TX 76365-0240
                                       Plantation, FL 33324-4044

Affordable Water & Coffee Service      AkvaGroup North America                All-Rite Water Purification
PO Box 780065                          1495 Baikie Rd                         6605 US Highway 1
Sebastian, FL 32978-0065               Campbell River, BC V9W-0C2             Vero Beach, FL 32967-5929

Arnold Surveying Inc.                  (p)BANK OF AMERICA                     Business First
4888 N Kings Hwy # 425                 PO BOX 982238                          PO Box 32034
Fort Pierce, FL 34951-2244             EL PASO TX 79998-2238                  Lakeland, FL 33802-2034

Business GPS, LLC                      Cargill Animal Nutrition               Cemex Construction Materials
183 Keith St Ste 3                     8 Southwoods Blvd Ste 4                8 Southwoods Blvd Ste 4
Warrenton, VA 20186-3231               Albany, NY 12211-2554                  Albany, NY 12211-2554

Chemical Contaniers                    City of Fellsmere                      Clifford Morris
PO Box 1307                            22 S Orange St                         1228 Merlot Dr
Lake Wales, FL 33859-1307              Fellsmere, FL 32948-6700               Palm Beach Gardens, FL 33410-1528

Corporation Service Company,           Darren D. Farfante, Esq.               Deere & Company d/b/a John Deere Financ
PO Box 2576                            Buchanan Ingersoll & Rooney PC         PO Box 6600
Springfield, IL 62708-2576             401 E Jackson St Ste 2400              Johnston, IA 50131-6600
                                       Tampa, FL 33602-5236

Direct Capital                         EcoMicrobials LLC                      Ecotech Consultants, Inc.
155 Commerce Way                       7003 N Waterway Dr Ste 214             PO Box 690265
Portsmouth, NH 03801-3243              Miami, FL 33155-2896                   Vero Beach, FL 32969-0265
```

| | | |
|---|---|---|
| FedEx<br>PO Box 660481<br>Dallas, TX 75266-0481 | FedEx Corporate Services, Inc.<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd. Module G.,3rd Floor<br>Memphis, TN 38116-5017 | Fellsmere Joint Venture LLC<br>1900 N Old Dixie Hwy<br>Fort Pierce, FL 34946-1423 |
| Fellsmere Water Control District<br>PO Box 438<br>Fellsmere, FL 32948-0438 | First Home Bank<br>9190 Seminole Blvd<br>Seminole, FL 33772-3148 | First Insurance Funding Corp.<br>PO Box 7000<br>Carol Stream, IL 60197-7000 |
| Florida City Gas<br>PO Box 5410<br>Carol Stream, IL 60197-5410 | Florida City Gas - B2<br>PO Box 5410<br>Carol Stream, IL 60197-5410 | Florida City Gas - PH<br>PO Box 5410<br>Carol Stream, IL 60197-5410 |
| Glover Oil Co. Inc<br>PO Box 790<br>Melbourne, FL 32902-0790 | Green Energy Solutions of FL, LLC<br>3940 E Knights Griffin Rd<br>Plant City, FL 33565-2208 | Gregor Jonsson, Inc.<br>13822 W Laurel Dr<br>Lake Forest, IL 60045-4529 |
| Guarantee Insurance Company<br>PO Box 406012<br>Atlanta, GA 30384-6012 | Harrington Industrial Plastics LLC<br>PO Box 638250<br>Cincinnati, OH 45263-8250 | Helen Ming<br>103 Carnegie Ctr Ste 300<br>Princeton, NJ 08540-6235 |
| Herc Rental Inc<br>PO Box 650280<br>Dallas, TX 75265-0280 | ImageNet<br>913 N Broadway Ave<br>Oklahoma City, OK 73102-5810 | Indian River County Tax Collector<br>PO Box 1509<br>Vero Beach, FL 32961-1509 |
| Indian River Oxygen<br>920 18th Ave SW<br>Vero Beach, FL 32962-5359 | Intelligent Global Pooling Systems<br>225 E Robinson St Ste 200<br>Orlando, FL 32801-4321 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jeff Moneyhan Electrical, LLC<br>PO Box 993<br>Fellsmere, FL 32948-0993 | Jeremy S. Korch<br>Bast Amron LLP<br>1 SE 3rd Ave # 1400<br>Miami, FL 33131-1708 | John A. Gagliardi, Esquire<br>Wetzel Gagliardi Fetter & Lavin LLC<br>101 E. Evans St., Ste. A<br>West Chester, PA 19380-2600 |
| John Deere Financial<br>6400 NW 86th St<br>Johnston, IA 50131-2945 | Kim Riley Commerical Services, Inc.<br>217 SW 9th Ct<br>Pompano Beach, FL 33060-8797 | Lone Peak Labeling Systems<br>PO Box 26656<br>Salt Lake City, UT 84126-0656 |
| M2 Lease Fund<br>175 N Patrick Blvd # 140<br>Brookfield, WI 53045-5811 | Mac Papers<br>3300 Philips Highway<br>Jacksonville, FL 32207-4312 | Mac Papers<br>7970 Central Industrial Dr<br>Riviera Beach, FL 33404-3436 |

| | | |
|---|---|---|
| Mid-State Mechanical of Vero Beach<br>3825 71st St<br>Vero Beach, FL  32967-5446 | Mirzam Venture Capital, LLC<br>930 W Indiantown Rd Ste 204<br>Jupiter, FL  33458-6841 | North South Supply Inc<br>686 3rd Pl<br>Vero Beach, FL 32962-3634 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ozone International<br>12685 Miller Rd NE Ste 1300<br>Bainbridge Island, WA  98110-4206 | Royal Bank<br>550 Township Line Rd Ste 425<br>Blue Bell, PA  19422-2734 |
| Royal Bank America Leasing, L.P.<br>c/o John A. Gagliardi, Esq.<br>Wetzel Gagliardi Fetter & Lavin LLC<br>101 E. Evans St., Ste. A<br>West Chester, PA 19380-2600 | Smart Building Florida<br>4800 Hampden Ln Ste 200<br>Bethesda, MD  20814-2934 | Star Capital Group<br>650 Park Ave Ste 210<br>King of Prussia, PA  19406-1434 |
| State of Florida Division of Workers Com<br>Bureau of Compliance,<br>400 N Congress Ave Ste 105<br>West Palm Beach, FL  33401-2913 | Stonehenge Community Development LXXV, LLC<br>c/o Robert C. Folland<br>41 S. High Street, Ste. 3300<br>Columbus, OH  43215<br>Rob.Folland@btlaw.com 43215-6104 | Stonehenge Community Development, LXV, LLC<br>Robert C. Folland<br>41 S. High Street, Ste. 3300<br>Columbus, OH  43215<br>Rob.Folland@btlaw.com 43215-6104 |
| Sunwell<br>4499 Highway 7<br>Woodbridge, ON  L4L-9A9 | Sustainable Aquaculture Initiative LLC<br>930 W Indiantown Rd<br>Jupiter, FL  33458-6841 | Terramar Development LLC<br>930 W Indiantown Rd<br>Jupiter, FL  33458-6841 |
| U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | US Bank<br>Emmanuel & Zwiebel, PLLC<br>7900 Peters Rd Bldg B<br>Plantation, FL  33324-4045 | Uline<br>PO Box 88741<br>Chicago, IL  60680-1741 |
| Uline Shipping Supplies<br>12575 Uline Dr<br>Pleasant Prairie, WI 53158-3686 | United Rentals<br>PO Box 100711<br>Atlanta, GA  30384-0711 | Vero Chem Distributors<br>755 20th Pl<br>Vero Beach, FL 32960-5498 |
| Zeigler Bros., Inc<br>400 Gardners Station Rd<br>Gardners, PA  17324-9686 | Zeigler Bros., Inc.<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 | m2 Lease Funds LLC<br>c/o Russell S. Long, Davis & Kuelthau, s<br>111 E. Kilbourn, Ste. 1400<br>Milwaukee, WI 53202-6677 |
| Carolyn S Ansay<br>701 Northpoint Parkway<br>Suite 209<br>West Palm Beach, FL 33407-1956 | Henry Waida<br>16 N Washington Street<br>Suite 102<br>Easton, MD 21601-3196 | Malinda L Hayes Esq.<br>Markarian & Hayes<br>2925 PGA Blvd., Suite #204<br>Palm Beach Gardens, FL 33410-2909 |

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America
PO Box 982238
El Paso, TX  79998-2238
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach              (d)City of Fellsmere             (d)Direct Capital Corporation
                                22 S. Orange St.                 155 Commerce way
                                Fellsmere, FL 32948-6700         Portsmouth NH 03801-3243


(d)Star Capital Group L.P.      End of Label Matrix
c/o Kelley and Fulton, P.L.     Mailable recipients    86
1665 Palm Beach Lakes Blvd.     Bypassed recipients     4
The Forum Suite 1000            Total                  90
West Palm Beach, FL 33401-2121
```