UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

FLORIDA ORGANIC AQUACULTURE, LLC,                    Case No.:  17-15012-EPK

SUSTAINABLE AQUACULTURE                              Case No.:  17-21251-EPK
INITIATIVE, LLC,                                     CHAPTER 11
                                                     Jointly Administered
     Debtors.
_____/

## NOTICE OF POSTPONEMENT OF TAKING DEPOSITION (DUCES TECUM)

     Creditor, Fellsmere Joint Venture LLC, by and through the undersigned counsel, hereby postpones its previously noticed deposition of Equity Partners HG LLC by the employee most knowledgeable about the auction conducted for the debtors in the above referenced bankruptcy cases, under oath on **October 27, 2017,** at **10:00 A.M.** at the offices of **Dean, Mead, Minton & Zwemer, 1903 South 25th Street, Suite 200, Fort Pierce, FL 34947.**  The deposition may be rescheduled at a future date.

     I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the Notice of Postponement of Taking Deposition Duces Tecum was served on October 26, 2017, via electronic filing on all parties currently listed to receive e-mail notice/service for this case and by U.S. Mail to all interested parties who are non-CM/ECF participants, as listed below:

**Electronic Mail Notice List**:
Office of U.S. Trustee
Malinda L. Hayes, Esq.
John D. Emmanuel, Esq.
Michael R. Bakst, Esq.

Ronald M. Emmanuel, Esq.
Dana L. Kaplan, Esq.
Eric B. Zwiebel, Esq.
Aaron A. Wernick, Esq.

**Non-CM/ECF Parties:**
Florida Organic Aquaculture, LLC
930 W. Indiantown Road, Suite 204
Jupiter, FL 33458

Sustainable Aquaculture Initiative, LLC
c/o Clifford Morris, Member's Manager
930 W. Indiantown Road, Suite 204
Jupiter, FL 33458

Carolyn S. Ansay
701 Northpoint Parkway, Suite 209
West Palm Beach, FL 33407

Henry Waida
16 N. Washington Street, Suite 102
Easton, MD 21601
AND Via Email:  HWaida@equitypartnershg.com

Helen Ming
46 Kelley Place
Princeton, NY 08540

Equity Partners HG, LLC
c/o Kenn Mann
Email:  Kmann@equitypartnershg.com

/s/ Joel C. Zwemer
Joel C. Zwemer, Esq.
Fla. Bar No. 0897371
jzwemer@deanmead.com
DEAN, MEAD, MINTON & ZWEMER
1903 South 25th Street, Suite 200
Fort Pierce, Florida 34947
Tele:   (772) 464-7700
Fax:     (772) 464-7877

F0286587.v1