UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

FLORIDA ORGANIC AQUACULTURE LLC
EIN#27-5555911,

Case No. 17-15012-EPK
Chapter 11

_____Debtor._____/

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I certify that a true copy of Notice of Hearing [ECF#188] on the **EMERGENCY MOTION FOR AUTHORITY TO USE PRIMARY BIDDERS NON-REFUNDABLE DEPOSIT TO FUND OPERATIONS THROUGH CLOSING SUBJECT TO APPROVED BUDGET; MOTION FOR AUTHORITY TO RETAIN DEPOSIT OR PRIMARY BIDDER FOR THE BENEFIT OF THE ESTATE; AND MOTION TO COMPEL PERFORMANCE BY BACK UP BIDDERS, OR IN THE ALTERNATIVE TO HOLD A SECOND AUCTION [ECF#187]** and a true copy of the Motion or other paper that is the subject of the notice of hearing (if not previously served) was served to all parties listed on the attached Service List on October 26, 2017 by electronic mail and/or U.S. Mail.  I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

MARKARIAN & HAYES
*Attorneys for Debtor*
2925 PGA Blvd., Suite 204
Palm Beach Gardens, FL  33410
(561) 626-4700
(561) 627-9479-fax

By:  /s/Malinda L. Hayes
MALINDA L. HAYES, ESQ.

Dated:  October 27, 2017

Florida Bar No. 0073503

**SERVICE LIST**

**Notice provided by Electronic Mail to:**
Michael R. Bakst, Esq. on behalf of Creditor Stonehenge Community Development LXXV, Stonehenge Community Development LXV and Stonehenge Capital Company, LLC
efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com; melissa.bird@gmlaw.com;efileu2170@gmlaw.com

Ronald M Emanuel, Esq on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance
ron.emanuel@emzwlaw.com, laura.bolinsky@emzwlaw.com

John D Emmanuel, Esq on behalf of Creditor First Home Bank
John.emmanuel@bipc.com, Sabrina.storno@bipc.com

John D Emmanuel, Esq on behalf of Creditor First Home Bank
John.emmanuel@bipc.com, Sabrina.storno@bipc.com

Malinda L Hayes, Esq. on behalf of Debtor Florida Organic Aquaculture, LLC
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

Malinda L Hayes, Esq. on behalf of Debtor Sustainable Aquaculture Initiative LLC
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

Malinda L Hayes, Esq. on behalf of Interested Party Sustainable Aquaculture Initiative LLC
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

Dana L Kaplan on behalf of Creditor Captive Capital Corporation
dana@kelleylawoffice.com, lyndia@kelleylawoffice.com;tina@kelleylawoffice.com; craig@kelleylawoffice.com;Caitlin@kelleylawoffice.com

Dana L Kaplan on behalf of Creditor Star Capital Group L.P.
dana@kelleylawoffice.com, lyndia@kelleylawoffice.com;tina@kelleylawoffice.com; craig@kelleylawoffice.com;Caitlin@kelleylawoffice.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Aaron A Wernick on behalf of Interested Party NS FOA, LLC
awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com

Joel C Zwemer on behalf of Creditor Fellsmere Joint Venture LLC
jzwemer@deanmead.com

Eric B Zwiebel, Esq on behalf of Creditor Direct Capital Corporation
eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

LF-46 (rev. 12/01/09)

**Notice provided by US mail to:**
Florida Organic Aquaculture, LLC
930 W. Indiantown Road, Suite 204
Jupiter, FL 33458

Helen Ming
46 Ketley Place
Princeton, NJ 08540

Sunwell
180 Caster Avenue
Woodbridge, Ontario L4L5Y7

Cemex Construction Materials
1001 Jupiter Park Drive
Suite 108
Jupiter, FL 33458

Captive Capital Corporation
650 Park Ave., Suite 210
King of Prussia, PA 19406

All creditors and interested parties on this Court's List of Creditors as attached hereto.
X:\WPDOCS\Client Matters\Florida Organic Aquaculture (Cliff Morris)\Chapter 11\Pleadings\Certificate Of Service.HEARING.Motion.Authority To Use Deposit.Retain Deposit.Compel Performance.Docx