UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                             Case No. 17-15012-EPK
FLORIDA ORGANIC AQUACULTURE, LLC.                  Chapter 11
EIN# 27-5555911,

                                                   Jointly Administered

                                                   Case No. 17-21251-EPK
                                                   SUSTAINABLE AQUACULTURE
                                                   INITIATIVE, LLC.

                                                   Chapter 11

_____Joint Debtors_____/

## OBJECTION TO EXPEDITED MOTION
## FOR RETURN OF FUNDS AND NOTICE OF WITHDRAWAL OF BID

**JOINT DEBTORS**, FLORIDA ORGANIC AQUACULTURE, LLC and SUSTAINABLE AQUACULTURE INITIATIVE, LLC, by and through their undersigned Counsel, file their Objection to Expedited Motion for Return of Funds and Notice of Withdrawal of Bid [ECF#181] and states:

1. NS FOA, LLC filed and Expedited Motion for Return of Funds and Notice of Withdrawal of Bid ("Motion") [ECF#181] on October 26, 2017. A hearing on the Motion is scheduled for November 1, 2017 [ECF#185].

2. For the reasons set forth in the Emergency Motion for Authority to Use Primary Bidder's Non-Refundable Deposit to Fund Operations Through Closing Subject to Approved Budget; Motion for Authority to Retain Deposit of Primary Bidder for the Benefit of the Estate; and Motion to Compel Performance by Back Up Bidders, or in the Alternative to Hold Second Auction [ECF#187], the Debtors object to the requested relief.

**WHEREFORE,** Debtors respectfully requests an Order from this Court denying NS FOA, LLC's Expedited Motion for Return of Funds and Notice of Withdrawal of Bid and grant such other and further relief as the court deems just and proper.

**I HEREBY CERTIFY** that the foregoing Objection has been forwarded this  30th day of  October, 2017, to all creditors and interested parties listed on the attached Service List.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

> MARKARIAN & HAYES
> *Attorneys for Debtor*
> 2925 PGA Blvd., Suite 204
> Palm Beach Gardens, FL  33410
> (561) 626-4700
> (561) 627-9479-fax
>
> By:  /s/*Malinda L. Hayes*
>         MALINDA L. HAYES, ESQ.
>         Florida Bar No. 0073503

## SERVICE LIST

**Notice provided by electronic mail to:**
Michael R. Bakst, Esq. on behalf of Creditor Stonehenge Community Development LXXV, Stonehenge Community Development LXV and Stonehenge Capital Company, LLC
efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com; melissa.bird@gmlaw.com;efileu2170@gmlaw.com

Ronald M Emanuel, Esq on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance
ron.emanuel@emzwlaw.com, laura.bolinsky@emzwlaw.com

John D Emmanuel, Esq on behalf of Creditor First Home Bank
John.emmanuel@bipc.com, Sabrina.storno@bipc.com

John D Emmanuel, Esq on behalf of Creditor First Home Bank
John.emmanuel@bipc.com, Sabrina.storno@bipc.com

Malinda L Hayes, Esq. on behalf of Debtor Florida Organic Aquaculture, LLC
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

Malinda L Hayes, Esq. on behalf of Debtor Sustainable Aquaculture Initiative LLC

malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

Malinda L Hayes, Esq. on behalf of Interested Party Sustainable Aquaculture Initiative LLC
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

Dana L Kaplan on behalf of Creditor Captive Capital Corporation
dana@kelleylawoffice.com, lyndia@kelleylawoffice.com;tina@kelleylawoffice.com; craig@kelleylawoffice.com;Caitlin@kelleylawoffice.com

Dana L Kaplan on behalf of Creditor Star Capital Group L.P.
dana@kelleylawoffice.com, lyndia@kelleylawoffice.com;tina@kelleylawoffice.com; craig@kelleylawoffice.com;Caitlin@kelleylawoffice.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Aaron A Wernick on behalf of Interested Party NS FOA, LLC
awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com

Joel C Zwemer on behalf of Creditor Fellsmere Joint Venture LLC
jzwemer@deanmead.com

Eric B Zwiebel, Esq on behalf of Creditor Direct Capital Corporation
eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

**Notice provided by U.S. Mail to:**
Florida Organic Aquaculture, LLC
930 W. Indiantown Road, Suite 204
Jupiter, FL 33458

Sustainable Aquaculture Initiative, LLC
930 W. Indiantown Road, Suite 204
Jupiter, FL 33458

X:\WPDOCS\Client Matters\Florida Organic Aquaculture (Cliff Morris)\Chapter 11\Pleadings\OBJECTION.Motion.Return of Funds.Notice.Withdrawal of Bid.docx