UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FLORIDA ORGANIC AQUACULTURE, LLC      Chapter 11

Case No. 17-15012-EPK

SUSTAINABLE AQUACULTURE
INITIATIVE, LLC
_____/     Chapter 11

**STONEHENGE'S OBJECTION TO NS FOA, LLC'S EXPEDITED MOTION FOR
RETURN OF FUNDS AND NOTICE OF WITHDRAWAL OF BID, AND RESPONSE TO
JOINT DEBTORS' EMEREGENCY MOTION FOR AUTHORITY TO USE PRIMARY
BIDDER'S NON-REFUNDABLE DEPOSIT TO FUND OPERATIONS THROUGH
CLOSING SUBJECT TO APPROVED BUDGET; MOTION FOR AUTHORITY TO
RETAIN DEPOSIT OF PRIMARY BIDDER FOR THE BENEFIT OF THE ESTATE;
AND MOTION TO COMPEL PERFORMANCE BY BACK UP BIDDERS, OR IN THE
ALTERNATIVE TO HOLD A SECOND AUCTION.**

Stonehenge Capital Company, LLC, Stonehenge Community Development LXV, LLC

and Stonehenge Community Development LXXV LLC SPE A (collectively 'Stonehenge"), by

and through its undersigned counsel, hereby files this Objection to NS FOA, LLC's Expedited

Motion for Return of Funds and Notice of Withdrawal of Bid and Response to Joint Debtors'

Emergency Motion for Authority to Use Primary Bidders Non-Refundable Deposit to Fund

Operations Through Closing Subject to Approved Budget; Motion for Authority to Retain

Deposit of Primary Bidder for the Benefit of the Estate; And Motion to Compel Performance by

Back Up Bidders, or In the Alternative To Hold A Second Auction and in support states the

following:

1.     On August 30, 2017, Debtor, Florida Organic Aquaculture, LLC filed a Motion

for Approval of Bidding and Auction Procedures for the Sale of Substantially All Assets of

Debtor [ECF No. 98], and this Court issued an Order Approving the Motion with respect to bid

and auction procedures on September 18, 2017 [ECF No. 120].  Debtor served copies of both the

Motion and Order on Helen Ming (Ms. Ming), a representative for EB5 Investors.

      2.      In particular, the auction procedures approved by the Court's Order stated the

following:

> e. <u>Selection of the Highest and Best Offers</u>. The Seller, in
> consultation with Equity Partners, will determine which Bid
> Proposal (if any) is the highest and best offer for the sale or other
> transfer of the Assets from a bidder (the <u>"Prevailing Bidder")</u> and
> the next highest or otherwise bid (the "<u>Back-Up Bidder").</u>

> f. <u>Deposit(s).</u> Within two business days after conclusion of the
> Auction, the proponent of the Prevailing Bid equals 15% of the
> proposed consideration to be paid under such Prevailing Bid. <u>Such
> deposit (including such proponent's Good Faith Deposit) shall not
> be refundable unless such Prevailing Bid fails to close solely as a
> result of a breach by the Seller under the applicable assets purchase
> agreement.</u> In the event the transaction embodied in such
> Prevailing Bid fails to close and the Seller elects to close the
> transaction described in the Back-Up Bid, then the provisions of
> this paragraph shall apply to the party who submitted the Back-Up
> Bid. Any deposit received under these Sale Procedures shall be
> returned within forty-eight hours after the auction, except for
> deposits submitted in connection with Prevailing Bids and Back-
> Up Bids.

> g. <u>Sale Consummation</u>. The sale of the Assets in accordance with
> the Prevailing Bid must be consummated on or before 15th
> calendar day following the Court Approval. In the event that the
> sale of Assets in accordance with the Prevailing Bid is not closed
> by the applicable Closing Date as a result of breach by the
> Prevailing Bidder, then the Prevailing Bidder's deposit will be
> forfeited and the Back-Up Bidder will be notified. The sale of
> Assets in accordance with a Back-Up Bid must be consummated
> on or before the 30th calendar day following such notification (each
> such date, a "<u>Back-Up Closing Date").</u> In the event that the sale of
> Assets in accordance with a Back-Up Bid is not closed by the
> applicable Back-Up Closing Date, then such Back-Up Bidder's
> deposit will be forfeited.

      3.      One day later, on September 19, 2017, Stonehenge filed a Motion to Reconsider

the Order Granting the Sale Motion [ECF No. 131].

4.      On September 27, 2017, the Court conducted a hearing on Stonehenge's Motion to Reconsider, and on September 29, 2017, the Court issued an Order Granting Stonehenge's Motion to Reconsider, and a First Amended Order Approving Debtor's Motion for Biding and Auction Procedures [ECF Nos. 150, 151, 153]. According to the Certificate of Service, Ms. Ming received a copy of the Court's First Amended Order.

5.      Among other things, this Amended Order provided for an October 11, 2017, auction date; set the final hearing to approve the winning bidder on October 11, 2017, at 2:00 p.m.; and ordered a closing date within thirty days of the hearing date.

6.      On October 11, 2017, Ms. Ming participated in the auction via telephone, along with 16 EB5 investors. The auction was conducted by Ken Mann of Equity Partners HG.

7.      Mr. Mann detailed the ground rules and asked each bidder to acknowledge that they understood that there bid was irrevocable. In response, Helen stated, "Yes, I understand."

8.      Next, Mr. Mann informed each bidder that, ". . . if we name a successful bidder one bid over your last bid, and they fail to close, within 15 days' notice, then you have to be able to close on your last bid or you'll forfeit your deposit."

9.      Further, Mr. Mann stated that "[i]n the event that the successful bidder fails to consummate the transaction within 15 days after the Court approves it and an order is entered, then the debtor should be entitled to consummate a transaction with the second highest bidder, and then at that point that backup bidder has 15 days to close." Mr. Mann mentioned that, "[t]he good faith deposit submitted will be applied to the purchase price of the transaction at closing. Again, if you fail to close, that will be forfeited to the debtor."

10.     At the conclusion of the auction, Mr. Mann named Ms. Ming the successful bidder ($1,890,000.00), and Primo Broodstock (Primo), and FJV were named joint back up

bidders ($1,825,000.00).  Soon after, Ms. Ming remitted a $285,000 deposit representing the 15% good faith deposit to Mr. Mann.

11.     Approximately 15 days later, on October 26, 2017, NS FOA, LLC (assignee of winning bid, and a company formed by Ms. Ming) filed an Expedited Motion for Return of Funds and Notice of Withdrawal of Bid. [ECF No. 181].  In the Motion, it asked the Court to order the deposited funds ($285,000) be returned to NS FOA.

12.     On the same day, Joint Debtors filed an Emergency Motion for Authority to Use Primary Bidders Non-Refundable Deposit to Fund Operations through Closing Subject to Approved Budget; Motion for Authority to Retain Deposit of Primary Bidder for the Benefit of the Estate.

13.     The Joint Debtors requested the Court to enter an Order: "1) authorizing Equity Partners to release Ms. Ming's deposit to Debtor's counsel to be held in trust for the benefit of the estate; 2) authorizing Debtor's counsel to release $25,000 to the Debtor immediately, with another $25,000 to be release on 11/16/2017 if the asset sale has not yet closed; 3) compelling back up bidders FJV and Primo to finalize their APA's and close a sale within 14 days, or in the alternative, scheduling a second auction; and 4) for such and other relief as this court deems appropriate."

14.     With respect to NS FOA's Motion, Stonehenge asks that this Court to deny it for the following three reasons: (1) NS FOA's Motion lacks any legal basis for requested relief; (2) Ms. Ming agreed to the terms of the October 11, 2017, auction and conceded the terms would apply; and (3) Ms. Ming had personal knowledge of the Court's Order approving the Debtor's Emergency Motion for Approval of Bidding and Auction Procedures for the Sale of Substantially All Assets. With regard to Joint Debtors' Motion, Stonehenge asks this Court to explore all options to take necessary action to protect Debtors' assets, and maximize value for distribution to creditors. However, continued operations by the Joint Debtors as debtors-in-possession do not appear realistic.

15.    First, this Court should deny NS FOA's Motion seeking a return of the $285,000 deposit because its Motion does not articulate any memorandum of law providing a basis for a refund. As such, NS FOA is not legally entitled to a refund. *Francis v. Teague*, 2008 WL 11322911 at *1-2 (N.D. GA., 2008) (Denied Motion to Stay Proceeding since Plaintiff failed to cite legal authority for relief sought)).

16.    Second, this Court should deny NS FOA's Motion because Ms. Ming agreed to the terms of the auction held on October 11, 2017, and conceded they would apply.

17.    A review of the auction transcript provides that Mr. Mann did not mince his words. For example, Mr. Mann stated twice that the consequence of not closing on the successful bid would be a forfeited deposit. Nowhere in the transcript did Ms. Ming object after Mr. Mann mentioned the consequence for failing to close on the auction. As a result, Ms. Ming remitted a $285,000 good faith deposit to Equity Partners.

18.    In addition, Mr. Mann would not have concluded the auction and found Ms. Ming the successful bidder if he did not receive an adequate assurance payment—the good faith deposit. As such, Ms. Ming's actions demonstrate that she agreed to the terms of the auction and conceded that they applied.

19.    Third, this Court should deny NS FOA's Motion because Ms. Ming had personal knowledge of the Court's Order approving the Debtor's Emergency Motion for Approval of Bidding and Auction Procedures.

20.    The language contained in the auction procedures is unambiguous: "Such deposit (including such proponent's Good Faith Deposit) shall not be refundable unless such Prevailing Bid fails to close solely as a result of a breach by the Seller under the applicable assets purchase agreement."

21.    Ms. Ming cannot claim that she misunderstood the bidding and auction procedures. Given that Ms. Ming understood the auction procedures approved by this Court, Stonehenge asks this Court to deny NS FOA's Motion.

22.    With respect to Joint Debtors' Motion, Stonehenge asks this Court to explore all options to maximize value for the estate given the circumstances in this case. To that end, Stonehenge desires that backup bidders FJV and Primo agree to close on the sale at or before the Court's hearing scheduled on November 1, 2017 and schedule a closing as expeditiously as possible thereafter.

23.    Stonehenge also seeks protection of all estate assets—such that Joint Debtors are sustaining the shrimp farm operation and meeting payroll. If FJV, Primo, and Joint Debtor's cannot come to an agreement on the sale, then Stonehenge asks this Court to appoint a chapter 11 Trustee, or convert the cases to chapter 7 to make sure value is maximized, and the assets are protected.

24.    If said transaction fails to close, then the Joint Debtor's cases should be converted to Chapter 7 Trustee or a Chapter 11 Trustee should be appointed. An investigation of any wrongdoing will need to occur to make sure that the bankruptcy estate did not forfeit maximized value.

25.    While counsel for Joint Debtor's has done an admirable job in meeting her obligations to the Court and seeking to maximize value to the estate, it is unclear how the Joint Debtors may proceed as debtors-in-possession absent immediate implementation of the transaction contemplated by the Sale Motion with back-up bidders Primo and FJV. The Joint Debtors stated in Court on October 18, 2017 that Clifford Morris had removed all of his personal property from the Joint Debtor's facilities and will not be actively involved in operations going forward. It is unclear how the Joint Debtors will be able manage ongoing expenses, employees

6

and livestock, which need to be tended daily, without Mr. Morris.  Likewise, in the event Primo and FJV default on their purchase obligations, the assets of the Joint Debtors will be negatively affected in such a way that the Joint Debtors' litigation claims against NS FOA, FJV and Primo may be the Joint Debtors' most valuable assets.  In such a case, it would make little sense for the Joint Debtors to conduct the needed investigation or initiate legal action when a better suited and disinterested Chapter 7 or 11 trustees could be used for such tasks.

**WHEREFORE**, Stonehenge hereby files this Objection to NS FOA, LLC's Expedited Motion for Return of Funds and Notice of Withdrawal of Bid and Response to Joint Debtor's Emergency Motion for Authority to Use Primary Bidders Non-Refundable Deposit to Fund Operations Through Closing Subject to Approved Budget; Motion for Authority to Retain Deposit of Primary Bidder for the Benefit of the Estate; And Motion to Compel Performance by Back Up Bidders, or In the Alternative To Hold A Second Auction. Stonehenge asks this Court to deny NS FOA, LLC's Motion to Return Funds, and requests all such further relief as the Court deems just and proper.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Respectfully submitted.

Dated: October 30, 2017

/s/  Michael R. Bakst
Michael R. Bakst, Esq. (866377)
GREENSPOON MARDER, P.A.
525 Okeechobee Blvd, Suite 900
West Palm Beach, Florida  33401
Telephone: (561) 838-4523
Facsimile: (561) 514-3423
E-mail: Michael.bakst@gmlaw.com

Robert C. Folland
Admitted *pro hac vice*
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, Ohio  43215
Telephone: (614) 628-0096
Facsmile:  (614) 628-1433
E-mail: Rob.Folland@btlaw.com
*Co-Counsel for Defendant*

*Attorneys for Stonehenge Capital Company, LLC,*
*Stonehenge, Community Development LXV, LLC,*
*And Stonehenge Community Development*
*LXXV, LLC SPE A*

8

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 30, 2017, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing upon counsel of record and/or first class U.S. Mail, postage pre-paid.

*s/Michael R. Bakst*
Michael R. Bakst, Esq. (866377)

Electronic Mail Notice List

- Ronald M. Emanuel ron.emanuel@emzwlaw.com, leslie.marin@emzwlaw.com
- John D. Emmanuel John.emmanuel@bipc.com, Sabrina.storno@bipc.com
- Malinda L. Hayes malinda@businessmindedlawfirm.com, mlhbnk@gmail.com
- Dana L. Kaplan dana@kelleylawoffice.com, lyndia@kelleylawoffice.com; tina@kelleylawoffice.com; craig@kelleylawoffice.com; Caitlin@kelleylawoffice.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Joel C Zwemer jzwemer@deanmead.com
- Eric B. Zwiebel eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

Manual Notice List
　　　　Carolyn S. Ansay
　　　　701 Northpoint Parkway
　　　　Suite 209
　　　　West Palm Beach, FL  33407

　　　　Henry Waida
　　　　16 North Washington Street
　　　　Suite 102
　　　　Easton, MD  21601

　　　　Aaron A. Wernick
　　　　Furr & Cohen, P.A.
　　　　2255 Glades Road, Suite 337W
　　　　Boca Raton, FL 33431

Served via email:
Robert Folland
Rob.Folland@btlaw.com

**All Parties on the Attached Mailing Matrix**

Label Matrix for local noticing
113C-9
Case 17-21251-EPK
Southern District of Florida
West Palm Beach
Thu Sep 21 09:01:55 EDT 2017

First Home Bank
c/o John D. Emmanuel, Esq.
401 E. Jackson St.
Suite 2400
Tampa, FL 33602-5236

Sustainable Aquaculture Initiative LLC
930 W Indiantown Rd #204
Jupiter, FL 33458-6841

Fellsmere Joint Venture LLC
1900 N Old Dixie Hwy
Fort Pierce, FL  34946-1423

First Home Bank
9190 Seminole Blvd
Seminole, FL  33772-3148

Florida Organic Aquaculture LLC
930 W Indiantown Rd Ste 204
Jupiter, FL  33458-6841

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Robert C. Folland
41 S. High Street, Ste. 3300
Columbus, OH 43215-6104

Stoneghenge Community Development LXXV
191 W Nationwide Blvd Ste 600
Columbus, OH  43215-2569

Stonehenge Community Development LXV
191 W Nationwide Blvd Ste 600
Columbus, OH  43215-2569

Stonehenge Community Development LXV
236 3rd St
Baton Rouge, LA  70801-1304

Stonehenge Community Development LXV, LLC
Robert C. Folland
41 S. High Street, Ste. 3300
Columbus, OH 43215-6104

Stonehenge Community Development LXXV, LLC S
Robert C. Folland
41 S. High Street, Ste. 3300
Columbus, OH 43215-6104

Texcumar
KM. 2.5 VIA A, Calle de Monteverde
Santa Elena, Ecuador,

US Bank
c/o Stonehedge Capital Company LLC
191 W Nationwide Blvd Ste 600
Columbus, OH  43215-2569

Malinda L Hayes Esq.
Markarian & Hayes
2925 PGA Blvd., Suite #204
Palm Beach Gardens, FL 33410-2909

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16

Label Matrix for local noticing
113C-9
Case 17-15012-EPK
Southern District of Florida
West Palm Beach
Thu Sep 21 09:07:20 EDT 2017

Captive Capital Corporation
c/o Kelley and Fulton, P.L
1665 Palm Beach Lakes Blvd
The Forum Suite 1000
West Palm Beach, FL 33401-2121

Direct Capital Corporation
c/o Emanuel & Zwiebel, PLLC
7900 Peters Road
Building B
Suite 100
Plantation, FL 33324-4045

Fellsmere Joint Venture LLC
1900 Old Dixie Highway
Fort Pierce, FL 34946-1423

First Home Bank
c/o John D Emmanuel
Suntrust Financial Centre
401 Jackson St., Suite 2400
Tampa, FL 33602-5236

Florida Organic Aquaculture, LLC
930 W. Indiantown Road
204
Jupiter, FL 33458-6841

Star Capital Group L.P.
c/o Kelley and Fulton, P.L
1665 Palm Beach Lakes Blvd
The Forum Suite 1000
West Palm Beach, FL 33401-2121

Stonehenge Community Development LXXV, Stone
c/o Michael Bakst, Esq.
515 Okeechobee Blvd.
Suite 900
West Palm Beach, FL 33401

Sustainable Aquaculture Initiative LLC
930 W Indiantown Rd #204
Jupiter, FL 33458-6841

U.S. Bank National Association d/b/a U.S. Ba
c/o Emanuel & Zwiebel, PLLC
7900 Peters Road B100
Plantation, FL 33324-4044

AST-USA Translation Services, Inc.
PO Box 240
Henrietta, TX  76365-0240

Affordable Water & Coffee Service
PO Box 780065
Sebastian, FL  32978-0065

AkvaGroup North America
1495 Baikie Rd
Campbell River, BC  V9W-0C2

All-Rite Water Purification
6605 US Highway 1
Vero Beach, FL  32967-5929

Arnold Surveying Inc.
4888 N Kings Hwy # 425
Fort Pierce, FL  34951-2244

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Business First
PO Box 32034
Lakeland, FL  33802-2034

Business GPS, LLC
183 Keith St Ste 3
Warrenton, VA  20186-3231

Cargill Animal Nutrition
8 Southwoods Blvd Ste 4
Albany, NY  12211-2554

Cemex Construction Materials
8 Southwoods Blvd Ste 4
Albany, NY  12211-2554

Chemical Contaniers
PO Box 1307
Lake Wales, FL  33859-1307

City of Fellsmere
22 S Orange St
Fellsmere, FL  32948-6700

Clifford Morris
1228 Merlot Dr
Palm Beach Gardens, FL  33410-1528

Corporation Service Company,
PO Box 2576
Springfield, IL  62708-2576

Darren D. Farfante, Esq.
Buchanan Ingersoll & Rooney PC
401 E Jackson St Ste 2400
Tampa, FL  33602-5236

Deere & Company d/b/a John Deere Financ
PO Box 6600
Johnston, IA 50131-6600

Direct Capital
155 Commerce Way
Portsmouth, NH  03801-3243

EcoMicrobials LLC
7003 N Waterway Dr Ste 214
Miami, FL  33155-2896

Ecotech Consultants, Inc.
PO Box 690265
Vero Beach, FL  32969-0265

FedEx
PO Box 660481
Dallas, TX  75266-0481

FedEx Corporate Services, Inc.
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd. Module G.,3rd Floor
Memphis, TN 38116-5017

Fellsmere Joint Venture LLC
1900 N Old Dixie Hwy
Fort Pierce, FL  34946-1423

Fellsmere Water Control District
PO Box 438
Fellsmere, FL  32948-0438


First Home Bank
9190 Seminole Blvd
Seminole, FL  33772-3148

First Insurance Funding Corp.
PO Box 7000
Carol Stream, IL  60197-7000

Florida City Gas
PO Box 5410
Carol Stream, IL  60197-5410


Florida City Gas - B2
PO Box 5410
Carol Stream, IL  60197-5410

Florida City Gas - PH
PO Box 5410
Carol Stream, IL  60197-5410

Glover Oil Co. Inc
PO Box 790
Melbourne, FL  32902-0790


Green Energy Solutions of FL, LLC
3940 E Knights Griffin Rd
Plant City, FL  33565-2208

Gregor Jonsson, Inc.
13822 W Laurel Dr
Lake Forest, IL  60045-4529

Guarantee Insurance Company
PO Box 406012
Atlanta, GA  30384-6012


Harrington Industrial Plastics LLC
PO Box 638250
Cincinnati, OH  45263-8250

Helen Ming
103 Carnegie Ctr Ste 300
Princeton, NJ  08540-6235

Herc Rental Inc
PO Box 650280
Dallas, TX  75265-0280


ImageNet
913 N Broadway Ave
Oklahoma City, OK  73102-5810

Indian River County Tax Collector
PO Box 1509
Vero Beach, FL  32961-1509

Indian River Oxygen
920 18th Ave SW
Vero Beach, FL  32962-5359


Intelligent Global Pooling Systems
225 E Robinson St Ste 200
Orlando, FL  32801-4321

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeff Moneyhan Electrical, LLC
PO Box 993
Fellsmere, FL  32948-0993


Jeremy S. Korch
Bast Amron LLP
1 SE 3rd Ave # 1400
Miami, FL  33131-1708

John A. Gagliardi, Esquire
Wetzel Gagliardi Fetter & Lavin LLC
101 E. Evans St., Ste. A
West Chester, PA 19380-2600

John Deere Financial
6400 NW 86th St
Johnston, IA  50131-2945


Kim Riley Commerical Services, Inc.
217 SW 9th Ct
Pompano Beach, FL  33060-8797

Lone Peak Labeling Systems
PO Box 26656
Salt Lake City, UT  84126-0656

M2 Lease Fund
175 N Patrick Blvd # 140
Brookfield, WI  53045-5811


Mac Papers
3300 Philips Highway
Jacksonville, FL 32207-4312

Mac Papers
7970 Central Industrial Dr
Riviera Beach, FL  33404-3436

Mid-State Mechanical of Vero Beach
3825 71st St
Vero Beach, FL  32967-5446

Mirzam Venture Capital, LLC
930 W Indiantown Rd Ste 204
Jupiter, FL  33458-6841

North South Supply Inc
686 3rd Pl
Vero Beach, FL 32962-3634

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614


Ozone International
12685 Miller Rd NE Ste 1300
Bainbridge Island, WA  98110-4206

Royal Bank
550 Township Line Rd Ste 425
Blue Bell, PA  19422-2734

Royal Bank America Leasing, L.P.
c/o John A. Gagliardi, Esq.
Wetzel Gagliardi Fetter & Lavin LLC
101 E. Evans St., Ste. A
West Chester, PA 19380-2600


Smart Building Florida
4800 Hampden Ln Ste 200
Bethesda, MD  20814-2934

Star Capital Group
650 Park Ave Ste 210
King of Prussia, PA  19406-1434

State of Florida Division of Workers Com
Bureau of Compliance,
400 N Congress Ave Ste 105
West Palm Beach, FL  33401-2913


Stonehenge Community Development LXXV, LLC
c/o Robert C. Folland
41 S. High Street, Ste. 3300
Columbus, OH  43215
Rob.Folland@btlaw.com 43215-6104

Stonehenge Community Development, LXV, LLC
Robert C. Folland
41 S. High Street, Ste. 3300
Columbus, OH  43215
Rob.Folland@btlaw.com 43215-6104

Sunwell
4499 Highway 7
Woodbridge, ON  L4L-9A9


Sustainable Aquaculture Initiative LLC
930 W Indiantown Rd
Jupiter, FL  33458-6841

Terramar Development LLC
930 W Indiantown Rd
Jupiter, FL  33458-6841

U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi
1310 Madrid Street
Marshall, MN 56258-4099


US Bank
Emmanuel & Zwiebel, PLLC
7900 Peters Rd Bldg B
Plantation, FL  33324-4045

Uline
PO Box 88741
Chicago, IL  60680-1741

Uline Shipping Supplies
12575 Uline Dr
Pleasant Prairie, WI 53158-3686


United Rentals
PO Box 100711
Atlanta, GA  30384-0711

Vero Chem Distributors
755 20th Pl
Vero Beach, FL 32960-5498

Zeigler Bros., Inc
400 Gardners Station Rd
Gardners, PA  17324-9686


Zeigler Bros., Inc.
Coface North America Insurance Company
50 Millstone Rd., Bldg. 100, Ste. 360
East Windsor, NJ 08520-1415

m2 Lease Funds LLC
c/o Russell S. Long, Davis & Kuelthau, s
111 E. Kilbourn, Ste. 1400
Milwaukee, WI 53202-6677

Carolyn S Ansay
701 Northpoint Parkway
Suite 209
West Palm Beach, FL 33407-1956


Henry Waida
16 N Washington Street
Suite 102
Easton, MD 21601-3196

Malinda L Hayes Esq.
Markarian & Hayes
2925 PGA Blvd., Suite #204
Palm Beach Gardens, FL 33410-2909


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982238
El Paso, TX  79998-2238

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)City of Fellsmere
22 S. Orange St.
Pellsmere, FL 32948-6700

(d)Direct Capital Corporation
155 Commerce way
Portsmouth NH 03801-3243

(d)Star Capital Group L.P.
c/o Kelley and Fulton, P.L.
1665 Palm Beach Lakes Blvd.
The Forum Suite 1000
West Palm Beach, FL 33401-2121

End of Label Matrix
Mailable recipients    85
Bypassed recipients     4
Total                  89