UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

FLORIDA ORGANIC AQUACULTURE, LLC,  Case No.: 17-15012-EPK

SUSTAINABLE AQUACULTURE  Case No.:  17-21251-EPK
INITIATIVE, LLC  CHAPTER 11
 Jointly Administered

_____Debtor(s)_____/

## MOTION FOR STEVE JAKUBOWSKI TO APPEAR PRO HAC VICE

1. George G. Kurschner ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida, requests that this Honorable Court admit *pro hac vice* Steve Jakubowski ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Courts for the Northern and Central Districts of Illinois, who proposes to act as counsel for Primo Broodstock USA LLC ("Primo") in the above-captioned jointly administered chapter 11 case (the "Case") and in any adversary proceedings therein in which Visiting Attorney appears on Primo's behalf.

2. I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for Primo unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of Primo.

3. I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local

counsel for Primo in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of Primo.

4. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

5. The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of Primo and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of Primo.

6. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client(s) in all such proceedings.

7. The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests (i) an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Primo and indicating Movant as local counsel for Primo, and (ii) such other and further relief as may be just.

Dated:  October 30, 2017               KARYO & KURSCHNER, P.A.
                                       *Attorneys for Primo Broodstock USA LLC*
                                       3200 North Federal Highway, Suite 222
                                       Boca Raton, Florida 33431
                                       Tel: 561-380-0111  /  Fax: 561-368-1691
                                       Email:  ggkur1@gmail.com

                                       By: /s/ *George G. Kurschner*
                                       Florida Bar No. 238619

**Affidavit of Steve Jakubowski**

I, Steve Jakubowski, am a member in good standing of the bar of the State of Illinois. I am a member in good standing of the bar of the United States District Courts for the Northern and Central Districts of Illinois, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Primo Broodstock USA LLC ("Client" or "Primo"). I designate George Kurschner of Karyo & Kurschner, P.A., who is qualified to practice in this court, as local counsel for the Client ("Local Counsel"). I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear Pro Hac Vice on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: October 30, 2017

ROBBINS, SALOMON & PATT, LTD.
*Attorneys for Primo Broodstock USA LLC*
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Tel: (312) 456-0191 (direct)
Fax: (312) 782-6690
Email: sjakubowski@rsplaw.com

By: *Steve Jakubowski*
Illinois Bar No. 6191960

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2017, the foregoing **Motion For Steve Jakubowski To Appear *Pro Hac Vice*** was served, as indicated below, by electronic mail via the Court's ECF noticing system.

By: /s/ *George G. Kurschner*

SERVED VIA ECF NOTICE
- Michael R. Bakst: efileu1094@gmlaw.com, FL65@ecfcbis.com; efileu1092@gmlaw.com; efileu1093@gmlaw.com; melissa.bird@gmlaw.com; efileu2170@gmlaw.com
- Ronald M Emanuel: ron.emanuel@emzwlaw.com, laura.bolinsky@emzwlaw.com
- John D Emmanuel: John.emmanuel@bipc.com, Sabrina.storno@bipc.com
- Malinda L Hayes: malinda@businessmindedlawfirm.com, mlhbnk@gmail.com
- Dana L Kaplan: dana@kelleylawoffice.com, lyndia@kelleylawoffice.com; tina@kelleylawoffice.com; craig@kelleylawoffice.com; Caitlin@kelleylawoffice.com
- Aaron A Wernick: awernick@furrcohen.com, cworkinger@furrcohen.com; atty_furrcohen@bluestylus.com
- Office of the US Trustee: USTPRegion21.MM.ECF@usdoj.gov
- Joel C Zwemer: jzwemer@deanmead.com
- Eric B Zwiebel: eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com