UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

FLORIDA ORGANIC AQUACULTURE, LLC

Case No.  17-15012-EPK
Chapter 11

Debtor.
_____/

### *EX PARTE* MOTION TO EXTEND DEADLINE TO FILE NOTICE OF SELECTION OF ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

NS FOA, LLC, ("NS FOA"), by and through undersigned counsel, files this *ex parte* motion to extend the deadline to file notice of selection of assignment of executory contracts and unexpired leases, as per the *Order Setting Evidentiary Hearing and Related Deadlines* [ECF 158] (the "Evidentiary Hearing Order"), and states as follows:

1. On October 12, 2017, this Court entered the Order Setting Evidentiary Hearing and Related Deadlines [ECF 158] setting the deadline for (a) the group of investors identified by the Debtor as having presented the highest bid at the auction and (b) each backup bidder to file a notice of selection (the "Notice") of executory contracts and unexpired leases that such bidder wishes to have assumed and assigned to it under 11 U.S.C. §365 as part of the proposed sale for October 30, 2017.

2. NS FOA filed its *Expedited Motion for Return of Funds and Notice of Withdrawal of Bid* [ECF 181] (the "Motion"), and the hearing on the Motion (the "Hearing") is scheduled for November 1, 2017.

3. The filing of the Notice may not be necessary, depending on the outcome of the Hearing.

1

4. For the reasons stated herein, NS FOA requests that the Court extend the deadline for filing its Notice to the day after the Hearing, for a deadline of Nov. 2, 2017.

WHEREFORE, NS FOA respectfully requests that the Court extend the time for NS FOA to file its notice of selection of assignment of executory contracts and unexpired leases to November 2, 2017.

I HEREBY CERTIFY that a true copy of the foregoing will be furnished to the parties listed below and in the manner indicated on October 30, 2017.

                                      Respectfully Submitted,

                                      Furr & Cohen, P.A.
*Attorneys for NS FOA, LLC*
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
(561) 395-0500 (561) 338-7532 - fax
By: /s/ *Aaron A. Wernick*
      Aaron A. Wernick
      Florida Bar No.: 14059
      e-mail: awernick@furrcohen.com

Manual Notice List Sent VIA U.S. Mail

Carolyn S Ansay
701 Northpoint Parkway
Suite 209
West Palm Beach, FL 33407

Henry Waida
16 N Washington Street
Suite 102
Easton, MD 21601

By Notice of Electronic Filing

- Michael R. Bakst    efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com

- Ronald M Emanuel    ron.emanuel@emzwlaw.com, laura.bolinsky@emzwlaw.com
- John D Emmanuel    John.emmanuel@bipc.com, Sabrina.storno@bipc.com
- Malinda L Hayes    malinda@businessmindedlawfirm.com, mlhbnk@gmail.com
- Dana L Kaplan    dana@kelleylawoffice.com, lyndia@kelleylawoffice.com;tina@kelleylawoffice.com;craig@kelleylawoffice.com;Caitlin@kelleylawoffice.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Aaron A Wernick    awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com
- Joel C Zwemer    jzwemer@deanmead.com
- Eric B Zwiebel    eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

FLORIDA ORGANIC AQUACULTURE, LLC

Case No.  17-15012-EPK
Chapter 11

Debtor.
_____/

**ORDER GRANTING DEBTOR'S EX PARTE MOTION
TO EXTEND BALLOT DEADLINE**

THIS MATTER came before the Court in West Palm Beach, Florida without a hearing upon NS FOA, LLC's ("NS FOA") *Ex Parte Motion to Extend The Deadline to File Notice of Selection of Assignment of Executory Contracts and Unexpired Leases* [ECF _____] (the "Motion"), and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

1. The Motion is GRANTED.

2. The deadline for NS FOA to file its Notice of Selection of Assignment of Executory Contracts and Unexpired Leases is November 2, 2017.

### 

**Submitted by:**
Aaron A. Wernick, Esq.
Furr Cohen, P.A.
*Attorneys for NS FOA, LLC*
2255 Glades Rd., #337W
Boca Raton, FL 33431
(561) 395-0500 (561) 338-7532 –fax
Email: awernick@furrcohen.com
*Aaron A. Wernick, Esq. is directed to furnish a conformed copy of this order to all appropriate parties immediately upon receipt of same and file a certificate of service with the court.*