# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:  
FLORIDA ORGANIC AQUACULTURE, LLC.  
EIN# 27-5555911,

Case No. 17-15012-EPK  
Chapter 11

Jointly Administered

Case No. 17-21251-EPK  
SUSTAINABLE AQUACULTURE  
INITIATIVE, LLC.

Chapter 11

_____Joint Debtors_____/

## JOINT DEBTORS' MOTION TO DISMISS CHAPTER 11 CASES

JOINT DEBTORS, FLORIDA ORGANIC AQUACULTURE, LLC and SUSTAINABLE AQUACULTURE INITIATIVE, LLC, by and through their undersigned Counsel, file this Motion to Dismiss Joint Chapter 11 Cases, and as grounds therefor state:

1.  Joint Debtors filed Chapter 11 with the intent of securing financing to restructure the Debtors' affairs and continue operating its aquaculture facility.

2.  Despite their efforts, Debtors were unable to secure financing. Debtors' overhead was too high to continue operating without a cash infusion, and so Debtors liquidated substantially all of the Debtors' assets through a bankruptcy sale.

3.  Debtor, Florida Organic Aquaculture, LLC, filed an Emergency Motion for Approval of Bidding and Auction Procedures for the Sale of Substantially All Assets of Debtor Pursuant to 11 U.S.C. § 363 [ECF#98] on August 31, 2017.

4.  Debtor, Sustainable Aquaculture Initiative, LLC, filed an Emergency Motion for Approval of Bidding and Auction Procedures for the Sale of Substantially All Assets of Debtor

Pursuant to 11 U.S.C. § 363 [ECF#5] on September 5, 2017.

5. The Court entered an Order on Joint Debtors' Motions to Approve the Sale of Substantially All Assets of the Debtors Pursuant to 11 U.S.C. § 363 ("Court's Order") [ECF#218] on December 4, 2017. The sale closed on January 2, 2018, transferring substantially all of the Debtors' assets to a third-party buyer.

6. At this time, the Debtors have no assets except those excluded from the sale, which include the right to pursue causes of action against third parties and an account receivable valued at $9,000. Additionally, Debtors' counsel is holding $50,000 that was set aside from the sale for the benefit of general unsecured creditors of the Joint Debtors.

7. Debtors hold the right to bring a substantial cause of action against a third party, which, if successful, could result in payment in full of all claims against the Debtors.

8. Debtors are delinquent in the payment of US Trustee fees[1] and have no income with which to pay the US Trustee fees or other costs required for a chapter 11 Debtor – the Debtors do not have funds to pay staff to prepare DIP reports, or to maintain insurance, or to pay legal fees required to pursue the cause of action against the third party. However, if allowed to use these funds to pay expenses and fund litigation, Debtors believe there could be a full recovery.

9. Debtors do not believe there are any preference or avoidance actions that could be brought in bankruptcy to secure a higher recovery for payment of administrative expenses or to distribute to general unsecured creditors.

10. Debtors seek authority to dismiss the chapter 11 case, and to use the $50,000 set aside for general unsecured creditors to pay outstanding US Trustee fees, to cover nominal costs

---

[1] Debtors need to amend the DIP reports for January 2018, to reflect the asset sale of approx. $1.25M, which will result in a US Trustee fee of nearly $6,500 for the first quarter of 2018.

required to maintain the corporate entities, and to fund litigation on the above-referenced cause of action, with the intent of securing a full recovery for all creditors.

**WHEREFORE**, Debtors respectfully request that the Court enter an Order dismissing the chapter 11 case, authorizing Debtors' counsel to pay US Trustee fees from the funds held in trust and release the remaining funds to the Debtors, plus granting such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that the foregoing Motion has been forwarded this 25th day of April, 2018 to all parties on the attached Service List.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local rule 2090-1(A).

>MARKARIAN & HAYES
>Attorneys for Debtor
>2925 PGA Blvd., #204
>Palm Beach Gardens, FL  33410
>(561) 626-4700
>
>By:    */s/ Malinda L. Hayes*
>MALINDA L. HAYES, ESQUIRE
>Florida Bar No. 0073503

### SERVICE LIST

**Notice provided by electronic mail to:**
Michael R. Bakst, Esq. on behalf of Creditor Stonehenge Community Development LXXV, Stonehenge Community Development LXV and Stonehenge Capital Company, LLC
efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com; efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com

Ronald M Emanuel, Esq on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance
ron.emanuel@emzwlaw.com, laura.bolinsky@emzwlaw.com;eservice@emzwlaw.com

John D Emmanuel, Esq on behalf of Creditor First Home Bank
John.emmanuel@bipc.com, Sabrina.storno@bipc.com

John D Emmanuel, Esq on behalf of Creditor First Home Bank
John.emmanuel@bipc.com, Sabrina.storno@bipc.com

Malinda L Hayes, Esq. on behalf of Debtor Florida Organic Aquaculture, LLC
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

Malinda L Hayes, Esq. on behalf of Debtor Sustainable Aquaculture Initiative LLC
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

Malinda L Hayes, Esq. on behalf of Interested Party Sustainable Aquaculture Initiative LLC
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

Dana L Kaplan on behalf of Creditor Captive Capital Corporation
dana@kelleylawoffice.com, tina@kelleylawoffice.com;craig@kelleylawoffice.com;
kaplandr75945@notify.bestcase.com;Carmen@kelleylawoffice.com;jennifer@kelleylawoffice.com

Dana L Kaplan on behalf of Creditor Star Capital Group L.P.
dana@kelleylawoffice.com, tina@kelleylawoffice.com;craig@kelleylawoffice.com;
kaplandr75945@notify.bestcase.com;Carmen@kelleylawoffice.com;jennifer@kelleylawoffice.com

George G Kurschner on behalf of Interested Party Primo Broodstock USA LLC
ggkur1@gmail.com, sjakubowski@rsplaw.com

Nicole M Noel on behalf of Creditor Royal Bank America Leasing, L.P.
bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Scott A. Underwood, Esq. on behalf of Creditor First Home Bank
scott.underwood@bipc.com, denise.strand@bipc.com

Aaron A Wernick on behalf of Interested Party NS FOA, LLC
awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com

Joel C Zwemer on behalf of Creditor Fellsmere Joint Venture LLC
jzwemer@deanmead.com
Eric B Zwiebel, Esq on behalf of Creditor Direct Capital Corporation
eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

**Notice provided by US mail to:**
Florida Organic Aquaculture, LLC
930 W. Indiantown Road, Suite 204
Jupiter, FL 33458

Helen Ming
46 Ketley Place
Princeton, NJ 08540

Sunwell
180 Caster Avenue
Woodbridge, Ontario L4L5Y7

Cemex Construction Materials
1001 Jupiter Park Drive
Suite 108
Jupiter, FL 33458

Captive Capital Corporation
650 Park Ave., Suite 210
King of Prussia, PA 19406

Steve Jakubowski
180 North LaSalle Street
Suite 3300
Chicago, IL 60601

All creditors and interest parties on the Court's List of Creditors attached hereto.
X:\WPDOCS\Client Matters\Florida Organic Aquaculture (Cliff Morris)\Chapter 11\Pleadings\Motion.Dismiss Case.docx