UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:
**FLORIDA ORGANIC AQUACULTURE, LLC**       Case No.: 17-15012-EPK

**SUSTAINABLE AQUACULTURE**
**INITIATIVE, LLC**                        Case No.: 17-21251-EPK
                                           **CHAPTER 11**
                                           **Jointly Administered**

    Debtors.
_____/

## NOTICE OF WITHDRAWAL OF APPEARANCE

Michael R. Bakst, Esq. and the law offices of Greenspoon Marder, LLP, pursuant to Local Rule 2091-1, withdraw their appearance as counsel for Stonehenge Community Development, LXXV, Stonehenge Community Development, LXV and Stonehenge Capital Company, LLC ("Stonehenge") and request that their name and address be removed from the mailing matrix maintained by the Clerk of this Court, and that copies of all notices, pleadings and other pertinent documents filed in these proceedings be sent directly to Stonehenge at: 191 W. Nationwide Blvd., Ste. 600, Columbus, Ohio 43215-2569. Stonehenge is not a party to any pending contested matter or adversary proceeding.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to: all parties listed below in the manner indicated, on this the 26th day of April 2018.

                                GREENSPOON MARDER, LLP

                                */s/Michael R. Bakst*

                                _____
MICHAEL R. BAKST, ESQ.
Attorneys for Creditor, Stonehenge Community Development LXXV, Stonehenge Community Development LXV and Stonehenge Capital Company, LLC
Florida Bar No.: 866377
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
(561) 838-4523
michael.bakst@gmlaw.com

**Electronic Mail Notice List**

- Ronald M Emanuel    ron.emanuel@emzwlaw.com, leslie.marin@emzwlaw.com
- John D Emmanuel    John.emmanuel@bipc.com, Sabrina.storno@bipc.com
- Malinda L Hayes    malinda@businessmindedlawfirm.com, mlhbnk@gmail.com
- Dana L Kaplan    dana@kelleylawoffice.com, lyndia@kelleylawoffice.com;tina@kelleylawoffice.com;craig@kelleylawoffice.com;Caitlin@kelleylawoffice.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Joel C Zwemer    jzwemer@deanmead.com
- Eric B Zwiebel    eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

**Manual Notice List**

Carolyn S Ansay
701 Northpoint Parkway
Suite 209
West Palm Beach, FL 33407

Henry Waida
16 N Washington Street
Suite 102
Easton, MD 21601

**Email Notice:  rfolland@btlaw.com**