UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

FLORIDA ORGANIC AQUACULTURE, LLC,     Case No.: 17-15012-EPK

SUSTAINABLE AQUACULTURE               Case No.:  17-21251-EPK
INITIATIVE, LLC                       CHAPTER 11
                                      Jointly Administered

_____Debtor(s)_____/

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Rule 2091-1 of the Local Rules of this Court, George G. Kurschner and Steve Jakubowski ("Movants") and their respective law firms of Karyo & Kurschner, P.A., and Robbins, Salomon & Patt, Ltd., hereby withdraw their appearances in this case on behalf of Primo Broodstock USA LLC ("Primo"). Primo is not a party to any pending contested matter or adversary proceeding.

Dated:  May 14, 2018

KARYO & KURSCHNER, P.A.
3200 North Federal Highway, Suite 222
Boca Raton, Florida 33431
Tel: 561-380-0111  /  Fax: 561-368-1691
Email: ggkur1@gmail.com

By: /s/ *George G. Kurschner*
Florida Bar No. 238619

ROBBINS, SALOMON & PATT, LTD.
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
Tel: (312) 456-0191 (direct)
Fax: (312) 782-6690
Email: sjakubowski@rsplaw.com

By: /s/ *Steve Jakubowski*
Illinois Bar No. 6191960

## CERTIFICATE OF SERVICE

I certify that on May 14, 2018, the foregoing **Notice of Withdrawal of Appearance** was served, as indicated below, by (i) electronic mail via the Court's ECF noticing system or (ii) depositing the notice in an envelope addressed to the noticed party in the United States mail, postage prepaid, at 180 North LaSalle Street, Chicago, Illinois 60601.

By: /s/ *Steve Jakubowski*

SERVED VIA ECF NOTICE
- Ronald M Emanuel: ron.emanuel@emzwlaw.com, laura.bolinsky@emzwlaw.com
- John D Emmanuel: John.emmanuel@bipc.com, Sabrina.storno@bipc.com
- Malinda L Hayes: malinda@businessmindedlawfirm.com, mlhbnk@gmail.com
- Dana L Kaplan: dana@kelleylawoffice.com, lyndia@kelleylawoffice.com; tina@kelleylawoffice.com; craig@kelleylawoffice.com; Caitlin@kelleylawoffice.com
- Aaron A Wernick: awernick@furrcohen.com, cworkinger@furrcohen.com; atty_furrcohen@bluestylus.com
- Office of the US Trustee: USTPRegion21.MM.ECF@usdoj.gov
- Joel C. Zwemer@deam mead.com
- Eric B Zwiebel: eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com
- Nicole M. Noel: nmnoel@ecf.courtdrive.com; bankruptcynotices@kasslaw.com;
- Scott Underwood: Scott.underwood@bipc.com; denise.strand@bipc.com

SERVED VIA US MAIL
- Carolyn S. Ansay, 701 Northpoint Parkway, Suite 209, West Palm Beach, FL 33407
- Stonehenge Comm. Devp LXXV et al, 191 W. Nationwide Blvd, Suite 600, Columbus, OH 43215
- Henry Waida, 16 N. Washington Street, Suite 102, Easton, MD 21601